# EXHIBIT  A

# In The Matter Of:

*Master Beat, Inc., and Walter Palamarchuk vs*
*Michael Skill, Master Beat, Inc. (Nominal Defendant)*

---

*Michael Skill*
*December 28, 2021*

---



1

1              STATE OF MICHIGAN

2       IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

3

4    MASTER BEAT, INC., and

5    WALTER PALAMARCHUK,

6            Plaintiffs,

7       -vs-                    Docket No. 2021-189454-CB

8    MICHAEL SKILL,

9            Defendant,

10   MASTER BEAT, INC.,

11           Nominal Defendant.

12   _____

13   The deposition of MICHAEL SKILL was conducted on behalf

14   of the Plaintiff Palamarchuk on Tuesday, December 28,

15   2021, at 10:05 a.m., via Zoom.

16   _____

17

18

19

20

21

22

23

24   Reported by:  Cindy A. Boedy, CSR 4696

25           Certified Stenographic Reporter

2

```
 1   APPEARANCES:

 2   DICKINSON WRIGHT, PLLC

 3   Daniel D. Quick

 4   2600 West Big Beaver Road

 5   Suite 300

 6   Troy, Michigan  48084

 7   248.433.7200

 8   dquick@dickinsonwright.com

 9   Attorney for Plaintiff Walter Palamarchuk.

10

11

12   COLLINS EINHORN FARRELL, PC

13   Joshua I. Arnkoff

14   4000 Town Center

15   Suite 909

16   Southfield, Michigan  48075-1408

17   248.351.5440

18   joshua.arnkoff@ceflawyers.com

19   Attorney for Plaintiff Master Beat, Inc.

20

21

22

23

24

25              (Appearances continued page 3)
```

3

1    APPEARANCES:

2    SMITH HAUGHEY RICE & ROEGGE

3    Mark A. Gilchrist

4    100 Monroe Center Street NW

5    Grand Rapids, Michigan  49503-2802

6    616.458.5283

7    mgilchrist@shrr.com

8    Attorney for Defendant Michael Skill.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Michael Skill - December 28, 2021

4

```
 1
 2
 3                        TABLE OF CONTENTS
 4
 5   WITNESS                                           PAGE
 6   MICHAEL SKILL
 7   Examination by Mr. Quick                           6
 8
 9
10
11   EXHIBITS (Attached)
12   Exhibit 1    agreement with Sony                   21
13   Exhibit 2    shareholder corporate agreement       28
14   Exhibit 3    10/9/17 letter to Marinos             30
15   Exhibit 4    e-mail 4/13/21                        42
16   Exhibit 5    e-mail 12/18/18                       50
17   Exhibit 6    e-mail 12/18/18                       56
18   Exhibit 7    e-mail 9/20/21                        86
19   Exhibit 8    e-mail 9/23/21                        86
20   Exhibit 9    e-mail 9/27/21                        91
21   Exhibit 10   e-mail 10/19/21                       93
22   Exhibit 11   letter to Sony Publishing             96
23   Exhibit 12   e-mail 8/4/2000                      108
24
25                  (Exhibits continued page 5)
```

5

1    EXHIBITS continued

2    Exhibit 12    e-mail 8/4/2000                        108

3    Exhibit 13    e-mail 5/24/21                         110

4    Exhibit 14    e-mail 7/6/21                          112

5    Exhibit 15    e-mail 10/19/21                        123

6    Exhibit 16    Skill's handwritten notes             127

7    Exhibit 17    e-mail 7/14/21                         131

8    Exhibit 18    e-mail 10/12/21                        154

9    Exhibit 19    e-mail 9/6/21                          159

10   Exhibit 20    e-mail Re:  Illinois shows             165

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Michael Skill - December 28, 2021

6

```
 1                        Via Zoom

 2                Tuesday, December 28, 2021

 3                     10:05 a.m.

 4

 5                       -  -  -

 6

 7             THE COURT REPORTER:  Do you swear the

 8      testimony you're about to give will be the truth,

 9      the whole truth, and nothing but the truth?

10             THE WITNESS:  I certainly do, yes.

11            M I C H A E L   S K I L L ,

12      after having been first duly sworn to tell the

13      truth, the whole truth, and nothing but the

14      truth, was examined and testified as follows:

15                      EXAMINATION

16   BY MR. QUICK:

17   Q.    Please state your full name for the record.

18   A.    Michael James Skill.

19             MR. QUICK:  This is the deposition of

20      Michael Skill taken pursuant to notice and court

21      order.

22             Mr. Skill, as you know, my name is Dan

23      Quick.  I represent Walter Palamarchuk in this

24      litigation.

25   BY MR. QUICK:
```

Michael Skill - December 28, 2021

7

1   Q.   Is anybody else present with you in the room
2        today?
3   A.   No.
4   Q.   Do you have any documents or materials in front
5        of you?
6   A.   Just notepads.
7   Q.   Are they notepads that are blank or notepads with
8        notes?
9   A.   Some have notes on them; one doesn't.
10  Q.   What notes do you have with you?
11  A.   I have things that I need to recall.  Just my
12       thoughts.  My thoughts.
13  Q.   Mr. Gilchrist can advise you, but if you're going
14       to have notes for purposes of recollection during
15       the deposition, I'm entitled to a copy of those
16       notes.  So either you're going to have to send me
17       those or you're going to have to set them aside.
18  A.   I can send them to you.  Can I do that?
19            MS. HANGLAND:  I can scan them and send
20       them.
21            MR. QUICK:  Okay, thank you.
22            MS. HANGLAND:  It will take about five
23       minutes because nothing is turned on yet.
24  BY MR. QUICK:
25  Q.   Mr. Skill, whose notes are these?

Michael Skill - December 28, 2021

8

1   A.    Mine.  I wrote them up last night.

2   Q.    Did anybody assist you?

3   A.    No, I just -- myself.

4   Q.    Other than writing up those notes, what, if

5         anything, did you do to prepare for your

6         deposition?

7   A.    Got good sleep.

8   Q.    Did you speak with anybody?

9   A.    No.

10  Q.    Not even your lawyer?

11  A.    Actually, we touched base yesterday.

12  Q.    And who was present in that conversation?

13  A.    I was here and Cheryl was in and out around the

14        house.

15  Q.    And what is Ms. Hangland's relationship to you?

16  A.    We've been married -- we've been married and been

17        together since 1983.

18  Q.    So you are actually married to Ms. Hangland?

19  A.    Well, we've been together so long, we're

20        common-law, I guess you'd call it.  We don't feel

21        like the actual court and church and all that has

22        anything to do with the love that we have

23        together.

24  Q.    But just in terms of the technicalities of being

25        married by some governmental entity, that's never

Michael Skill - December 28, 2021

9

```
 1        taken place?
 2   A.   No, not yet.
 3   Q.   How long was this meeting with your lawyer?
 4   A.   Half hour, 45 minutes maybe.
 5   Q.   Did you review any documents in preparation for
 6        your deposition other than the notes that you
 7        took?
 8   A.   We went over a few things, a couple things, from
 9        the lawsuits with Mr. Martin and Canler of some
10        quotes.
11   Q.   What did you look at from the lawsuits involving
12        Mr. Martin and Mr. Canler?
13   A.   In general, Mr. Palamarchuk's -- a small, small
14        amount of his testimony, just a paragraph or two.
15   Q.   Where did you get that?
16   A.   We have records from all the stuff.  We have
17        records going back to 1980.
18   Q.   What was the subject matter of the testimony?
19   A.   That was concerning -- God, I can't recall
20        exactly.  I can't recall right now.
21   Q.   Other than the snippet or Mr. Palamarchuk's
22        testimony, what else did you review in terms of
23        documents?
24   A.   That's it.  That's it.  We were just hanging
25        around after Christmas.  That's it.
```

Michael Skill - December 28, 2021

10

1   Q.   Are you currently on any medication or other
2        substance that would affect your ability to
3        listen to my questions, process and provide
4        truthful answers today?
5   A.   No, no substance or anything.  I've been sober,
6        clean and sober, for almost 20 years.
7   Q.   And no other medications that you might be on?
8   A.   No.
9   Q.   Are you currently employed, sir?
10  A.   Just music.
11  Q.   What does --
12  A.   Writing songs, recording songs.  I just put out a
13       record.  Doing interviews and -- not playing
14       right now because the pandemic.
15  Q.   Are you actually a W-2 employee any of entity?
16  A.   No.  The Romantics maybe.  Probably Romantics.
17  Q.   And by Romantics, you mean Master Beat?
18  A.   I suppose.
19  Q.   You're familiar with the entity called Master
20       Beat, correct?
21  A.   Yes.  I started it.  I'm the one that brought up
22       the idea when I returned to the band.
23  Q.   So other than being a shareholder in Master Beat,
24       do you know whether you are a W-2 employee of
25       that entity?

Michael Skill - December 28, 2021

11

1   A.    Yeah, I think I am.  I pay my taxes.

2   Q.    Do you receive a paycheck from Master Beat?

3   A.    Not a check.  I usually get monies dropped in my

4         account.

5   Q.    Are you an employee of any other company other

6         than Master Beat?

7   A.    No.

8   Q.    Do you own any portion of any company other than

9         Master Beat?

10  A.    I have my own, Skill Songs, music publishing.

11  Q.    And that's Skill Songs, Inc.?

12  A.    Yes.

13  Q.    Are you the sole owner?

14  A.    Yes.

15  Q.    So when you write and record and perform on your

16        own, is that through Skill Songs or what's the

17        connection?

18  A.    Well, it's Mike Skill going into studio and

19        recording for himself with other guests on the

20        record in the studio occasionally.

21  Q.    Do you have a contract with anybody regarding the

22        publication of that music?

23  A.    No.

24  Q.    So what income does Skill Songs have?

25  A.    Actually, right now, zero.  We're footing the

12

1          bill for it all the way.

2    Q.    Has it ever had income?

3    A.    Very little.  Like 50 bucks from -- I don't know

4          the exact amount from Spotify and all that.

5          Little bit has come in from that.

6    Q.    And the example you just gave, Spotify, would be

7          for your own music?

8    A.    All the streaming services.  All the streaming

9          services my music is on.

10   Q.    But for your music, not The Romantics?

11   A.    No.

12   Q.    What I said is correct?

13   A.    Well, wait, wait.  I do receive money from Spot--

14         from that for Romantics too as well.

15   Q.    And do you receive it personally or does Skill

16         Songs receive it?

17   A.    Personally, I believe.

18   Q.    So let's just focus on Skill Songs for a moment.

19         So other than perhaps some streaming revenue on

20         music that you personally performed or recorded,

21         any other income that that entity has ever had?

22   A.    No.  This entity has only been towards with the

23         attempt to be profitable in the last year or two,

24         and then I haven't been anywhere since the

25         pandemic.  I've been, you know, staying safe and

Michael Skill - December 28, 2021

13

```
 1         not performing shows.  I did a benefit, which I
 2         did not get paid for.  Two benefits.
 3    Q.   And that was for your own music or you performed
 4         as yourself?
 5    A.   Yes.
 6    Q.   When did you do those?
 7    A.   One was three years ago and one was two years
 8         ago, I believe.
 9    Q.   Other than monies that you receive through Master
10         Beat and this little bit of money that you talked
11         about in connection with Skill Songs, do you have
12         any other source of income?
13    A.   No, no.  Music is my thing for 40 -- you know,
14         longer than that.  Since 1967.
15    Q.   And does Ms. Hangland have any income?
16    A.   She receives something.  She had an injury doing
17         a TV commercial, and she got something from that,
18         a little bit.  That's been a long time, though.
19    Q.   So she's not employed or --
20    A.   Like a medical -- what is it called when you get
21         injured?  You get a certain amount of money from
22         it.  I don't know what you would call it.
23    Q.   So other than that settlement, does she have any
24         income?
25    A.   That's it.  We just -- we're together.
```

Michael Skill - December 28, 2021

14

1    Q.    And does that settlement provide a regular source

2          of income or was it a one-time payment?

3    A.    It's a disability, I think.  It's a disability

4          check that comes in.

5    Q.    I can ask Ms. Hangland about that for more

6          details.

7    A.    She could correct me if I'm wrong.

8    Q.    What did you discuss in your conversation that

9          you had when you were on the line with

10         Mr. Gilchrist and Ms. Hangland?

11                   MR. GILCHRIST:  Mike, don't answer

12         that.  That's privileged.

13                   MR. QUICK:  Well, except Ms. Hangland

14         was present.

15                   MR. GILCHRIST:  Mike, Mike, stop.

16         She's my client as well, so I'm entitled to have

17         conversations with two clients at once.

18                   MR. QUICK:  If your representation is

19         that you have an engagement letter with

20         Ms. Hangland to represent her, I'll accept that

21         at the moment.

22   BY MR. QUICK:

23   Q.    In preparation for your deposition, did you speak

24         to Mr. Kowalski?

25   A.    No.  I haven't spoken to him in two years, almost

Michael Skill - December 28, 2021

```
 1              two years, I guess.  Two years.  It's either last
 2              year -- early last year or the year before.
 3    Q.   Do you know whether Ms. Hangland spoke to
 4         Ms. Cole?
 5    A.   I don't think so.  I wouldn't know that.  You'd
 6         have to ask her.  I don't think so.
 7    Q.   What e-mail address do you use, sir?
 8    A.   Mickshouse.  Mikeskill.com and
 9         mickshouse@comcast.net.  All my songs are on
10         streaming if you want to hear them.
11    Q.   No, I'm good.  Thank you.
12              Who has access to those two e-mail
13         accounts that you just described?
14    A.   Probably my wife and I and my son.
15    Q.   To your knowledge, does Ms. Hangland send e-mails
16         from those e-mail accounts?
17    A.   Occasionally.  Some I don't even go on.  I use
18         for business or something like that.  I don't
19         really -- I'm not very adept at -- or I don't use
20         it too much.  I'm usually just searching out
21         music and such like that.
22    Q.   But my question, sir, is for mickshouse and for
23         mike.skill, those two e-mail addresses you
24         testified to, to your knowledge, does
25         Ms. Hangland use those e-mail addresses?  Does
```

Michael Skill - December 28, 2021

16

```
 1         she use those to send or receive e-mails?
 2   A.    Yes.  We do as a family, yes.
 3   Q.    So for any given e-mail that comes from
 4         mickshouse, for example, it might be from you or
 5         it might be from Ms. Hangland?
 6   A.    Yes.
 7   Q.    I can ask her, but to your knowledge, does
 8         Ms. Hangland have her own e-mail address?
 9   A.    Jeez, I don't know.  Yes, Cheryl -- she has a
10         Cheryl and Mick, which is my son, and she has the
11         other two I mentioned.  I think that's what it
12         is.  She could tell you better.  I don't go in
13         her stuff.
14   Q.    Do you text?
15   A.    Occasionally.  Not too often.
16   Q.    Does anybody else have access to your texts?
17   A.    I'd say probably my son and my wife.
18   Q.    Are you aware that as part of this litigation
19         that there was a request for you to produce
20         certain documents?
21   A.    I'm not sure of that.  I don't recall on that.
22   Q.    Do you recall searching through your e-mails for
23         certain categories of documents that were
24         requested in this lawsuit?
25   A.    No.
```

Michael Skill - December 28, 2021

17

1  Q.  Do you remember searching through your texts to
2       look for relevant information?
3  A.  No.
4  Q.  Do you know whether anybody did that on your
5       behalf?
6  A.  Occasionally my wife may have alerted me or kept
7       me abreast of that.
8  Q.  You mentioned a few moments ago that you have
9       records back to 1980, I assume regarding The
10      Romantics and your music over time; is that
11      right?
12 A.  Yes, regarding lawsuits with two managers and
13      lawsuits with a later manager.
14 Q.  Where are those records maintained?
15 A.  I think they are here in the house.  We have some
16      right here in the house, here at home mostly.
17 Q.  Did you review those records as part of the
18      effort to identify?
19 A.  No, not -- not for any kind of extensive -- no.
20      I didn't look at any of those.  Just the one
21      thing I mentioned before.
22 Q.  For purposes of our deposition today, Mr. Skill,
23      I'm going to ask you to try to be patient with me
24      so that I get my question out before you start
25      giving your answer, because if we talk over one

18

1        another, then Ms. Boedy is not going to be able

2        to take down your testimony.

3   A.   I'm sorry.  I'm just trying to be alert.

4   Q.   Alert is good.  Just try to be patient as well.

5   A.   It's 7:00 in the morning here.

6   Q.   When is the last time you have traveled either by

7        plane or car from your home, not locally,

8        obviously, but, you know, out of town?

9   A.   I think I was in Detroit, to Detroit.

10   Q.   When was that?

11   A.   I was probably mixing or -- we have masters or we

12        were mixing some songs at the recording studio.

13   Q.   When was that, sir?

14   A.   That would have been sometime -- I don't think I

15        went -- I can't recall if it was earlier this

16        year or later last year.  I was there last year

17        for the snow, when it was snowing, and then for,

18        like, a small five-day window, listening to

19        songs, in the hotel, to the studio and back.  And

20        then I -- I can't recall with the exact dates.

21   Q.   Your best recollection is it was either early

22        2021 or late 2020?

23   A.   2021 or late 2020, yes, if that's what you said.

24   Q.   Thank you.

25          If at any time, if there's a question

Michael Skill - December 28, 2021

19

```
 1              you don't understand or you need me to repeat it,
 2              just let me know.
 3                       Also, if at some point, not in the
 4              middle of a question, you need a break for
 5              whatever reason, let us know, and we'll
 6              accommodate that as well, okay?
 7   A.    Yep.
 8   Q.    With regard to Master Beat, and I think this
 9              history is not really contested, so I'm going to
10              try to move through it somewhat quickly,
11              originally it was organized in 1984?  Does that
12              sound right to you, sir?
13   A.    1980.  I think it was 1980 when I came back to
14              the band.
15   Q.    Who were the original members of Master Beat?
16   A.    Jimmy Marinos, Wally Palamarchuk, Rich Cole, and
17              Mike Skill.  No, Coz Canler and Mike Skill, not
18              Rich Cole.
19   Q.    And you're aware that a shareholder agreement was
20              signed in January of 1984 as between those four
21              shareholders?
22   A.    I'm not sure what date it was.  It was somewhere
23              in the early '80s.
24   Q.    You're aware of the shareholder agreement that
25              I'm referencing?
```

Michael Skill - December 28, 2021

20

1   A.    Yes.

2   Q.    Mr. Marinos ceased being a member of Master Beat

3         in approximately 1998?  Is that your

4         recollection, sir?

5   A.    In the '90s.  Mid-'90s.

6   Q.    You're aware that he signed various agreements

7         with Master Beat associated with that departure?

8   A.    I couldn't tell you what he signed, really.  I

9         don't recall what he signed.

10  Q.    And Mr. Canler gave up his equity in Master Beat

11        in approximately 2013.  Is that your

12        recollection, sir?

13  A.    Yes, that would be possible, yes.  I think that's

14        correct.

15  Q.    And so at least for the past several years, you

16        and Mr. Palamarchuk are the only two members in

17        Master Beat, correct?

18  A.    Yes.

19  Q.    Are you familiar with the contracts between

20        Master Beat and Nemperor Records?

21  A.    I know there was one.  I've never really looked

22        at it.  Just the week or the time of signing.

23        It's been a while.

24  Q.    And you're aware that Nemperor Records became

25        Sony Music?

Michael Skill - December 28, 2021

1  A.    It was folded into, I guess.  I don't know.  I'm

2         not sure.  I didn't know that that's where my

3         royalties come from.

4  Q.    I'm going to show you some exhibits today on the

5         screen.  If you have a problem seeing them, let

6         me know, and then they will be attached to our

7         transcript, okay?

8  A.    Yes.

9                (Exhibit 1 marked.)

10 BY MR. QUICK:

11 Q.    I'm showing you what I will mark as Exhibit

12        No. 1, which is an October 6, 2000, agreement

13        with Sony.  And I can stop or let you read that

14        if you like, but do you recognize this agreement,

15        sir?

16 A.    Yes.  I think it's when we signed with Nemperor

17        Records.  Wait.  This is something we weren't

18        aware of at the time.  We didn't discuss -- our

19        managers didn't really pore over this with us.

20        Instead of us signing with Nemperor Records, the

21        label they created signed us to Nemperor Records.

22        So I believe that all the money went through them

23        instead of directly to us.

24 Q.    First things first.  With regard to this

25        Exhibit No. 1, you see what appears to be your

22

```
 1          signature here?
 2   A.     Yes, I signed it.  That's mine.
 3   Q.     So is it your understanding that at least since
 4          2000, if not earlier, that all royalties
 5          regarding The Romantics went from Sony to Master
 6          Beat, Inc.?
 7   A.     I guess so, yes.
 8   Q.     We're going to get into this in more detail, but
 9          then Master Beat, Inc., cut you a check related
10          to your royalties from Sony, correct?
11   A.     Yes, that was -- yes.
12   Q.     Are you aware of any other written agreement
13          after Exhibit No. 1, which is dated October 6,
14          2000, that amended or in some fashion replaced or
15          altered this Exhibit No. 1 agreement?
16   A.     I'm not sure.  I don't recall on that.  I'd have
17          to pore over it.  I don't know if we amended it.
18          It was kind of -- I think it may have been
19          amended by guys leaving out of the band, so ...
20   Q.     Well, for example, Mr. Marinos left the band.
21          Are you aware of how he is paid royalties
22          associated with Romantics songs through Sony?
23   A.     Please repeat that.
24   Q.     Sure.  Mr. Marinos left the band, correct?
25   A.     Yes.
```

Michael Skill - December 28, 2021

1   Q.   Left.  He's no longer a member of Master Beat,
2        correct?
3   A.   Right.
4   Q.   Do you know how he gets royalties generated
5        originally through Sony or Nemperor?
6   A.   Master Beat was a pass-through account, like,
7        money would pass through to pay us, yes.
8   Q.   Right.  So he doesn't get money directly from
9        Sony; he gets money from Master Beat, correct?
10  A.   I'm not aware.  I don't know all that he gets,
11       but yes, that sounds correct.
12  Q.   So whether Mr. Marinos left the band didn't
13       modify the agreement between Sony and Master Beat
14       that was Exhibit No. 1, correct?
15  A.   Say that again, please.
16  Q.   Sure.  Just because Mr. Marinos left the band, it
17       didn't modify or change the agreement between
18       Master Beat and Sony.  Sony is still paying
19       Master Beat and Master Beat pays various others?
20  A.   Yeah, I guess, so.
21  Q.   Okay.  Are you also familiar with the contractual
22       relationship between Master Beat and Sound
23       Exchange?
24  A.   Am I what, aware?
25  Q.   Yes, sir.

Michael Skill - December 28, 2021

24

1   A.    I'm aware of it.

2   Q.    And is it your understanding that just like with

3         Sony, there's a contract where Master Beat

4         receives the Sound Exchange royalties related to

5         The Romantics?

6   A.    Yeah, but there's no agreement that says my money

7         can be held and not paid to me.

8   Q.    One thing at a time.  Do you agree with me, sir,

9         that the contractual relationship with Sound

10        Exchange is between Master Beat and Sound

11        Exchange, not with you personally?

12  A.    I don't know.  I guess.  I don't know.  Yeah, I

13        guess.

14  Q.    You're not aware of any contract you have

15        directly with Sound Exchange; is that fair?

16  A.    Right.

17  Q.    And you've never -- well, at least since for many

18        years, you've never received royalties from Sound

19        Exchange directly from Sound Exchange; is that

20        correct?

21  A.    Early in my career, all through my career, I was

22        receiving consistent royalties all along.  From

23        early management to later management, they would

24        disburse money.  There were so many lawsuits

25        going on.

Michael Skill - December 28, 2021

25

| | | |
|---|---|---|
| 1 | Q. | I'm asking you a separate question, sir. |
| 2 | A. | So I'm not sure.  Some things are confusing. |
| 3 | Q. | Okay.  Look, all I can do is ask a question, and |
| 4 | | if you don't know the answer or you don't recall, |
| 5 | | you tell me. |
| 6 | A. | Okay. |
| 7 | Q. | My question is, since 1984, have you received any |
| 8 | | royalties directly from Sound Exchange? |
| 9 | A. | Yeah, I have. |
| 10 | Q. | When did you first receive royalties directly |
| 11 | | from Sound Exchange? |
| 12 | A. | I received them from my own music. |
| 13 | Q. | Have you received any royalties from Sound |
| 14 | | Exchange directly related to Romantics? |
| 15 | A. | Yes, I have received royalties from Sound |
| 16 | | Exchange. |
| 17 | Q. | Directly from Sound Exchange? |
| 18 | A. | Through our -- yeah, through our clearinghouse or |
| 19 | | whatever you want to call it, Master Beat. |
| 20 | | That's our pass-through. |
| 21 | Q. | So I'm going to try this again.  Maybe we'll do |
| 22 | | it this way.  When Sound Exchange sends you a |
| 23 | | check for your own music, so not The Romantics |
| 24 | | but your own music, you actually get a check from |
| 25 | | Sound Exchange made payable to you, right? |

26

1    A.    Yes.

2    Q.    So for Sound Exchange royalties related to The

3          Romantics, you do not get a check directly from

4          Sound Exchange, correct?

5    A.    I guess so, correct.

6    Q.    Instead, Sound Exchange pays Master Beat and then

7          Master Beat pays you, correct?

8    A.    I guess, correct.  Yes, correct.

9    Q.    And you do not have any agreement or contract

10         with Sound Exchange that says that you get paid

11         directly or entitled to direct payment for

12         Romantics-related royalties, correct?

13   A.    Yes, correct.

14   Q.    Do you know who else Master Beat is responsible

15         to pay royalties to that Master Beat receives

16         from either Sound Exchange or Sony?

17   A.    Please repeat that.

18   Q.    Do you know who Master Beat is responsible to pay

19         for royalties that Master Beat receives from Sony

20         or Sound Exchange?

21   A.    Yeah, anyone who has played on the songs.

22   Q.    Can you give me any names?

23   A.    Probably Jimmy Marinos, Rich Cole, Wally, and me,

24         and probably Canler somewhere along the line.

25   Q.    Are you aware that Master Beat also has payment

Michael Skill - December 28, 2021

```
 1          obligations to Joel Martin related to monies
 2          received from Sony?
 3    A.    Yes, I do.  Yes, I am.
 4    Q.    Are you aware -- do you know who -- I know it's
 5          not his legal name, but Brad Elvis, do you know
 6          who that is, right?
 7    A.    Yes, I do.
 8    Q.    What's his legal name, sir?
 9    A.    Brad Steakley.
10    Q.    Thank you, I forgot.
11                You're aware that Master Beat pays Brad
12          some portion of Sony royalties?
13    A.    I'm not sure what Brad gets, not from Sony
14          royalties.
15    Q.    Are you aware that Master Beat pays him anything?
16    A.    Jimmy's, Rich's, and Brad Elvis's, Sound Exchange
17          comes directly to them and mine doesn't come
18          directly to me.
19    Q.    That wasn't my question, sir.  My question is,
20          are you aware that Master Beat pays Brad anything
21          from what it receives from Sony or Sound
22          Exchange?
23    A.    He was never on any Sony recording, anything for
24          Sony that I know of, Brad.
25    Q.    Do you recall him being entitled to some
```

Michael Skill - December 28, 2021

28

```
 1           royalties associated with a K-Tel recording?
 2    A.     Oh, yes.  He gets something for playing on that.
 3    Q.     Are you aware that Sony holds back a certain
 4           amount of royalties otherwise payable to Master
 5           Beat for recoupment to Pete Solley?
 6    A.     Yes.
 7    Q.     Do you know how that's calculated?
 8    A.     I don't understand how that is calculated.  It's
 9           a percentage.  Never mind.
10                   MR. QUICK:  I'm going to show you what
11           I will mark as Exhibit No. 2.
12                   (Exhibit 2 marked.)
13    BY MR. QUICK:
14    Q.     This is a shareholder corporate agreement dated
15           January 7, 1994.  Do you see that on your screen,
16           sir?
17    A.     Yes.
18    Q.     If I turn to the third page of this document, is
19           that your signature?
20    A.     Yes, it is.
21    Q.     Do you recall this agreement as you sit here
22           today?
23    A.     You put it in front of me.  I see it's my name on
24           it.  I don't recall the content unless I read the
25           whole thing.  I'm getting some of it, yes.
```

Michael Skill - December 28, 2021

1    Q.    With regard to Mr. Canler, and you already

2          referenced this, you are aware that there was

3          litigation that he filed against you and Master

4          Beat and others in a Michigan court, correct?

5    A.    Yes.

6    Q.    And you're aware that there was a settlement

7          agreement entered into related to that lawsuit,

8          correct?

9    A.    Correct.

10   Q.    And you have a copy of that settlement agreement?

11   A.    Somewhere.

12   Q.    You're aware that under that settlement agreement

13         that Master Beat has an obligation to pay certain

14         amounts to Mr. Canler?

15   A.    Yes.

16   Q.    Are you aware that under that agreement that

17         Master Beat is permitted to deduct certain

18         expenses from the gross amounts that it receives

19         from Sony or Sound Exchange?

20   A.    Yes.

21   Q.    Among other things, it's entitled to deduct the

22         cost of bookkeeping and accounting fees

23         associated with those royalties, correct?

24   A.    Correct.

25   Q.    And you signed that settlement agreement,

Michael Skill - December 28, 2021

1              correct, sir?

2    A.      I believe I did.

3    Q.      Have you had any discussions with Mr. Canler

4            since that agreement has been signed?

5    A.      No.

6    Q.      You're also aware that there was litigation filed

7            by Mr. Martin against you and Master Beat and

8            others, correct?

9    A.      Yes.

10   Q.      And there was a settlement agreement signed as a

11           result of that litigation, correct?

12   A.      Yes, correct.

13   Q.      And you have a copy of that agreement, correct?

14   A.      Probably somewhere.  I haven't seen it in a

15           while.

16   Q.      You signed that settlement agreement, correct?

17   A.      I haven't seen it, so if you're telling me I did,

18           I don't know if I did.  I guess I did.

19   Q.      Do you recall that under that settlement

20           agreement that Master Beat has certain payment

21           obligations to Mr. Martin?

22   A.      Yes.

23                   MR. QUICK:  I'm going to show you what

24           I will mark as Exhibit No. 3.

25                   (Exhibit 3 marked.)

31

```
 1   BY MR. QUICK:
 2   Q.    This is an October 9, 2017, letter to Mr. Marinos
 3         with the subject of royalties received from EMI,
 4         settlement agreement reached with Joel Bacow,
 5         p/k/a Joel Martin.  Have you seen this letter
 6         before, sir?
 7   A.    Well, probably.  It's Jimmy, it's to Jimmy, but
 8         yeah, probably, yes.
 9   Q.    And it's signed by Mr. Palamarchuk and by you,
10         correct?
11   A.    Yes, correct.
12   Q.    And you understood that as a result of the
13         settlement agreement with Mr. Martin, certain
14         amounts were going to be withheld from
15         Mr. Marinos' royalties that Master Beat would
16         otherwise pay him?
17   A.    Please repeat that.
18   Q.    Sure.  If you need a memo to look at this, I'll
19         provide it to you, but do you remember that the
20         gist of this was that Master Beat was going to
21         withhold from Mr. Marinos -- withhold from the
22         amount that otherwise would pay to him a portion
23         of these amounts that were going to be paid to
24         Mr. Martin under his settlement agreement?
25   A.    If I understand correctly, yes.
```

Michael Skill - December 28, 2021

32

1   Q.   Did you ever discuss that with Mr. Marinos?

2   A.   I don't think so.

3   Q.   If we use 2013 as the date for which Mr. Canler

4        left Master Beat, and so at that point it's just

5        you and Mr. Palamarchuk as the two shareholders,

6        what role did you play at Master Beat?

7   A.   Secretary-treasurer.

8   Q.   Aside from the titles, what did you actually do

9        in connection with the operation of Master Beat?

10  A.   Well, I was there for anything that would come

11       up.  If Wally wanted me to do it, I would do it,

12       whatever it called for.  That was supposed to

13       flip-flop every year.  I would be secretary and

14       then we'd flip over.  I'd be president and he

15       would be secretary, but he never withheld -- we

16       never withheld to that.  He never withheld to

17       that.

18  Q.   Did you ever ask him to?

19  A.   Yes, I tried.  We tried.  After you ask so many

20       times, you get tired of asking.

21  Q.   Was there an e-mail or writing to that effect

22       that you recall?

23  A.   There may have been.  I know I mentioned it on

24       the phone within the last few years.

25  Q.   And so, again, getting away from the titles, you

33

```
 1            said when I asked you what your duties were, you
 2            said if there was anything that would come up if
 3            Wally requested that you would participate in,
 4            should I take from that that sort of in the
 5            normal day-to-day stuff that came up associated
 6            with Master Beat that Wally would handle that in
 7            the first instance and then reach out to you as
 8            required?
 9    A.     Was more ambiguous that than.  Sometimes I would
10           -- sometimes I wouldn't get involved or he
11           wouldn't involve me and sometimes, very rarely, I
12           was involved.
13    Q.     Did you participate in the selection of various
14           bookkeepers retained by Master Beat over time
15           who -- and I'm using that title sort of loosely,
16           but people who were involved in calculating
17           royalties payable to various people that Master
18           Beat owed?
19    A.     Was I what?
20    Q.     Were you involved with those people over time?
21    A.     Please repeat that.
22    Q.     Sure.  Let me ask it a different way.  Do you
23           know who Kristen Parsons is?
24    A.     Yes, I do.
25    Q.     Who is she?
```

Michael Skill - December 28, 2021

34

1    A.    She's a CPA, I guess you'd call it.  Certified
2          accountant.
3    Q.    For some period of years, she was involved in
4          receiving the royalty report from Sony and Sound
5          Exchange and calculating royalties paid to other
6          people?
7    A.    Yes.
8    Q.    And if you had questions, did you have access to
9          Ms. Parsons either by phone or by e-mail or
10         otherwise?
11   A.    Yes.
12   Q.    And before Ms. Parsons, who performed that role?
13   A.    Oh, gosh.  We went through our manager Joel and
14         before that I can't even recall the accountant we
15         had before.  We had Frank.  Frank Copeland did it
16         for a while.  So there were numerous other
17         entities that were involved that I can't recall
18         exactly how long.
19   Q.    When Mr. Martin or some entity associated with
20         him was in that role, did you have the ability to
21         communicate with him?
22   A.    Yes.
23   Q.    Did you play a role in the selection of
24         Ms. Parsons?
25   A.    I guess.  We needed an accountant at that time.

Michael Skill - December 28, 2021

35

1    Q.    Do you recall how she was located?

2    A.    I don't recall.  I don't recall.

3    Q.    Do you recall why she stopped performing

4          services?

5    A.    I don't recall the exact circumstances, but after

6          the lawsuit, she got really sick.  She got really

7          sick after the lawsuit.  You were there.  I mean,

8          you were -- it was at the time you were

9          representing Canler after that.

10   Q.    Who took over after Ms. Parsons?

11   A.    Well, Wally brought in Kathie Stork, which I

12         never agreed to.

13   Q.    Do you know who Lara Lavi is?

14   A.    Yes.  She was in for a while.  I forgot about

15         that.

16   Q.    How did she get selected?

17   A.    We needed somebody at the time and just she was

18         available.  I forget how it happened.

19   Q.    Did Wally locate her or did you or did somebody

20         else?

21   A.    I can't remember how.  I can't recall how it

22         happened, I really don't, how it came together.

23   Q.    And as to Ms. Stork, do you recall how it was

24         that she was selected?

25   A.    Friends with -- I guess she's -- I'm not

Michael Skill - December 28, 2021

36

```
 1            positive, but I think she's friends with Wally or
 2            his wife, and that's when they decided on without
 3            my agreement, actually.  She's a bookkeeper.
 4    Q.     Did you have any idea of the process that
 5            Ms. Stork goes through in connection with Master
 6            Beat's receipt of royalties from Sony?
 7    A.     I've never seen her do what she does.  Basically
 8            she goes through and does what a bookkeeper
 9            does.  She's not a certified accountant, but
10            she's a bookkeeper, so I don't know how she
11            handles it.
12    Q.     You've never personally done the job of receiving
13            the Sony royalty report and then doing all of the
14            work necessary to figure out who gets paid in
15            what amounts; is that correct?
16    A.     That's correct, because I never received a lot of
17            those papers as well.
18    Q.     Well, putting aside whether you received them,
19            you never did that job, right?
20    A.     I never had the opportunity to do that.
21    Q.     Did you ever say, "Oh, no, I'm capable of getting
22            the Sony royalty report, and I can do it all"?
23    A.     I never would say it like that, but I would say I
24            would be capable to do that, yes.
25    Q.     Did you ever tell anybody, including
```

Michael Skill - December 28, 2021

37

```
 1            Mr. Palamarchuk, that you believe that you were
 2            capable of getting the Sony royalty report and
 3            calculating everybody's royalties?
 4    A.      I don't recall, but I'm sure that I did mention
 5            it.
 6    Q.      You did receive the full royalty reports from
 7            Sony when Ms. Parsons was the bookkeeper,
 8            correct?
 9    A.      Yeah, I think so.
10    Q.      And how many entries are on those Sony royalty
11            reports?
12    A.      I'm not sure.
13    Q.      Tens of thousands, correct?
14    A.      Yeah, I'm sure there are.
15    Q.      And do you know how they are broken out in the
16            report?
17    A.      Vaguely.  Vaguely.  Doesn't mean I couldn't do
18            it.  Vaguely.
19    Q.      You don't dispute that it takes time and effort,
20            whether you are capable of doing it or not?
21    A.      Yeah, right, correct.
22    Q.      Same question with regard to Sound Exchange.
23            You're aware that it takes some time and effort
24            to receive that royalty report from Sound
25            Exchange and figure out who has to get paid what,
```

38

1              correct?

2    A.       Yes, correct.

3    Q.       And when Ms. Parsons provided that service, you

4              understood that Master Beat was paying her a fee

5              to do so?

6    A.       Yes.

7    Q.       And Ms. Lavi was paid a fee?

8    A.       Yes.

9    Q.       And Ms. Stork is paid a fee, correct?

10   A.       Correct.

11   Q.       Are you aware of what other duties Ms. Stork

12             provides?

13   A.       Just the bookkeeping.

14   Q.       Involving, for example, bank reconciliations,

15             that has to be done, right?

16   A.       I've never overviewed anything that she does, so

17             I don't know exactly what she does, but yeah.

18   Q.       How many times a year does Sony pay royalties to

19             Master Beat?

20   A.       Four times a year?  Two times a year?  I'm not

21             sure.

22   Q.       How often does Sound Exchange pay royalties to

23             Master Beat?

24   A.       Every month.

25   Q.       And is it your understanding that Ms. Stork in

Michael Skill - December 28, 2021

39

1        the first instance reviews those royalty reports

2        and tells you and Wally what her calculation is

3        in terms of who is going to get paid what?

4  A.    Please repeat that, the first part.

5  Q.    Sure.  When the Sony or Sound Exchange reports

6        come in to Master Beat, is it your understanding

7        that Ms. Stork reviews those and calculates who

8        is supposed to get paid what amounts?

9  A.    Yes, that's correct.

10  Q.    And she sends you a summary of what her

11        calculations are and what everyone is going to

12        get paid, correct?

13  A.    I guess so.  You have to ask Cheryl, because she

14        handles that stuff to be exact.

15  Q.    So when Ms. Stork e-mails you with regard to

16        royalty calculations that she is performing on

17        behalf of Master Beat, what you're telling me is

18        you don't really get into that; you rely on

19        Ms. Hangland?

20  A.    We go over things, but she handles the bills and

21        she handles our financial.

22  Q.    So when Ms. -- I'm just trying to be specific as

23        to these royalty calculations.  When Ms. Stork

24        sends you this calculation telling how people are

25        going to be paid, is that something you review or

40

```
 1         Ms. Hangland reviews or you both review?
 2    A.   Yes, we both.
 3    Q.   And so if there's something in Ms. Stork's
 4         calculation of who is going to get paid what
 5         dollars, you have the opportunity to correct her
 6         or ask a question, right?
 7    A.   Yeah, I guess.
 8    Q.   One of the downsides of us doing this remotely is
 9         it takes me a little longer to find these things.
10    A.   Do you think I can take a little break here for a
11         second?
12              MR. QUICK:  Absolutely.  Let's go off
13         the record.
14              (Break was taken.)
15              MR. QUICK:  Back on the record.
16    BY MR. QUICK:
17    Q.   Since Ms. Stork has been retained by Master Beat,
18         have you received any of the full Sony statements
19         from her?
20    A.   I'm not aware of all of it.  I'm sure I've
21         received some of them, yes.
22    Q.   And has there ever been an instance where you
23         asked for a full copy of the Sony statement from
24         Ms. Stork and didn't get it?
25    A.   Well, there's intermittent things that I've got
```

Michael Skill - December 28, 2021

41

```
 1              and other things that I haven't got, but I
 2              couldn't describe them at the moment.
 3      Q.      I'm just focused on the full Sony statement that
 4              Master Beat receives.  Do you recall ever asking
 5              her for that?
 6      A.      I'm sure I have.
 7      Q.      Do you remember not getting it in response to one
 8              of those requests?
 9      A.      I think I did receive some things whenever we
10              requested them, yes.
11      Q.      But did you not receive the Sony statement?
12      A.      I don't know what I got on that.  You'd have to
13              ask Cheryl that.
14      Q.      Did you ever request -- I'm sorry, did you ever
15              have online access to Sony statements?
16      A.      I'm not sure about that.  Yes, I guess so.  I
17              guess so.  I'd have to say yes, I guess.
18      Q.      Have you ever provided a full copy of the Sony
19              statement to any person?
20      A.      No.
21      Q.      Do you believe it would be appropriate to do so?
22      A.      No.  We don't share that stuff with anybody.
23      Q.      Why is that, sir?
24      A.      Just our personal stuff.  We don't go into that.
25              We keep that within our family and ourselves,
```

42

1          unless of course there's some kind of -- well,

2          never mind.

3    Q.    And are you aware of Ms. Hangland providing any

4          of the full Sony statements to Master Beat to

5          anybody else?

6    A.    I'm not aware, but I don't think that would ever

7          happen.

8                    MR. QUICK:  I'm going to show you a

9          document I will mark as Exhibit 4.

10                   (Exhibit 4 marked.)

11   BY MR. QUICK:

12   Q.    This is an e-mail dated April 13 of 2021.  I'm

13         just using this as an example.  Ms. Stork sends

14         an e-mail that says:  Please see the attached

15         summary calculated at the so and so contract

16         rate.  Transfers will be made on Friday,

17         April 16, for Marinos, Canler, and Cole.  Please

18         discuss the portion that the partners will be

19         receiving.  If you have questions, please feel

20         free to contact me.

21                   So is this an example of Ms. Stork

22         telling you how she plans to pay out at least

23         some of the people from Master Beat?

24   A.    Yes.  I couldn't disagree with that.

25   Q.    And did you protest or, you know, object or

Michael Skill - December 28, 2021

43

```
 1          somehow say, "No, don't do it," or, "This is
 2          wrong"?
 3    A.    Well, if that came up, we withdrew that, but I
 4          don't recall if it was for this particular piece
 5          of paper.
 6                    MR. GILCHRIST:  Dan, I'm sorry to
 7          interrupt.  Is there anything on this -- on
 8          Exhibit 4 that indicates that this e-mail was
 9          sent to Mike or Cheryl?
10                    MR. QUICK:  This is from your document
11          responses, so you produced it.
12                    MR. GILCHRIST:  Then that would
13          probably make sense.
14                    MR. QUICK:  I think there is some other
15          e-mails in here that reflect that as well.
16                    MR. GILCHRIST:  That have a caption on
17          it?
18                    MR. QUICK:  Yes.
19                    MR. GILCHRIST:  Fair enough.  Thank
20          you.
21    BY MR. QUICK:
22    Q.    Are you aware that Master Beat has expenses that
23          it needs to pay separate and apart from royalties
24          that it pays out to people like Mr. Marinos,
25          etc.?
```

Michael Skill - December 28, 2021

44

1    A.    Yes.

2    Q.    And what revenues does Master Beat have to pay

3          those expenses?

4    A.    What revenues?  I don't understand the question.

5          I don't understand.

6    Q.    Master Beat has bills that have to be paid,

7          right?  How does it get money to pay those bills?

8    A.    Comes from us.

9    Q.    What do you mean by that, sir?

10   A.    Comes from me and Wally.

11   Q.    Do you write checks to Master Beat?

12   A.    Do I write checks to Master Beat?  No.

13   Q.    So it doesn't come from you and Wally.  Am I

14         correct in understanding, sir, that --

15   A.    Passes through Master Beat.

16   Q.    Right.  So Master Beat collects money from Sony

17         related to royalties associated with you and

18         Mr. Palamarchuk, right?

19   A.    Yes.

20   Q.    And that and the Sound Exchange royalties

21         associated with you two is really the only

22         revenue available to pay those Master Beat bills,

23         correct?

24   A.    That or shows.  Shows or performances.

25   Q.    So I want to ask you some questions about what

Michael Skill - December 28, 2021

45

1          bills Master Beat has to pay.  We've already --
2          for the moment, we're not talking about royalties
3          it pays people like Mr. Marinos or that it pays
4          Mr. Canler or Mr. Martin, etc.
5                    What other expenses does Master Beat
6          have to your knowledge, sir?
7   A.     Well, when we fly, when we do trips, we go on the
8          road or insurance on the studio.  We have a
9          recording -- we had a small rehearsal studio, you
10         know, stuff like that.
11  Q.     It would include Ms. Stork's bill, right?
12  A.     Yes.
13  Q.     It would include tax?
14  A.     Yes, correct.
15  Q.     It would include items like maintenance of the
16         website?
17  A.     I guess so.
18  Q.     There would be some merchandise-related expenses?
19  A.     Correct.
20  Q.     Do you participate in any way in the payment of
21         any of those items?
22  A.     I can't say that I never got a call or asked to
23         do that, but I'm sure it's happened.
24  Q.     So in terms of paying those bills for Master
25         Beat, is it fair that you rely on Mr. Palamarchuk

Michael Skill - December 28, 2021

46

```
 1              and Kathie Stork to figure out what is owed and
 2              to pay that as it's due?
 3   A.   Yeah.  For sure Kathie Stork, yeah, that's
 4              correct.
 5   Q.   And for lack of a better phrase, you've never
 6              tried to stick your nose in that in terms of,
 7              like, Hey, I want to see the electric bill or I
 8              want see the insurance bill or any of --
 9   A.   I recall one winter I called Wally, tell him
10              people are telling me the roof is leaking in the
11              studio, and I contacted someone to repair that,
12              and I went -- I handled that.  And the guy came
13              in.  I handled that over the phone from here to
14              Portland, Oregon, and the guy came out and did
15              it.  And we agreed on a price and there was some
16              going back and forth with Palmar.  Didn't believe
17              the amount of money that it was costing.  Was
18              kind of accusatory towards me, I felt, of the
19              total.  And I was just passing along the amount
20              that the guy said it was going to cost.  So I've
21              handled that kind of thing.  And that was taken
22              care of.  And it's been dry in there.
23                      I'm pretty much -- I'm important.  I'm
24              the only guy that goes in the studio pretty much
25              that's been using that studio.
```

47

1   Q.   How many years ago was this roof repair
2        incident?
3   A.   Oh, God, five years ago, seven years ago.  Five.
4        It was all very simply done.  The guy sent all
5        receipts and everything with nothing -- there was
6        nothing weird about it.
7   Q.   What I'm trying to understand, sir, is that in
8        terms of all of the normal bills that come up on
9        some regular basis that Master Beat has to pay,
10       whether it's taxes or insurance or other items,
11       you don't get involved in that in any way?
12  A.   No, but we pay Kathie to do that.
13  Q.   How would you describe your relationship with
14       Mr. Palamarchuk?
15  A.   Well, it's been -- we've been together forty-some
16       years, forty-one years off and on.  He doesn't
17       return calls.  I call him.  I e-mail him.  The
18       relationship is okay.  If there's music or a
19       show, I mean, it's fine, perfectly fine.  I can
20       go in and do a show and get out.  So what's the
21       word?  Amiable?  Is that the proper -- we don't
22       have rows.  We were pretty straightforward.
23  Q.   Do you recall that Mr. Palamarchuk had loaned
24       money to Master Beat?
25  A.   No, I'm not.  I've never seen any receipts or

Michael Skill - December 28, 2021

48

1       anything of that nature.

2   Q.  I want to make sure that you're answering my

3       question.  Regardless of whether you've seen any

4       receipts, are you aware of a loan between

5       Mr. Palamarchuk and Master Beat?

6   A.  I'm not -- I don't know of any official --

7       official requests or official photo or picture

8       any of kind of receipt for any kind of loan.  I

9       don't know if he has a loan or not.

10  Q.  Has he told you or has somebody told you he has a

11      loan?

12  A.  He could have hundreds of loans.  I don't know.

13      I don't know what loans he has.

14  Q.  Again, sir, I'm just trying to make sure I get an

15      answer to my question.

16          Has he told you there is a loan?

17  A.  Has he told me that there's a loan?  He's

18      mentioned something about a loan, but I've

19      requested receipts from him.  Show me a receipt

20      from that.  If there's a loan, we take care of

21      it.  If there's a receipt, we take care of it.

22      Receipts and documentation.

23  Q.  Have you ever asked anybody else about what

24      documentation, if any, exists for that loan?

25  A.  I'm not even sure what loan you're talking about,

Michael Skill - December 28, 2021

49

```
 1              so I don't know.
 2    Q.    Whatever loan Mr. Palamarchuk told you that he
 3          had made to Master Beat.
 4    A.    Please, you have to be more -- you have to show
 5          me what that is.  I can't -- I haven't seen
 6          anything about an official loan.  I've seen
 7          nothing.
 8    Q.    The question is not what you've seen.  My
 9          question is, did Mr. Palamarchuk --
10    A.    I can't answer anything about a loan that I don't
11          know that I've not put in front of me.
12    Q.    I know it's difficult, sir, but if you can try to
13          be patient as I get my question out so you're not
14          talking over me, because otherwise we can't get a
15          clean transcript.
16    A.    Sorry about that.
17    Q.    That's okay.
18                  As you sit here today, do you recall a
19          discussion or communication with Mr. Palamarchuk
20          where he told you that he had loaned money to
21          Master Beat?
22    A.    He's probably mentioned it, but I don't know if
23          it's official, if it's real.  I don't know if
24          it's real.
25    Q.    When he has mentioned it, did he tell you what
```

Michael Skill - December 28, 2021

50

1          amount or when or why it was made?

2    A.    Not in detail.

3    Q.    And have you ever asked anybody else whether or

4          not this loan from Master Beat to Wally exists?

5    A.    No.  Why would I do that?  I'd ask him directly,

6          no.

7    Q.    So you never asked any of the various

8          bookkeepers, for example, whether it's on the

9          books and records of Master Beat?

10   A.    No.

11   Q.    Do you recall in late 2018 that Mr. Palamarchuk

12         sent you an e-mail with points that needed to be

13         straightened out between you and him with regard

14         to Master Beat?

15   A.    I don't recall.

16              (Exhibit 5 marked.)

17   BY MR. QUICK:

18   Q.    I'm showing you what I will mark as Exhibit 5,

19         which is a 12/18/18 e-mail from Mr. Palamarchuk

20         to you.

21   A.    Okay, I don't recall it.  I do not recall it.

22   Q.    And there's an attachment to it with various

23         points.  Do you recall it now as you see it?

24   A.    No, I don't recall.  Seriously, I don't recall

25         that.

Michael Skill - December 28, 2021

51

1   Q.   I'm going to ask you some questions about it, but

2        let me ask you a few other things first.

3               Do you recall a company called Glass

4        Onion?

5   A.   I'm not sure what that is.  What is Glass Onion?

6   Q.   It was some kind of a PR firm.

7   A.   Vaguely.  Vaguely.  The name maybe, but nothing

8        -- nothing surrounding it.  I don't recall

9        anything about it.

10  Q.   They issued press releases and whatnot on behalf

11       of the band.  You don't recall that?

12  A.   Oh, I see.

13  Q.   Do you recall separately, meaning individually,

14       retaining Glass Onion to do some work for you?

15  A.   Vaguely.  Vaguely.  I couldn't tell you any

16       details.

17  Q.   And then do you recall not paying them for those

18       services?

19  A.   No, I don't.

20  Q.   And do you recall that they threatened to

21       terminate their relationship with Master Beat

22       because you wouldn't pay your bill?

23  A.   Me, personally?

24  Q.   Yes, sir.

25  A.   The company?  You mean me personally?

Michael Skill - December 28, 2021

52

1   Q.   Yes, sir.

2   A.   I don't recall that.

3   Q.   Do you recall a dispute regarding cash from

4       merchandise sales that arose in 2017?

5   A.   Say it again.  Repeat, please.

6   Q.   Do you recall a dispute that arose in 2017 with

7       regard to missing cash from merchandise sales?

8   A.   No, I don't recall that.

9   Q.   Who handles merchandise sales on behalf of The

10      Romantics at shows?

11  A.   It depends who is bringing the shirts in.  We

12      brought shirts in and we handled it and we have

13      receipts for everything.

14  Q.   And is that something that you handle or

15      Ms. Hangland handles?

16  A.   Generally she would handle.  She would pull in

17      the shirts and not -- she never got paid for

18      doing this work either as well the times that she

19      did it.  We'd bring them in, we'd fly them in, a

20      suitcase full of shirts, and she would sell them,

21      and there would be receipts.  And all the money

22      would go to Mike Lilley and from there I assume

23      it would go to Wally.

24  Q.   And you don't recall an instance in February of

25      2017 where Ms. Hangland was accused of keeping

Michael Skill - December 28, 2021

53

1         money?

2    A.    I don't recall any problem, of any problem at

3          all.  We always tried to handle everything

4          correctly.

5    Q.    Did you participate in conversations with

6          Mr. Marinos and Mr. Kowalski in 2017 and 2018

7          with regard to their desire to get paid directly

8          from Sony?

9    A.    Yes.

10   Q.    Let's take them one at time if we can.  When did

11         that first issue first come up with regard to

12         Mr. Marinos?

13   A.    I don't recall.  Dates I don't recall.  I

14         question the same thing for Wally.

15   Q.    Are you personal friends with Mr. Marinos?

16   A.    I haven't spoken to him in about two years.  I

17         still consider him a friend, but I haven't spoken

18         to him in two years.

19   Q.    What about back in 2017, 2018, were you friends?

20   A.    I'm still friends with him.  I consider us still

21         friends, but I haven't spoken to him in two

22         years, and I probably spoke to him before that,

23         that would be 2017.

24   Q.    Who first brought up the subject of Mr. Marinos

25         attempting to be paid directly from Sony?

Michael Skill - December 28, 2021

54

1   A.   Probably him.  I don't remember that incident or

2        that occasion, but probably he brought it up.

3        I'm sure I brought it up.  That was the talk of

4        the town at the time.

5   Q.   And as between you and Mr. Kowalski, who raised

6        the issue of Mr. Kowalski trying to get paid

7        directly from Sony?

8   A.   He did.  He did.  But you know, then, again, I

9        couldn't recall a date or time exactly, but it

10       was always something boiling under, simmering.

11       We all wanted to get paid directly.

12  Q.   So at that time, meaning this 2017-2018 time

13       frame, you also wanted to be paid directly from

14       Sony?

15  A.   Yes.  That was the reason for Master Beat.

16       Master Beat was a pass-through to have royalties

17       coming directly to us.

18  Q.   So since at least for many years, Master Beat had

19       been receiving the Sony royalties and now you

20       wanted to be paid your portion of royalties

21       directly?

22  A.   Correct.

23  Q.   And if you were paid your portion of royalties

24       directly, that means that the money's not going

25       to Master Beat; it's going to you personally,

Michael Skill - December 28, 2021

55

```
 1         right?
 2   A.    Correct.
 3   Q.    Which means that Master Beat has less money to be
 4         able to pay its bills, correct?
 5   A.    I'm a grown-up guy.  I can pay my bills.  I can
 6         send any money from my account to Wally or to
 7         Master Beat or to whatever entities are paying
 8         the bills.
 9   Q.    In the 2017-2018 time frame, did you communicate
10         directly with anybody at Sony on this issue of
11         direct payment?
12   A.    Probably occasionally.
13   Q.    With whom?
14   A.    I don't have a name.
15   Q.    Do you recall eventually being told or seeing a
16         communication from Sony where they told you that
17         they could not and would not pay you directly?
18   A.    Yes.
19   Q.    Do you recall that was an e-mail from
20         Mr. Maharaja at Sony?
21   A.    Probably.  I don't recall the names perfectly,
22         but that sounds familiar.
23   Q.    When you received that e-mail, did you discuss it
24         with Mr. Maharaja?
25   A.    Probably Cheryl and I did.  She handled that.
```

```
 1              I'm sure she handled that as well.
 2                       MR. QUICK:  I'm going to show you what
 3         I'm going to mark as Exhibit No. 6.
 4                       (Exhibit 6 marked.)
 5     BY MR. QUICK:
 6     Q.    So this is an e-mail from Mr. Maharaja to
 7           Ms. Stork dated December 18, 2018, and then she
 8           forwards that to Mr. Kowalski and you and
 9           Mr. Palamarchuk.  Do you see that, sir?
10     A.    I see it.
11     Q.    And does that refresh your recollection of being
12           advised on or about December 18th of 2018 that
13           Sony would not make direct payments?
14     A.    Yes, I see it.
15     Q.    Okay.  And I'm just going to return to the
16           question I asked a moment ago now that we have
17           this in front of us.
18                       Did you or Ms. Hangland on your behalf
19           contact Sony to try to challenge this or to
20           change their mind?
21     A.    Yes.  I don't many songwriters that don't get
22           their royalties directly.  I always wanted to get
23           my royalties directly.  This is what that's
24           about, I think.
25     Q.    But my question is, after Sony on December 18 of
```

Michael Skill - December 28, 2021

57

```
 1          2018 says, "No, we're not going to do it," did
 2          you directly communicate with Sony on that
 3          subject?
 4    A.    I communicated with Palmar because Palmar was on
 5          Wally's e-mail account or whatever it was.  His
 6          name was on it.  And I couldn't get my royalties
 7          directly to me because he wouldn't change it.
 8                 After we went through all the lawsuits
 9          and our lawsuits were finished and there were no
10          more bills, I implored him to send me my
11          royalties directly, and that I could pay any
12          bills that needed to be paid right out of my
13          account.
14    Q.    Let's focus on Marinos and Kowalski for a moment.
15          You're aware that in this e-mail that's on the
16          screen, it says, "We have received Master Beat's
17          request to account directly to Marinos and
18          Kowalski for their royalties."  Do you see that?
19    A.    Yes.  What is wrong with me wanting my royalties?
20          I wrote the songs.
21    Q.    Sir, I'm not going to argue with you today or at
22          least I'm going to try not to, so if you can just
23          focus on answering my questions and just
24          answering my questions this will go a lot faster.
25    A.    That's a bone of contention in this.
```

Michael Skill - December 28, 2021

1   Q.   And you agree with me that Mr. Maharaja wrote

2        that, "We cannot honor your request," right?

3   A.   Yes.

4   Q.   Okay.  And you're not aware of any right that

5        Marinos or Kowalski or you for that matter to

6        demand that Sony pay you directly, correct?

7   A.   Of course we have a right.

8   Q.   What right is it you believe you have to demand

9        that?

10  A.   I have a right to the money from the songs I

11       wrote.

12  Q.   Even though there's a contract between Master

13       Beat and Sony?

14  A.   Yes.  My royalties can come to me directly.

15  Q.   Did you ever make that demand in 2017 or '18 as

16       to your royalties?

17  A.   To who?

18  Q.   Sony.

19  A.   I didn't make a demand.  I requested and wondered

20       how I get my -- I'm sure there was a how can I

21       get my royalties coming to me and I would like to

22       get them coming directly to me.

23  Q.   And the response from Mr. Maharaja was, "We can't

24       do it," right?

25  A.   Right, but later on -- yes, but later on, he said

59

1           he needed Wally to change it and then later on

2           they said they didn't need Wally to change it.

3           They just needed me to request it later.  This

4           was in the last two years.

5    Q.     We're going to get to that.  Let me just focus on

6           this 2017-2018 time frame.

7                     At the time that Sony told you that

8           they would not honor a request for direct

9           payment, did you or anybody on your behalf

10          challenge it at that time?

11   A.     What do you mean by "challenge"?

12   Q.     Did anybody communicate with Sony and say, "We

13          disagree with you.  I want my money directly"?

14   A.     There was no animosity or anything like that.  It

15          was just we were just trying to find a way that I

16          could get my songwriting money coming directly to

17          me like other songwriters.

18   Q.     I'm going to try again.  After Mr. Maharaja wrote

19          you on December 18th, 2018 -- or I'm sorry, wrote

20          Ms. Stork, which was then forwarded to you -- did

21          you or anybody on your behalf at that time

22          contact Sony to try to reverse their opinion that

23          they would not honor this request?

24   A.     We weren't trying to reverse anything.  I guess

25          reverse it, but we were just trying to get the

Michael Skill - December 28, 2021

60

```
 1              okay for money to come, yes, to us, yes, to me.
 2    Q.    Who contacted Sony at that time?
 3    A.    I would talk to them and Cheryl would talk to
 4          them.  You can ask her more about it yourself.
 5    Q.    Do you know with whom you spoke?
 6    A.    No, I don't know all names.  I don't recall all
 7          the names.
 8    Q.    Do you have any of the names?
 9    A.    Probably somewhere.  I'm sure there's on our
10          notes.
11    Q.    These are the notes which are being forwarded?
12    A.    No, I mean -- no, this is stuff from the past.
13          It's probably somewhere in the house that we had
14          contacted them, yes.  Maybe e-mails.  I'm not
15          sure.  You can ask Cheryl when you talk to her.
16                  I would ask her to call and she would
17          call and then we'd talk.  I'd jump in and talk
18          with them, that kind of thing.
19    Q.    Do you know whether you actually had a
20          conversation with somebody at Sony in this
21          December '18 time frame or are you guessing?
22    A.    Am I guessing?  I'm sure I spoke to somebody.  I
23          guess I'm kind of guessing, because I don't
24          recall the name.
25    Q.    In this December 2018 time frame when you, or to
```

61

1          your knowledge, Ms. Hangland, had these

2          conversations with Sony, did they tell you

3          anything other than Mr. Maharaja said in Exhibit

4          No. 6, which is that they cannot pay people

5          directly?

6     A.   No, that's not true.  It's because Wally, his

7          signature is on it, and he wouldn't change his

8          signature.  He wouldn't change it.

9     Q.   Do you see in this e-mail --

10    A.   If Wally talked to them and told them to change

11         it, they would change it.  It's not something

12         that could never be changed.

13    Q.   I want you to just take a moment if you haven't

14         done so already and read the portion of Mr.

15         Maharaja's e-mail that I have bolded on the

16         screen that starts with sentence, "The impending

17         issue ..."

18    A.   Okay.

19    Q.   Mr. Maharaja's e-mail concluded, "Unfortunately,

20         we do not have the resources, nor can our royalty

21         system support this type of setup."  Do you see

22         that?

23    A.   I see that.

24    Q.   Okay.  So when you or Ms. Hangland in the

25         December 2018 time frame spoke to somebody at

62

1              Sony, did they tell you that, "Oh, no, Maharaja

2              is wrong and, in fact, we do have the resources

3              and technical capabilities to do this kind of a

4              setup"?

5     A.       I'm not sure what you're getting at, but all I

6              know is that we requested to have royalties -- we

7              continually had to request to have royalties sent

8              to us directly.

9     Q.       But Mr. Maharaja, you agree with me, when you saw

10             this e-mail on December 18, he was telling you,

11             telling Master Beat, "We cannot not do it,

12             because our royalty system cannot support this

13             type of setup."  That's what the e-mail says.

14    A.       I disagree, because we've talked to them

15             recently, and they said they could.

16    Q.       So let's again not talk about recently.  Back in

17             2018 time frame, December 18 of 2018, time frame

18             --

19    A.       We agreed to it.

20    Q.       Did you talk to anybody at Sony where they told

21             you something contrary to what Mr. Maharaja told

22             you?

23    A.       Yes, I did speak to somebody later on that it was

24             contrary to that.

25    Q.       Not later on.  How about in 2018 or 2019?

Michael Skill - December 28, 2021

63

```
 1   A.    I don't know the date.  It would have been '19,
 2         '20, or '21.
 3   Q.    You have no contract directly with Sony, right?
 4   A.    Correct.
 5   Q.    And unless Master Beat agrees, Sony is not going
 6         to pay you directly, correct?
 7   A.    I disagree.  Then I could be -- that's an
 8         uneducated guess.
 9   Q.    Other than you and Ms. Hangland, has anybody else
10         spoken to Sony on your behalf on this issue of
11         direct payment?
12   A.    Not that I recall.
13   Q.    This e-mail from Mr. Marinos says, "We have
14         received Master Beat's request to account
15         directly to Marinos and Kowalski for their
16         royalties."  Do you know whether a request was
17         also made at that time for a direct payment to
18         you?
19   A.    I can't recall that.  I don't recall that.
20   Q.    Did you also -- Strike that.
21               What's your understanding as to who
22         owns the name The Romantics?
23   A.    What's my understanding to it?  Wally and I own
24         the name.
25   Q.    Master Beat owns it or you and Wally own it?
```

Michael Skill - December 28, 2021

64

1  A.  I think Wally and I own it.

2  Q.  Personally?

3  A.  Well, yeah, we are Master Beat.

4  Q.  You understand the difference between a

5      corporation and an individual?

6  A.  Yes, I do, yes.

7  Q.  So Master Beat did --

8  A.  I consider us owning it.  That's my way of

9      thinking.

10 Q.  Well, putting your way of thinking aside,

11     technically you understand it's Master Beat that

12     owns it, correct?

13 A.  Yes.

14 Q.  Okay.  And what, if any, understanding do you

15     have as to restrictions on you performing as The

16     Romantics without permission from Master Beat?

17 A.  Please say that again.  Repeat that.

18 Q.  Sure.  What, if any, understanding do you have as

19     to your ability to perform as The Romantics

20     without permission from Master Beat to use that

21     title?

22 A.  I can't use the name -- I can't use the name

23     Romantics, but I can say Mike Skill from The

24     Romantics if I perform.

25 Q.  How did you get that understanding, sir?

Michael Skill - December 28, 2021

65

```
 1   A.    It was written into the contract.  It goes way
 2         back even in the early days, and then when we
 3         redid the contract in '84, I think it was put in
 4         again.
 5   Q.    Was there ever an issue raised between Wally and
 6         you about your use of the name The Romantics?
 7   A.    No, but there's been -- that has arisen in the
 8         last few years where Wally has played shows.  And
 9         we look online, we've got online photos of The
10         Romantics, Wally using the name The Romantics.
11   Q.    Have you raised those to Mr. Palamarchuk?
12   A.    We said it, but promoters sometimes use it
13         anyway.  You have to stop them and stay on them.
14   Q.    I want to return to Exhibit No. 5 which was this
15         e-mail from December 18, 2018.  Happens to be the
16         same date as the e-mail for Mr. Maharaja.  And I
17         want to discuss some of the particulars in here.
18   A.    Sure.
19   Q.    On the second page near top, there's a reference
20         to problems with charging personal items on
21         business card.  Do you recall Mr. Maharaja
22         raising that issue with you?
23   A.    No.  With what card?  I don't have a band
24         business card.
25   Q.    Back in 2018 did you?
```

Michael Skill - December 28, 2021

66

1    A.    I've never had a band business card.

2    Q.    Did Ms. Hangland?

3    A.    No.

4    Q.    Did you have access to the account number such

5          that you could charge things to the card even

6          without physically having it?

7    A.    We've never abused or went in and used that

8          account or spent money from that account.  We've

9          never had any access to that.

10   Q.    So whatever he's talking about here in terms of

11         "problems with charge personal items on business

12         card," you have no idea what that's a reference

13         to?

14   A.    You should talk to Cheryl about that.  She'll

15         give you more information.

16   Q.    Okay.  There's another heading, "Unauthorized

17         Charges," Facebook boosts, family flights, Mick's

18         hotel.

19   A.    You may want to talk to the wife of Wally about

20         charging things on that account.

21   Q.    Do you have a recollection of Mr. Palamarchuk

22         raising an issue with you about a charge --

23         unauthorized charges for Facebook boosts?

24   A.    No, I'm not aware of any of that.

25   Q.    Do you recall Mr. Palamarchuk raising an issue

Michael Skill - December 28, 2021

67

```
 1          with you about not submitting reimbursements in a
 2          timely manner?
 3    A.    What is that?
 4    Q.    No recollection, sir?
 5    A.    No.
 6    Q.    And is it Ms. Hangland who handles requests for
 7          reimbursements regarding shows?
 8    A.    Occasionally, I think.
 9    Q.    As between the two of you, is it more of a Cheryl
10          Hangland thing or is it more of a Mike Skill
11          thing?
12    A.    I think you have to ask Cheryl.
13                THE WITNESS:  I have to take a break
14          for a second.
15                MR. QUICK:  Off the record.
16                (Break was taken.)
17    BY MR. QUICK:
18    Q.    We were reviewing Exhibit No. 5.  With regard to
19          the topic on here of travel arrangements, Mike
20          Lilley is not your personal travel agent, do you
21          recall Mr. Palamarchuk raising that issue to you?
22    A.    No, I don't.
23    Q.    And is it you or Ms. Hangland who normally
24          handles those accommodations?
25    A.    Regularly, often.
```

68

1  Q.    Is it you or her that normally does it?

2  A.    Oh, she usually handles that stuff.  You can ask

3        her about that.

4  Q.    The next heading is "Public Display."  "Pointing

5        your finger in my chest while making demands is

6        unacceptable."  Do you recall doing that?

7  A.    What's that?

8  Q.    Pointing your finger in Mr. Palamarchuk's chest

9        while making demands.

10  A.    Yes.  That was after he was treating Richard

11        Cole -- boy, I'm going to have to -- he treated

12        Rich Cole badly, and I didn't appreciate that,

13        and I went up to him to discuss that, but I

14        dropped back after and said to myself in my head,

15        I'm thinking it's no use talking to him, because

16        he's continually harassing Rich Cole and his

17        wife.

18  Q.    And how is it that he treated Mr. Cole badly?

19  A.    In many ways.

20  Q.    Well, in what way such that you were angry with

21        him and poking your finger into his chest?

22  A.    Rich wanted him to leave Rich alone.  Leave Rich

23        alone.  They were constantly harassing Rich and

24        his wife.

25  Q.    Can you give me any particular example?

69

```
 1   A.   Going by his house at night, showing up at her
 2        work, harassing her and just general harassment
 3        of Rich, and I didn't appreciate it, and I
 4        confronted him and it could have gotten worse,
 5        but I walked away.
 6   Q.   And what was the subject matter of this?
 7   A.   I don't recall exactly.  It was bad stuff.  It's
 8        just continuous harassment of Rich.  It reached a
 9        peak at a show, and I didn't like it.  That's
10        basically it.  Nothing happened after that.
11   Q.   The e-mail is dated December of 2018.  When was
12        this incident of you pointing your finger into
13        his chest?
14   A.   This was probably at a show, a show at the Island
15        Dominican Republic.  I recall it.  But it was no
16        use.  Never mind.  I'm not going to go farther.
17        I said enough.
18   Q.   Was your relationship with Mr. Palamarchuk in
19        this 2017 and 2018 time frame worse than it had
20        been previously?
21   A.   Say the first part again.
22   Q.   Was your relationship with Mr. Palamarchuk in
23        this 2017 and 2018 time frame worse than it had
24        been?
25   A.   I wouldn't even call it really a relationship
```

Michael Skill - December 28, 2021

70

1       anymore.  We didn't talk much and he wouldn't

2       return calls.  We didn't talk much.  We couldn't

3       agree on -- he was doing shows on his own, which

4       I didn't know about.  I think it's in the

5       contract that he's supposed to make it known any

6       shows -- any that are coming up for him.

7                So what happened is he'd book his

8       shows, not tell us about it.  Then Brad Elvis and

9       Rich, if he wanted to, and I couldn't do anything

10      if there was time open, we wouldn't have time to

11      put something together, because we didn't know

12      his plan, his arrangements.  He would do shows on

13      the side we wouldn't know about, and it would

14      mess us up for as far as us doing anything.  That

15      was unacceptable.

16  Q.  I don't want to put words in your mouth, but

17      would you say that by 2017, 2018, you really had

18      nothing but a bad relationship with

19      Mr. Palamarchuk?

20  A.  I wouldn't say it was bad.  Just we didn't agree

21      on things.

22  Q.  And has it gotten better or worse since that

23      time?

24  A.  It stayed the same.  I offered songs to go in the

25      studio.  I actually set up time for the studio to

Michael Skill - December 28, 2021

71

```
1              go in and do some recording, he wasn't
2              interested, and produce songs.  Because we're
3              continually going on the road and playing the old
4              songs.  I didn't want to do just rely on the old
5              material.  I wanted to contribute.  I'm always
6              contributing songs and being a songwriter and
7              trying to get him in studio to no avail.
8                   So there was -- that didn't happen
9              anymore.  I was writing with Brad Elvis, the
10             drummer, and going in the studio recording my own
11             stuff.
12      Q.     And there's no problem with you performing your
13             own stuff or recording your own stuff, right?
14      A.     No.  There's no problem with him doing shows
15             either.  It's just we would like to know ahead of
16             time so that we could make arrangements where
17             Brad couldn't do a show, he doesn't know his
18             schedule, so it was scheduling abuse I guess
19             you'd call it.
20      Q.     He's allowed to do shows on his own.  Is there
21             some contract that you're aware of that says he
22             has to tell you when he's doing shows?
23      A.     I'm not sure.  I shouldn't put it that way.  I
24             guess there might be an agreement, a gentlemen's
25             agreement, that it didn't work out.  It was
```

```
 1        contentious.
 2   Q.   Were you upset with Mr. Palamarchuk when he was
 3        performing with Ringo Starr?
 4   A.   Not at all.  Was I upset he played?  I thought it
 5        was great that he played with him, but the way
 6        that was handled was I had two years off the road
 7        with no money coming in, and I requested
 8        10 percent of the money for using the name, and I
 9        got nothing.  I was out of work for two summers.
10        And then he got fired.  He was with a friend of
11        mine at a bar, and Ringo wanted no drinking on --
12        no drinking -- a no-alcohol tour, I guess, and
13        they were at a bar with a friend of mine after a
14        show.  This is what my friend tells me.  And
15        Wally was so drunk, he fell off the chair when
16        Ringo walked in.  He fired him.
17   Q.   Okay.  Let's just try to stick to the questions.
18        I know you guys have got a million stories from
19        over the years.
20              My question was, were you upset, and
21        the answer was you were -- I want to make sure I
22        understood what you said.  You weren't upset per
23        se that he was doing shows, but you were upset
24        that The Romantics weren't touring because Wally
25        was tied up with Ringo.  Is that it?
```

Michael Skill - December 28, 2021

73

1    A.    I was put out of work and not getting paid, and I
2          wanted a percentage of the amount of money he was
3          making.
4    Q.    How were you put out of work?
5    A.    For The Romantics?
6    Q.    You said you were out of work for two years when
7          Mr. Palamarchuk --
8    A.    I was out of work playing with The Romantics.
9          Shows were canceled from The Romantics.
10         Romantics were making $25,000 a show and that was
11         all gone.  I was relying on Romantics' money.
12   Q.    And you're saying that happened because
13         Mr. Palamarchuk was touring with Ringo?
14   A.    Yes.
15   Q.    If Wally Palmar schedules a show for The
16         Romantics, are you obligated to show up for that?
17   A.    Yes, if it's for The Romantics, yes.
18   Q.    So he can schedule anytime without checking with
19         you and you just have to show up?
20   A.    No.  I mean, there's certain ways to go about it.
21         He calls me up.  He'll call me up or I'll hear
22         from the booking agent, and there will be a show
23         coming up, and I'll agree or not agree to do it.
24   Q.    You have the right to either agree or not agree,
25         right?

Michael Skill - December 28, 2021

74

1  A.    And we'll discuss it.

2  Q.    But you have the right to either agree or not

3         agree to do the show, right?

4  A.    Well, we talk about it.  We usually like to do

5         the shows.  We don't like to cancel shows because

6         that's how we make our living.

7  Q.    But if it's a date that's not good for you or

8         you're doing other things, you don't have to do

9         it, right?

10  A.    No.  No one has to do anything, right.

11  Q.    Back to our exhibit.  Do you recall this incident

12         on the screen about you claiming that Sound

13         Exchange had a fraud claim regarding Ms. Stork?

14  A.    You'd have to ask Cheryl about that.  She might

15         be able to give you better information on that.

16  Q.    You don't recall anything about that?

17  A.    I vaguely recall that.

18  Q.    Do you remember making an allegation to somebody

19         that Ms. Stork had participated, had done

20         something fraudulent?

21  A.    I don't recall at the moment.  In other words,

22         she could give me some kind of surrounding things

23         that may spark my memory.

24  Q.    Do you remember Ms. Stork being frozen out of the

25         Sound Exchange account?

75

```
 1   A.    I don't recall that.
 2   Q.    Do you see Mr. Palamarchuk's request here that
 3         this freeze must be lifted via e-mail with a copy
 4         to me and Kathie so Kathie can work with Sound
 5         Exchange to determine the amounts due?
 6   A.    What did you say?
 7   Q.    Do you see the highlighted portion on the screen
 8         here?
 9   A.    I see that.
10   Q.    Does that refresh your recollection that
11         Mr. Palamarchuk made that request to you?
12   A.    Okay.  It could have happened.  I don't recall
13         it.  I see it.  Okay.
14   Q.    Was it Ms. Hangland who was dealing with Sound
15         Exchange at that time?
16   A.    Probably both of us.
17   Q.    Do you remember -- I'm not going to read all this
18         into the record, but this heading called "Recent
19         Personal Charge," do you remember this dispute
20         with Mr. Palamarchuk?
21   A.    Cheryl would know more about that.  She handled
22         that.  I'm sure she knows exactly about that, I
23         think.
24   Q.    And merchandise money, that would also be a
25         Ms. Hangland question?
```

1   A.   We hand it over every time.

2   Q.   That's not my question.  My question is with

3        regard to Mr. Palamarchuk raising these issues

4        with regard to merchandise money, do you have a

5        recollection of that?

6   A.   Some vaguely, but -- you know, vaguely.

7   Q.   Is it primarily Ms. Hangland who was handling the

8        money and the reporting on merchandise?

9   A.   Yeah.  But there were times after shows when Mike

10       Lilley couldn't remember what he did with money,

11       so I don't know anything about that either.  So

12       I'm not sure about -- but no, I see what you're

13       saying.

14  Q.   There is a Facebook account for The Romantics?

15  A.   Yes.

16  Q.   And you have the password for that?

17  A.   Yes.

18  Q.   What is it?

19  A.   I think I do.  I don't know it.  Cheryl knows it.

20       Cheryl handles it.

21  Q.   Mr. Palamarchuk has asked you for that password?

22  A.   Yes, I guess so.

23  Q.   And why haven't you provided it?

24  A.   Because of all the racist statements he was

25       making, we were worried that he would harm the

77

1          brand on his Facebook.  We wanted to keep that

2          from happening.

3    Q.    Did you ever tell Mr. Palamarchuk that you were

4          refusing to provide access to the Facebook

5          account because of alleged racist statements?

6    A.    Either Cheryl did or I did.  I can't recall.

7    Q.    When was that communicated to Mr. Palamarchuk?

8    A.    Years ago, couple years ago.  I don't know.

9    Q.    So even though that is a Romantics Facebook page,

10         not a Mike Skill Facebook page --

11   A.    I hardly ever go on it.  I hardly ever go on it,

12         and I'm hardly -- in fact, if it pops up, I'm off

13         it.

14   Q.    You've got to try to be patient with me as I ask

15         my questions, okay?

16   A.    Fair enough.

17   Q.    So even though that is a Romantics Facebook page,

18         not a Mike Skill Facebook page, you and

19         Ms. Hangland have sole control over it, correct?

20   A.    I guess.  We were worried about the racist

21         statements and Trumpy statements and the right --

22         all that proud boys and all that statements

23         harming the band.  We were worried he was going

24         to -- I'm constantly getting ridiculed on his

25         site and it's not good.

Michael Skill - December 28, 2021

78

1    Q.    You're constantly being ridiculed on what site?

2    A.    Well, let's just back up.  I just didn't like

3          what he was saying on his -- in his sites.  We

4          were worried it was going to harm the brand.

5    Q.    So you believe that there should not be any

6          political postings on The Romantics Facebook?

7    A.    Well, we keep it all about music and shows.  It's

8          shows and promoting shows and promoting the band

9          with photos.  And, you know, I can't say that

10         occasionally things don't slip in about Mike

11         Skill, but we don't use that -- we don't

12         intentionally use that to promote me.  I have my

13         own sites.

14   Q.    The only two people who have access to that

15         Facebook page are you and your wife -- or

16         Ms. Hangland, correct?

17   A.    Right, right, right.

18   Q.    So if there is stuff on there promoting Mike

19         Skill, it didn't just happen accidentally.  You

20         did it or Cheryl did it.

21   A.    People would come on and post stuff about me.

22   Q.    I'm not talking about people on Facebook who may

23         post things on the page.  I'm talking about

24         official posts under The Romantics Facebook.

25   A.    We stay away from promoting me on the site.  Let

Michael Skill - December 28, 2021

1          me say that.

2    Q.    You would agree that it would be improper to

3          promote you personally on a Romantics Facebook

4          page?

5    A.    I don't think it's improper.  I just stay away

6          from it because it's about The Romantics and not

7          me, but I'm part of the band for 40 effin' years.

8          So if it happens, it happens, but I don't

9          intentionally go in to use that platform which

10         started with 200 -- with 26 people and now has

11         20,000 people because of the way it's handled.

12         We don't use it for me.  It's not generally for

13         me.  I have my own.

14   Q.    Do you post -- to the extent you do post things

15         about yourself and your personal music, do you

16         also post things about Mr. Palamarchuk?

17   A.    I don't.  I don't.  I don't post my stuff.  I

18         don't post my stuff on there.  I don't go on

19         there.  If it pops up, it automatically pops up,

20         I get off it.  I don't want -- I don't want.

21   Q.    So if there is official posts on The Romantics

22         page promoting you, you're unaware of that?

23   A.    I haven't done it, okay?

24   Q.    Which means the only other person who could have

25         done it was Ms. Hangland?

Michael Skill - December 28, 2021

80

1    A.    Which means you should ask Cheryl about that.

2    Q.    And you would agree by and large that's not a

3          proper use of that Facebook page, correct?

4    A.    No, I wouldn't say that.  It's just we agree to

5          that.  We agree to that.

6    Q.    Who is "we" agreed?

7    A.    I think in general we agree that we don't promote

8          me and use The Romantics page for Mike Skill.

9          I'm trying to create my own entity separate from

10         Romantics.  Connected but separate as far as

11         building a brand, me building my own brand.  I'm

12         not disregarding The Romantics.  I don't want to

13         disregard the past, the songs I've written and

14         created, and I'm not going to do that.  But I

15         have the time on my hands I'm going to use on my

16         stuff, on my Facebook.  In fact -- never mind.

17         Go ahead.

18   Q.    Do you control any other social media accounts

19         related to The Romantics?

20   A.    No, not that I know of.  No.

21   Q.    Is there a Twitter account for The Romantics?

22   A.    Oh, I guess there's -- I don't go on that either.

23   Q.    So that's another Ms. Hangland?

24   A.    Yes.  She goes on there.

25   Q.    We've gone through most of this Exhibit No. 5,

Michael Skill - December 28, 2021

81

1         and as we've done so, you still have no
2         recollection of receiving this in December of
3         2018?
4    A.   I don't recall this exact one, but, yeah, I don't
5         recall it.
6    Q.   You see that he was inviting you to have a
7         conversation about these items.  Do you recall
8         having such a conversation?
9    A.   I don't recall it.
10   Q.   Okay, Mr. Skill, on the screen I will represent
11        to you these are documents that you produced in
12        litigation and the first e-mail I want to ask you
13        about is on the screen.  It has a date of
14        September 20th of 2021.
15               For the record, and I'll take this up
16        separately with your counsel, these e-mails were
17        produced in an incomplete fashion and not in
18        native format and, you know, clearly not with all
19        of the responses and replies, but I'll take that
20        up separately with counsel.
21               To your knowledge, there is no reason
22        that these e-mails don't currently exist, right?
23        You still have them somewhere?
24   A.   I don't remember what -- I can't tell what they
25        are.  What is it about?

Michael Skill - December 28, 2021

82

1  Q.    Well, this particular e-mail is an e-mail dated

2        -- well, September 20, 2021, from you to Sony

3        Music.

4  A.    Okay.

5  Q.    But generally, you haven't deleted any e-mails in

6        this -- from 2011 with regard to Sony, for

7        example.  You would still have them?

8  A.    I don't think so.  I don't think so.  Cheryl

9        might know that better.  I don't think so.

10 Q.    Did you send this e-mail dated September 20th or

11       did Ms. Hangland?

12 A.    She may have shown it to me, but I don't recall

13       exactly, and she probably did.

14 Q.    Did you review the e-mail before it was sent?

15 A.    I don't recall.  I don't recall doing that.

16 Q.    Did you discuss before sending this e-mail --

17 A.    I'm not even sure what it's about.

18 Q.    Well, it says regarding direct deposit requests

19       for Mike Skill.

20 A.    Okay.

21 Q.    And it lists some accounts and then it says,

22       "Please advise me the process to complete a

23       direct deposit to my individual company Mike

24       Skill/Skill Songs for my Sony music publishing

25       accounts/royalties."

Michael Skill - December 28, 2021

1   A.    Okay.  I see it, but I don't recall it.

2   Q.    I will represent to you, sir, that in terms of

3         the documents that you produced in this

4         litigation, this is the earliest in time in terms

5         of the 2021 time frame in terms of communications

6         between you and Sony on this issue of -- well, on

7         anything, okay?

8   A.    You think that's the earliest?

9   Q.    Pardon me?

10  A.    You think that's the earliest, earliest?

11  Q.    Well, that's the earliest that you produced, so

12        if there were earlier that I don't know, then I

13        don't know.

14  A.    I'm asking you.  I'm asking you.

15  Q.    So my question is, if we assume for the moment

16        this is the earliest e-mail and there's some

17        others that come after this, which we're going to

18        look at, do you recall whether you or

19        Ms. Hangland had any communication with Sony

20        before this September 20 date, meaning, you know,

21        relatively soon beforehand or did you just fire

22        this into Sony out of the blue?

23  A.    I don't recall.  I do not recall how that went

24        about.

25  Q.    Do you know why it went in on September 20th of

Michael Skill - December 28, 2021

84

1        2021?  In other words, was there some event or
2        issue that triggered you wanting to send this in
3        to Sony?
4    A.   It's about direct payment, right, or what's it
5        about?  It's about complete a direct -- I don't
6        know.  I've been requesting royalties.  I don't
7        know.  I don't recall this one though.  I don't
8        recall any one from any other.  I don't recall
9        that.
10   Q.   You see here that this e-mail is signed as Mike
11       Skill and Master Beat, Inc., and The Romantics.
12   A.   Okay.
13   Q.   Did you believe you had the authority to
14       communicate with Sony on behalf of Master Beat on
15       the subject of direct payment to Mike Skill?
16   A.   Personally, I feel I do.
17   Q.   Is there a reason you didn't copy Mr. Palamarchuk
18       on this?
19   A.   I don't know.  I don't know the reason.
20   Q.   And you knew based on your other communications
21       that Mr. Palamarchuk was not in favor of changing
22       the situation with Sony such that you get direct
23       payment, right?
24   A.   Of course.  He's been controlling the money for
25       40 years -- or less, a little less than that.

85

1    Q.    That's the contract as --

2    A.    It's hard to want to give up control of the

3          money, so I can understand the fascination with

4          it and doesn't want to give me my share, my

5          shares directly.

6    Q.    Well, that's the contract, is between Sony and

7          Master Beat, right?

8    A.    I can get my money direct, okay?  I should be

9          able to get my money direct, directly.  I

10         disagree.

11   Q.    And now that we're in this 2021 time frame, did

12         anybody from Sony tell you that you could get

13         paid direct without permission of Master Beat?

14   A.    Yes.  All we needed was one signature.

15   Q.    Who told you that?

16   A.    I can't recall the name of the guy at the moment.

17   Q.    Whose signature was needed?

18   A.    One signature instead of Wally -- instead of two

19         signatures, I guess.  I can't recall exactly how

20         it was laid out.

21   Q.    I'm just trying to understand what you're saying.

22   A.    It's very easy.

23   Q.    Are you saying that somebody at Sony told you

24         that Mike Skill could be paid directly just with

25         Mike Skill's signature and nobody else's?

Michael Skill - December 28, 2021

86

1    A.    Yes.

2    Q.    And you don't know who said that?

3    A.    I can't recall the name.  I can't recall the

4          name.

5    Q.    Jason Manley?

6    A.    Maybe.  Maybe.  I'm not sure.

7    Q.    Do you have notes of these conversations?

8    A.    What's that?

9    Q.    Do you have notes of these conversations?

10   A.    I don't.

11   Q.    You purposively did not copy Mr. Palamarchuk on

12         this e-mail because you knew that he would

13         object, right?

14   A.    I don't know.  I don't know what he would do.

15   Q.    You certainly expected that he would object.

16   A.    There's two things he could have done.  I don't

17         know which he would have done.

18   Q.    You certainly expected that he would object to

19         that, right?

20   A.    I don't know.

21               MR. QUICK:  I'm going to mark this page

22         as Exhibit No. 7.

23               (Exhibits 7 & 8 marked.)

24   BY MR. QUICK:

25   Q.    I have another page up now.  This is an e-mail

Michael Skill - December 28, 2021

87

```
 1          dated September 23rd of 2021 from Jason Manley to
 2          you.  Have you seen this e-mail before, sir?
 3   A.     I can't see with all the pictures in the way.
 4          Where is this from?
 5   Q.     I'll scroll down so you can see the rest of the
 6          e-mail.
 7   A.     When was this?
 8   Q.     September 23rd, 2021.
 9   A.     I don't recall it, but ...
10   Q.     Do you see here -- so was this Ms. Hangland
11          communicating with Sony on your behalf?
12   A.     Possibly.  I think so.
13   Q.     Ms. Hangland has no position with Master Beat,
14          correct?
15   A.     She represents me.  She helps me.
16   Q.     My question is, she has no position with Master
17          Beat, correct?
18   A.     No, she has no position with Master Beat.  She
19          does my business, though, for me.
20   Q.     Do you see in this e-mail, sir, that Sony tells
21          you, or Ms. Hangland as the case may be, that we
22          will need a letter of direction signed by an
23          authorized representative of Master Beat?
24   A.     Okay.
25   Q.     Did you believe that you were authorized to on
```

88

1          your own make such a request to Sony?

2     A.   Well, because I had heard -- someone in the band

3          heard conversations of between Mr. Lilley, our

4          road manager, and Wally that they were going to

5          bankrupt me, that they were going to put me out

6          of commission.  And this was on a flight.  And I

7          wasn't getting paid.  I wasn't getting -- I had

8          to survive, so that's what I had to do.  I had to

9          see if I could get money coming directly to me to

10         stand up for myself.

11    Q.   Who told you about this alleged conversation?

12    A.   It was heard in passing.

13    Q.   Who told you?

14    A.   It was heard in passing.  I don't recall who it

15         was that told me.

16    Q.   So some person that we don't have any idea who it

17         is told you there was a conversation between Mike

18         Lilley and Wally Palamarchuk that they were going

19         to bankrupt you?

20    A.   Yes.

21    Q.   Did this mystery person report anything else

22         about this conversation to you?

23    A.   No.

24    Q.   Did you challenge either Mr. Lilley or

25         Mr. Palamarchuk about that conversation?

Michael Skill - December 28, 2021

89

1   A.   I never brought it up, no.

2   Q.   So you never -- so you never brought it up, but

3        what you're saying is that you decided to take

4        matters into your own hands with Sony because of

5        that?

6   A.   No.  I'm just saying I felt like I had to start

7        standing up for myself.  That's all.  I always --

8        I've never made a big row about much of anything

9        over the years until, you know, later.  It looked

10       like things weren't -- looks like things may be

11       dissolving within the group.  Whatever.  I don't

12       know.

13  Q.   Do you believe Master Beat should still exist?

14  A.   No.  Actually, I told Wally we should dissolve

15       Master Beat.  I requested it.

16  Q.   And that's still your view today?

17  A.   Well, we requested -- I requested it and Foster

18       Swift told us we should get rid of it as well.

19       And then my other attorney, Brian Lewis, he

20       thought we should dissolve it too, because we

21       could be -- well, they just thought we should

22       dissolve it as well.

23  Q.   And that's still your view today?

24  A.   Yeah, I think it should be dissolved.

25  Q.   This e-mail that's on the screen is dated

1           September 23rd.  When relative to that date did

2           you hear from this mystery person about this

3           alleged conversation between Lilley and

4           Palamarchuk?

5    A.     What's that?  When did I what?

6    Q.     When did you hear from this mystery person about

7           this conversation between Lilley and Palamarchuk?

8    A.     Things were submitted in passing, you're on the

9           road, and things were said in passing, so I don't

10          recall who said it.  It was probably two years

11          ago or three years ago.  Three years ago.  It was

12          when we were still on the road, so it had to be

13          2019 maybe.

14   Q.     What was going on in 2019 such that it made any

15          sense for Mr. Palamarchuk to allegedly say that

16          he was going to bankrupt you?

17   A.     Nothing, other than we were still playing shows

18          and things were going along, moving along.

19   Q.     So it was a mystery to you why he would have any

20          animosity towards you?

21   A.     Go read his e-mails how he criticizes me and puts

22          me down and degrades me on Facebook, so you can

23          check that out.  So it's been an ongoing thing to

24          destroy me.

25   Q.     So what does a conversation that occurred two to

Michael Skill - December 28, 2021

91

 1              three years ago have to do with you in 2021
 2              requesting your direct payment from Sony?
 3    A.   Well, I've always wanted to get paid directly
 4              anyway, so it doesn't matter.  I always wanted to
 5              get paid directly anyway.
 6    Q.   But why all of a sudden in September of 2021 are
 7              you now writing to Sony demanding it?  Like, why
 8              didn't you do it in the beginning of 2021 or in
 9              2020 or in 2019?
10    A.   I guess I felt I could do it.
11    Q.   What changed?
12    A.   I don't know.  It's just -- I wanted to get my
13              pay coming, my songwriting pay coming directly.
14    Q.   I'm going to show you a different communication.
15              Now on the screen is an e-mail dated
16              September 27, 2021, from you, or at least your
17              e-mail account, to Jason Manley.  Did you write
18              this e-mail or did Ms. Hangland?
19    A.   I don't recall it.  I don't know if she wrote it
20              or not.  You'd have to ask her.
21                   MR. QUICK:  For the record, if I didn't
22              say it, this would be Exhibit 9.
23                   (Exhibit 9 marked.)
24    BY MR. QUICK:
25    Q.   You said, "My accounts will be the only accounts

Michael Skill - December 28, 2021

92

1           authorized by my company Master Beat, Inc., to be
2           paid out directly."  So you understood that you
3           were purporting to give Sony direction on behalf
4           of Master Beat, correct?
5    A.     I said I don't recall this and I don't know how
6           legit or what is up with this.  I don't know
7           about this.  I don't recall this.
8    Q.     I'll withhold my opinion about whether it's
9           legit, but it's an e-mail that you produced in
10          discovery, so I'm presuming it was actually sent
11          to Sony.
12   A.     Okay, I see it.  I don't recall it.
13   Q.     Let's assume for the moment this e-mail was
14          actually sent on September 27th, okay?  Do you
15          believe it would be appropriate for you to send
16          an e-mail on behalf of Master Beat to pay you
17          your royalties directly?
18   A.     Yes.
19   Q.     Did anybody give you that opinion?
20   A.     No, I just feel that.
21   Q.     Did you check with anybody before doing that as
22          to whether it was proper for you to do that?
23   A.     No.
24   Q.     What happened with that request?
25   A.     Nothing happened.  It never happened.

93

```
 1   Q.   Do you know why?
 2   A.   I forget why.  I don't recall.  Cheryl may know a
 3        little more than me.
 4   Q.   Just so that we don't have to play this game as
 5        between you and Ms. Hangland, anything that
 6        Ms. Hangland did using your name you were
 7        authorizing her to do that, right?
 8   A.   I'm not playing a game.  I'm just saying I don't
 9        recall reasoning, and I just wanted to get --
10        I've been trying to get my songwriting money to
11        come directly for a long time.
12   Q.   Let me rephrase my question and make it a little
13        less argumentative.  Anything that Ms. Hangland
14        did when she's using your name or purportedly
15        speaking on your behalf, she's doing that with
16        your approval, right?
17   A.   Yes.
18              (Exhibit 10 marked.)
19   BY MR. QUICK:
20   Q.   Let me show you what I've marked as
21        Exhibit No. 10, which is an e-mail dated
22        October 19th of 2021 from you -- or at least from
23        mikeskillsongs@gmail.com to Ms. Stork and to
24        Mr. Palamarchuk.  Did you write this e-mail?
25   A.   I think we did.  I think we did.  Yeah, I think I
```

Michael Skill - December 28, 2021

94

```
 1            recognize that.
 2    Q.      I don't recall specifically from your earlier
 3            testimony, but mikeskillsongs@gmail.com, that's
 4            another e-mail that you use?
 5    A.      Yes.
 6    Q.      And both you and Ms. Hangland have access to
 7            that?
 8    A.      Yes.
 9    Q.      Does anybody else?
10    A.      No.
11    Q.      Does your son write e-mails on your behalf?
12    A.      No.
13    Q.      With regard to this e-mail, do you recall whether
14            you wrote it or Ms. Hangland wrote it?
15    A.      She may have wrote it, wrote it up, passed it
16            along to me.  I don't recall it.  I don't recall.
17    Q.      There's a paragraph in this e-mail that says Mike
18            Skill -- I don't know why you'd refer to yourself
19            in the third person, but says, "Mike Skill
20            recognizes his ongoing legal obligation according
21            to the settlement with Joel Bacow Martin with
22            Master Bet, Inc., involving Mr. Martin and his
23            requested 15 percent from Master Beat, Inc./Mike
24            Skill, Sony Music publishing payout."  What were
25            you referencing there?
```

Michael Skill - December 28, 2021

95

1   A.   There's agreement Joel gets 15 percent.

2   Q.   And that's an obligation of Master Beat, right?

3   A.   Yes.   That's our obligation, right.   My

4        obligation, our obligation.

5   Q.   So if Sony paid you directly, you're saying you

6        would have that obligation personally to Mr.

7        Martin?

8   A.   Yes.

9   Q.   Did you pay him the money?

10  A.   I think we did or I think we're about to, just

11       about to.

12  Q.   Well, this is from October of 2021.   Did you pay

13       him the money at that time?

14  A.   I think it's -- I think we're about to do that.

15       We've been talking about that.   We're discussing

16       how we were going to take care of that.

17  Q.   And "we" means you and Ms. Hangland?

18  A.   Yes.   We weren't going to not do it.

19  Q.   It also says cc legal?

20  A.   What does that mean?

21  Q.   Well, that's my question.   Who as of October 19

22       of 2021 was your legal counsel?

23  A.   Mark and his people over there.

24  Q.   But you already told me when you had sent these

25       e-mails in to Sony about trying to get direct

96

1           payment, you had not checked with any lawyer

2           about whether that was proper to do so; that was

3           just you and Ms. Hangland, right?

4    A.    I think so.  I'm not sure.

5                  (Exhibit 11 marked.)

6    BY MR. QUICK:

7    Q.    I'm showing you what I will mark as Exhibit No.

8           11, which is a letter addressed to Sony

9           Publishing, and it seems to have your signature

10          and a date on the bottom of September 28, 2021.

11          Is that your signature, sir?

12   A.    Yes.

13   Q.    Who prepared this document?

14   A.    I think maybe my wife Cheryl did.  Maybe.  I

15          think.

16   Q.    And you see on the bottom you are purporting to

17          sign it as The Romantics/Master Beat, Inc.  Is

18          that correct?

19   A.    Yes.  My company.  Part of my company.

20   Q.    And this says cc legal again.  Was this sent to

21          Mr. Gilchrist or his firm?

22   A.    Probably was.  I think so.

23   Q.    Why did you request direct payment for only

24          yourself?

25   A.    What do you mean?  Be more precise.

97

1    Q.    Well, those e-mails and letters we just looked at
2          was a request for direct payment to you for Sony
3          royalties.  Why didn't you at that same time
4          since you thought you could also represent Master
5          Beat, why didn't you tell Sony to direct pay
6          Kowalski and Marinos, for example?
7    A.    Well, I called Marinos two to four times, and I
8          never got a call back.
9    Q.    What about Kowalski?
10   A.    I hadn't called him.
11   Q.    But you knew from 2018 that he wanted his
12         royalties directly, right?
13   A.    Yes.
14   Q.    In fact, he sued you --
15   A.    We were trying to open the door and then we would
16         call him later after this.
17   Q.    Stick we me.  By September of 2021, he already
18         had sued you claiming among other things that he
19         has some alleged right to direct payment from
20         Sony, right?
21   A.    Yes.
22   Q.    But yet you did not --
23   A.    They would have gotten theirs too as well.
24   Q.    But why didn't you just direct it all to happen
25         at the same time since you had the authority --

Michael Skill - December 28, 2021

98

```
 1              you thought you had the authority to do so on
 2              behalf of Master Beat?
 3    A.   Well, first thing was if we could get the door
 4         open to be able to do that, if he would do that.
 5         Then we'd turn it to them too.  Let them get it
 6         too as well.
 7    Q.   Did you tell Mr. Kowalski that you were engaged
 8         in these discussions with Sony in September?
 9    A.   We didn't talk to him.  We weren't talking to
10         him.  So, no, we didn't want to break that
11         silence.  We didn't talk to him.  I haven't
12         talked to him in two years -- a year and a half
13         or two because of the lawsuit.
14    Q.   We're just going to finish up this line of
15         questioning and then we're going take a break, so
16         hang in there for a minute if you can.
17    A.   I was wondering.  I was going to ask you if you
18         wanted to do lunch or something.
19    Q.   Let me just finish this up.
20              After these e-mails that we looked at
21         in September and October of 2019, did you or did
22         Ms. Hangland on your behalf request from Sony
23         that they place a hold on the payment of
24         royalties to Master Beat?
25    A.   Say that again.
```

99

1   Q.    Did you or Ms. Hangland request that Sony place a
2         hold on royalties that otherwise would be paid to
3         Master Beat?
4   A.    Sony or Sound Exchange?
5   Q.    Right now the question is Sony.
6   A.    Did we request them to put a hold?  No.
7   Q.    And do you know whether there is a hold or not
8         currently at Sony?
9   A.    I don't think so.
10                MR. QUICK:  It is 12:44.  Let's go off
11        the record.
12                (Break was taken.)
13  BY MR. QUICK:
14  Q.    We were talking a little bit earlier about The
15        Romantics trademark that is owned by Master Beat,
16        and you recall that that mark had to be renewed
17        in 2020?
18  A.    Yes, I think so.
19  Q.    And if it had not been renewed timely, did you
20        have an understanding as to what would happen to
21        the mark?
22  A.    Wouldn't it go to the public domain?
23  Q.    So was it your understanding, sir, that any Tom,
24        Dick, or Harry could thereafter perform and call
25        themselves The Romantics?

Michael Skill - December 28, 2021

100

1    A.    I'm not sure about that.

2    Q.    Well, if it goes into the public domain, then

3          anybody can use it?  Isn't that your

4          Understanding?

5    A.    Isn't the name the name and the image the image,

6          two different things?

7    Q.    Well, let's just focus on the trademark in terms

8          of the trademark renewal.

9                You said it would go into the public

10         domain, so did you have an understanding that --

11   A.    That was the question.

12   Q.    I'm sorry, you're muffled.  I couldn't understand

13         that.

14   A.    I said wouldn't that go into the public domain?

15         That's a question.  I would think.

16   Q.    Let me just try to focus on your understanding,

17         and if you don't have one, that's fine.

18                What would happen to The Romantics

19         trademark if it was not timely renewed?

20   A.    I guess someone else could own it, could purchase

21         it.

22   Q.    And did you want that to happen?

23   A.    No.  We wanted to keep it for ourselves.

24   Q.    Isn't it true that you initially objected to the

25         renewal of the trademark?

Michael Skill - December 28, 2021

1    A.    Not that I recall.

2    Q.    That was handled by the Foster Swift law firm.

3          Do you recall that?

4    A.    No, I don't.

5    Q.    Some lawyer had to do it, right?

6    A.    I'm not sure.

7    Q.    Do you recall a lawyer being involved?

8    A.    I don't recall that.  That's a whole era I'm

9          trying to forget about.

10   Q.    This is only 2020 we're talking about, so it's

11         not that long ago.

12   A.    Okay.  I thought you meant past years.  I don't

13         recall.  Maybe Cheryl handled it and passed it by

14         me.  You might want to please ask her.

15   Q.    If Master Beat hired a lawyer to handle the

16         trademark renewal, that would be an expense of

17         Master Beat that it needs money to pay, right?

18   A.    Sure.  Yes.

19   Q.    Sir, I don't know if maybe during the break

20         something happened, like maybe you placed a piece

21         of paper over the computer or something, but

22         you're muffled a little bit on the microphone.  I

23         just want to make sure it's coming through.

24   A.    No, we're all good as far as I can tell.

25   Q.    I guess you just have to keep your voice up, so

102

```
 1              I'll ask you to try to do that.  So let me ask my
 2              question again.  I apologize.
 3                     To the extent that Master Beat had to
 4              hire a lawyer to do anything and, you know, let's
 5              use the trademark renewal as an example, that's
 6              an expense of Master Beat that it needs money to
 7              pay, right?
 8      A.      Yes, sir.
 9      Q.      And so if when Master Beat was sued by Kowalski,
10              it has to hire a lawyer and needs money for that,
11              right?
12      A.      Right.
13      Q.      So if you were successful in your attempts to get
14              paid directly from Sony, the only Sony money
15              coming in to Master Beat would be Wally
16              Palamarchuk's related royalties, right?
17      A.      In a beautiful world, it would be -- in a perfect
18              world, it would be all of us getting our money
19              directly from Sony.
20      Q.      How does Master Beat have money to pay its legal
21              bills?
22      A.      Wally calls me and sends me an invoice, and I pay
23              on the bill.
24      Q.      Has anybody told you that's how corporations
25              operate, that they invoice their shareholders?
```

Michael Skill - December 28, 2021

1   A.   That happens.  I've heard about that.  And I do
2        that at home.  I pay my bills.  You tell me what
3        I owe, I pay the bill.
4   Q.   Has anybody told you that with regard to Master
5        Beat that that would be an appropriate way to
6        conduct business?
7   A.   Well, for me I think it's an appropriate way.
8   Q.   I understand that.  Has anybody else told you
9        that?
10  A.   Possibly.
11  Q.   Not that you can recall at the moment?
12  A.   No.
13  Q.   So in late 2021 when you had submitted these
14       documents we looked at previously to Sony about
15       trying to get paid directly again, did it come to
16       your attention that Sony was not going to do
17       that?
18  A.   As we inquired over time for some reason it
19       changed.  It said I didn't need two -- one
20       signature instead of two.  I think that -- I
21       don't know if that was Sound Exchange.  I can't
22       remember if that was Sound Exchange or Sony.
23  Q.   I'm not sure we're on the same page here, so let
24       me try again.
25  A.   I'm kind of confused between the Sony and the

104

```
 1          Sound Exchange contract's wording or whatever.
 2   Q.     Let me try to set it up for you and see if it
 3          helps.
 4                  Before our lunch break we looked at a
 5          number of e-mails from September and October of
 6          2021 where you or Cheryl on your behalf was
 7          writing in trying to get you paid directly by
 8          Sony.  Do you recall that?
 9   A.     Yes.
10   Q.     My question is, at some point, were you told by
11          Sony that they were not going to do that?
12   A.     I'm not sure the wording.  Maybe the wording
13          could have been we could do that, but we'd have
14          to get the signatures changed or get the okay
15          from Wally.
16   Q.     Did you or Cheryl on your behalf then request
17          that Sony put the account on hold, meaning Master
18          Beat would not get paid?
19   A.     We never requested any holds on anything.
20   Q.     So if Jason Manley at Sony testifies that you
21          made that request or Cheryl made that request on
22          your behalf, you have no recollection of that?
23   A.     No.  I'm pretty sure that we never requested our
24          money to be held.
25   Q.     Or Master Beat's money?
```

Michael Skill - December 28, 2021

105

| | | |
|---|---|---|
| 1 | A. | Or Master Beat's money, right.  It's not really |
| 2 | | Master Beat's money.  That's a pass-through |
| 3 | | account. |
| 4 | Q. | I'm not going to get back into that again with |
| 5 | | you.  It's a contract between Sony and Master |
| 6 | | Beat. |
| 7 | A. | It's a bank account to pay bills. |
| 8 | Q. | You don't have a contract with Sony, right? |
| 9 | A. | Yes, I do.  My name is on a Sony contract. |
| 10 | Q. | Which one? |
| 11 | A. | They need separate signatures for each guy.  It's |
| 12 | | separate signatures for each guy.  I can call |
| 13 | | Sony if I want. |
| 14 | Q. | Is the contract you're referencing Exhibit No. 1, |
| 15 | | which I put back up on the scene? |
| 16 | A. | Yes, that's from 1979.  We amended that contract |
| 17 | | in '84. |
| 18 | Q. | No, this is as of October 6, 2000. |
| 19 | A. | Okay, my mistake. |
| 20 | Q. | It references the '79 agreement, it references |
| 21 | | the '84 agreement, and it references all services |
| 22 | | with respect to services of Mike Skill.  Do you |
| 23 | | see that? |
| 24 | A. | Yes.  Well, you know what?  As a matter of fact, |
| 25 | | Wally has gone around me and not told me about |

106

```
 1              times when he's done dealings with Sony and
 2              Master Beat, so ...
 3    Q.    Let's try to keep this on the tracks.
 4    A.    I know.  That would be good for you.
 5    Q.    You did sign this agreement we already
 6              established in October of 2000.  You have no
 7              other contract after this date with Sony, right?
 8    A.    Right, correct.
 9    Q.    Let's turn to Sound Exchange.  Do you recall in
10              2017 that you made an attempt to be paid directly
11              by Sound Exchange?
12    A.    Yeah.  I wanted to get my own money for my songs
13              like everybody else does.
14    Q.    And then do you recall in 2017 that you reversed
15              course and instructed Sound Exchange to continue
16              to pay Master Beat?
17    A.    I didn't instruct them anything.  I tried to get
18              them to come to me so I could have my pay so I
19              could pay my bills.
20    Q.    So you have no recollection of you or Cheryl then
21              directing Sound Exchange to take your request for
22              direct payment off the table and hence keep the
23              money going to Master Beat?
24    A.    No.  No.  I was just trying to get my own and
25              hopefully everyone's going where they are
```

Michael Skill - December 28, 2021

107

1              supposed to go.  The music, the song, the
2              royalties are supposed to go to people that
3              played on it directly.
4     Q.    But for this little issue about contracts, but
5              I'm not going to argue with you about that, sir,
6              do you recall why in 2017 when you made this
7              request for direct payment to Sound Exchange that
8              you did not end up getting it?
9     A.    That's true.  I don't have it today.
10    Q.    Do you recall why in that time period you didn't
11             get it?
12    A.    Wally was controlling everything.
13    Q.    Including Sound Exchange?
14    A.    Yes.
15    Q.    So are you trying to translate what you're
16             saying?  Are you trying to say that Sound
17             Exchange would not pay you directly unless
18             Mr. Palamarchuk agreed?
19    A.    Right.
20    Q.    And you had no way of forcing Mr. Palamarchuk to
21             do that?
22    A.    No.  I would call and request, especially after
23             all the lawsuits ended when we had no bills.
24             There were no more bills to pay attorneys.  We
25             still had to pay the proper -- Joel and

108

```
 1              everybody, all our bills off, Coz.  Especially
 2              when the large bills -- the lawsuits ended up
 3              costing -- I think it was somewhere $300,000 or
 4              something.  We ended up -- when that all quelled,
 5              slowed down and there were no big bills, I was
 6              attempting to get the money coming directly to
 7              me, and I requested that from Wally.  I talked to
 8              him about it.
 9    Q.   And you also requested it in the 2017 time frame
10              directly from Sound Exchange?
11    A.   Right.
12                   MR. QUICK:  Let me show you what I will
13              mark as Exhibit No. 12.
14                   (Exhibit 12 marked.)
15    BY MR. QUICK:
16    Q.   This is again out of your document production,
17              sir, and I'm drawing your attention to an
18              August 4, 2000, e-mail from Scott Berenson to
19              mickshouse@comcast.net.  Do you see that, sir?
20    A.   Yes.
21    Q.   It says that there was some voicemail that you
22              left for David Blair.  And he says, "It's my
23              understanding you want to direct your shares from
24              The Romantics/Master Beat tracks/account to your
25              Mike Skill payee;" is that correct?
```

Michael Skill - December 28, 2021

1    A.    Yes.  I wanted Sound Exchange coming directly to
2          me like Brad and Jimmy and Elvis get.
3    Q.    And then it says, "If so, we simply need
4          confirmation from Wally Palmar as he is listed as
5          the primary account contact for Master Beat."
6    A.    Yes.
7    Q.    And so you knew from this communication that
8          without Mr. Palamarchuk agreeing on behalf of
9          Master Beat that you could not get your payments
10         directly?
11   A.    Yes.  There's no good reason why he was holding
12         my royalties.
13   Q.    There's a difference of opinion about that, but
14         that's not my question.
15   A.    Right, there is.
16   Q.    So did you then obtain Mr. Palamarchuk's consent
17         to have you be paid directly from Sound Exchange?
18   A.    I called him and called him and he would never
19         call me back and he never called back
20         Mr. Berenson either.
21   Q.    Did you obtain his consent?
22   A.    No.  Wally's?  No.  I'm not yelling.  I'm trying
23         to be loud.  She said she couldn't hear me, so
24         I'm trying to be loud.
25   Q.    That's fine.  Thank you.

Cornerstone Court Reporting
877.713.3377

110

```
 1                    Then in the spring of 2021, did you
 2          again request a direct payment from Sound
 3          Exchange for your royalties?
 4   A.     Please repeat that.  I missed one half of it.
 5   Q.     Sure.  In May of 2021, did you again make a
 6          request for direct payment from Sound Exchange?
 7   A.     I don't recall for sure the date, but, yes,
 8          probably.  I'm sure I did, I guess.
 9                    MR. QUICK:  Let me show you -- this is
10          another document.  The last exhibit was Exhibit
11          12.  This is Exhibit 13.
12                    (Exhibit 13 marked.)
13   BY MR. QUICK:
14   Q.     Mr. Berenson writes to you on May 24th and says,
15          "Thanks for the call.  Once I gather a few more
16          details, I plan to place a hold on the account
17          and send the notification.  You should see it in
18          the next couple of days.  Stay tuned for more."
19          Do you recall this conversation you had with
20          Mr. Berenson?
21   A.     I don't recall it, but I'm realizing, but I know
22          about that.
23   Q.     What do you know about it?
24   A.     That he says he would put a hold -- but he's
25          trying to get ahold of Wally.  He wants to talk
```

1            to Wally directly, and he'll take the hold off,

2            but he's putting a hold on hoping to talk to

3            Wally.

4    Q.     And why did he say he was placing a hold on it?

5    A.     I didn't tell him to put a hold on it.  I did not

6            tell him to put a hold on it.  He said he put a

7            hold on it to try to nudge Wally to call him, and

8            Wally never called him.  Wally didn't want to

9            give up the money.

10   Q.     Well, let's look at the other e-mail on this

11           page.  If you look at the top of this page,

12           there's an e-mail dated May 25th, so the next day

13           where Mr. Berenson writes, "Going over a few

14           details.  Would you please confirm if you're

15           claiming 50 percent of all feature performer

16           royalties paid to Master Beat.  Were there any

17           Romantics albums you didn't perform?"

18   A.     One.

19   Q.     I'm not asking you for your answer, sir.  I'm

20           just reading the e-mail.

21                  And you see also he's asking you,

22           "Also, all other performers with the band are set

23           up with their own payee account with the

24           exception of David Petratos.  Should his earnings

25           be paid to Master Beat?  He asked that question.

112

1        And then he asked for you to confirm 50 percent

2        to you and 50 percent to Master Beat.  Did you

3        get back to him on that?

4   A.   You'd have to consult with Cheryl.  She would

5        know that better.  I can't recall that.  She's

6        handled a lot of business on it.

7   Q.   Do you know whether, in fact, you were requesting

8        that 50 percent of everything that Sound Exchange

9        paid to Master Beat should go to you?

10  A.   I don't know about that.  I don't know.  You'd

11       have to ask Cheryl again.

12              MR. QUICK:  Let me show you what I will

13       mark as Exhibit 14, which is an e-mail dated

14       July 6th of 2021.

15              (Exhibit 14 marked.)

16              MR. QUICK:  And so there's no confusion

17       on the record, this document has an attachment

18       which I have in a separate tab, and I will show

19       that to you.  But Ms. Boedy, when I send these to

20       you to attach, just include both them as

21       Exhibit No. 14, please.

22  BY MR. QUICK:

23  Q.   Did you receive this e-mail on July 6th?

24  A.   Okay.  I probably did if you presented it.  Okay,

25       I guess I did.  I don't recall it.

Michael Skill - December 28, 2021

113

1  Q.   Mr. Berenson writes in this e-mail that Sound
2       Exchange received claims from Mike Skill for the
3       attached list of recordings, which I'll show you
4       in a moment, and he says, "Mike's claims are in
5       direct conflict with the claims currently in
6       place in paying to Master Beat."  Did you submit
7       a list of recordings to Sound Exchange?
8  A.   We may have.  Cheryl would know that.  Cheryl
9       would know that.
10 Q.   Well, did you participate in that?
11 A.   She probably showed it to me, but sometimes she
12      flashes stuff by and I'll read it, okay.  So she
13      probably did that.
14 Q.   What did you do to verify that the numbers on
15      that were correct?
16 A.   She handled that.  I'm not trying to misdirect.
17      I just think I probably saw it and agreed with
18      it.
19 Q.   Were you aware when it was submitted --
20 A.   Let me say we were only trying to get what was
21      rightfully supposed to come to me.  We weren't
22      trying to take anyone else's.
23 Q.   Were you aware that, in fact, the claims that you
24      submitted conflicted with Master Beat?
25 A.   Okay.  If there was an error, there could have

114

```
 1              been an error, but you'll have to talk to Cheryl
 2              about that.
 3     Q.       I'm going to ask you a specific question.  If the
 4              answer is "I don't know," feel free to say "I
 5              don't know," but, otherwise, try to answer my
 6              question.
 7                        When you or on your behalf Ms. Hangland
 8              submitted these percentages to Sound Exchange,
 9              were you aware that they were in direct conflict
10              with the claims currently in place and paying to
11              Master Beat, Inc.?
12     A.       Well, we're aware that we wanted to get my share,
13              so that's a direct -- that's a direct -- what do
14              you call it? -- conflict because of the way it
15              was.  So that's all, that's it.  But if there's
16              an error, it's an error that may have been
17              overlooked.  But Cheryl would know more about it.
18              I don't know.
19     Q.       And let me just show you the attachment.  It's a
20              spreadsheet that you can see has got a lot of
21              different columns on it.  And there's a column
22              for Mike Skill claims with in some cases
23              25 percent and in some cases 33 percent for
24              royalties.  That's the numbers that you
25              submitted?
```

Michael Skill - December 28, 2021

```
 1   A.   If you can scroll it back the other way.  I don't
 2        know if I can.  Let me look at something.  Some
 3        of these are incorrect, but we always tried to
 4        correct some of these.  We were getting -- some
 5        of them where we -- some stuff wasn't even
 6        listed, we weren't getting money for anything,
 7        and Cheryl corrected those.  So she may have --
 8        I'm not sure if these are -- because BOP, I'm not
 9        supposed to get anything of out of BOP.  So this
10        may be one of the ones she got that she
11        corrected.  I'm not sure.  I'm just trying to say
12        we would never try to take anything that's not
13        mine.  I didn't write BOP, so I wouldn't want
14        25 percent.
15   Q.   Do you have the transmission from you or
16        Ms. Hangland to Sound Exchange where you made
17        this claim in 2021?
18   A.   Do I have what?
19   Q.   Do you have the actual e-mail that you sent to
20        Sound Exchange with this claim?
21   A.   She does.  I bet she does.  We have everything in
22        this house.
23   Q.   It was not produced in discovery so hence my
24        question.
25   A.   Oh, okay.  I don't know.  I guess.  See, the
```

Michael Skill - December 28, 2021

116

1          thing, sometimes we get these things, these

2          sheets with the names, and some songs are

3          omitted.  We added the songs on.  And "Talking in

4          Your Sleep" is not called "I Hear the Secrets

5          that you Keep."  That's incorrect.

6                    So some of these things you're

7          updating, you're constantly kind of updating and

8          fixing, I think.  I could be wrong, but I'm going

9          to lean on that.

10    Q.    When you got this e-mail from Sound Exchange with

11          the attachment on it, which as you just pointed

12          out has errors, did you write back and correct

13          your claim?

14    A.    I'm not sure if we did.  I'm sure we did whenever

15          we -- she did whenever she thought she saw songs

16          that didn't jibe with it.

17    Q.    Well, you can say that, but I don't have an

18          e-mail or a response to suggest that you did

19          correct it.

20    A.    I'll give you my word.  We're not trying to take

21          anyone else's royalties.  We never would try to

22          do that.  We never would do that.

23    Q.    This Exhibit No. 14 in the e-mail goes on to

24          state, "At this time we've placed these

25          recordings/royalties on hold until a resolution

Michael Skill - December 28, 2021

117

```
1              is reached by the party involved," and then it
2              gives some deadlines.  Do you see that, sir?
3    A.   I see that.
4    Q.   So did you understand that that meant that at
5              that point because of your claim that Sound
6              Exchange was withholding a portion of the
7              royalties that it otherwise would pay to Master
8              Beat?
9    A.   No.  He told us he's waiting for a call from
10             Wally.  If he doesn't call -- if he doesn't reach
11             back to him, he was going to put a hold on it.
12             And he's waiting for Wally until this day to call
13             him still.  And I guess Wally's attorney talked
14             to him and he said, "I want to talk to Wally, and
15             he'll take the hold off."  So Wally knew about
16             it.
17   Q.   I don't need to get into conversations between
18             Mr. Palamarchuk and Mr. Berenson.  Let's just
19             take one question at a time.
20   A.   I'm giving you the info.
21   Q.   You knew as of July 6th that the payments were
22             going to be on hold, right?
23   A.   No.  He said he would put them on hold.  It had
24             nothing to do with me.  I didn't tell him to put
25             them on hold.  Me or Cheryl didn't tell him to
```

1        put them on hold.  We never told him that.

2  Q.    I didn't ask that question, sir.

3  A.    That's what I think you're getting at.

4  Q.    No, I'm simply getting to the fact as of July 6,

5        you knew that Sound Exchange was placing the

6        payments on hold until a resolution can be

7        reached by the parties involved.

8  A.    Yes, that's Wally.  He already talked to me.  He

9        needs Wally's word.

10  Q.    You're one of the parties.  You're the one that

11        made the claim to Sound Exchange, right?

12  A.    So did Wally.  His name is on it, and he won't

13        pay me.

14  Q.    So you knew that -- I mean, this is obvious, but

15        if Sound Exchange isn't paying Sony -- I'm sorry.

16            If Sound Exchange isn't paying Master

17        Beat, then, obviously, Master Beat is not going

18        to pay you your portion of the Sound Exchange

19        royalties, right?

20  A.    Right, and it bankrupts me.

21  Q.    Is that what you were trying to do?

22  A.    No, that's what I think other -- I think someone

23        else was trying to do that to me.

24  Q.    So when you got this e-mail and realized that the

25        Sound Exchange payments were on hold, is that

Michael Skill - December 28, 2021

```
 1              what caused you to then go take money out of the
 2              Comerica bank account?
 3    A.    Not at all.
 4    Q.    Were you under the understanding --
 5    A.    There was no connection.  For how many years
 6              we've had this company and I've never touched
 7              anything.  Forty years I've never touched
 8              anything.  I can't get my money.  I can't get
 9              money to pay bills.  I'm trying to pay for a
10              house, my son going to school, okay, and he won't
11              pay me any money, the royalties coming in.
12    Q.    Did you understand that Sound Exchange was
13              placing royalties associated with any other
14              performer on hold in July of 2021?
15    A.    On hold is on hold.  I don't know whatever that
16              is.  Hold, that's a hold.
17    Q.    Did you see this bold text right in the middle of
18              the e-mail that said that claims for Brad Elvis,
19              Richard Kowalski, James Marinos, and Clement
20              Bozewski are not in direct conflict with the Mike
21              Skill's claims.  However, our process is to place
22              all royalties on hold until the parties resolve
23              the existing disputes?
24    A.    Not my fault.  All Wally had to do was call him
25              and put it through and change it.
```

120

| | | |
|---|---|---|
| 1 | Q. | I don't want your argument.  I want your |
| 2 | | understanding.  Did you understand in July of |
| 3 | | 2021 that other performers were having their |
| 4 | | royalties placed on hold? |
| 5 | A. | My concern was that -- our concerns was that we |
| 6 | | wanted the royalties, my royalties, to come |
| 7 | | direct to me like Jimmy's, like Brad's, like all |
| 8 | | these guys, Rich, Clem.  Why am I not getting my |
| 9 | | royalties?  Why am I not?  So that's why I went |
| 10 | | with it, and if he said he was going to put them |
| 11 | | on hold, I couldn't do anything about it.  I |
| 12 | | didn't tell him to do that. |
| 13 | Q. | When you got this e-mail, did you write back? |
| 14 | A. | Talk to Cheryl.  If you don't like that |
| 15 | | statement, talk to Cheryl.  She'll say the same |
| 16 | | thing. |
| 17 | Q. | When you got this e-mail, did you write back to |
| 18 | | Sound Exchange and withdraw your claim so that |
| 19 | | these other individuals could get paid? |
| 20 | A. | Why?  I wanted to get paid just like the other |
| 21 | | individuals.  Why am I not being paid and |
| 22 | | everybody else is?  Tell me that.  Ask |
| 23 | | Mr. Palamarchuk. |
| 24 | Q. | So you knew these individuals were not getting |
| 25 | | paid because of this claim you had made, but you |

121

 1           didn't write back into Sound Exchange to do

 2           anything about it?  Do I have that right?

 3    A.     Do anything about it?  I couldn't do anything

 4           about it.  He's going to do what he wants to do.

 5           I can't tell him to not -- not put them on hold.

 6    Q.     You could have withdrawn your claim and the

 7           royalties would have gone to Sound Exchange like

 8           they always did.

 9    A.     All Wally had to do was call him and the hold

10           would have came off.

11    Q.     Not just call him, but agree to your demand.

12    A.     What would be wrong with that?

13    Q.     Well, among other things, you're not entitled to

14           any money on BOP, which is the demand you were

15           making at the time.

16    A.     There are mistakes in that calculation.  We were

17           correcting them all the time.

18    Q.     If you have any proof of any correction you made

19           to Sound Exchange --

20    A.     For 41 years, I haven't been getting paid

21           correctly from this organization, okay?  From --

22           I'm not going to go back.  Never mind.

23    Q.     If you have any proof of any communication with

24           Sound Exchange where you corrected your claim

25           after the date of this e-mail, July 6th, I would

122

1          love to see it.

2                    When you got this e-mail on July 6th,

3          did you thereafter have any conversations with

4          Elvis, Kowalski, Marinos, or Bozewski about their

5          Sound Exchange royalties?

6    A.    No.  I may have mentioned it to Brad Elvis, but

7          that's about it.  That's the only guy I've talked

8          to in two years.

9    Q.    And what did you discuss with Brad Elvis?

10   A.    Probably that I was trying to get my Sound

11         Exchange.  Everybody else was getting it and I

12         wasn't.

13   Q.    And did he express upset with you that his

14         royalties were also being held?

15   A.    No.  He understood as far as I thought.  As far

16         as I thought.

17   Q.    And to your knowledge, does Ms. Hangland have

18         communications with any of these people or their

19         significant others?

20   A.    I'm not sure.  For sure not Clem.  Probably not

21         Jimmy.  We were going to talk to Jimmy, Rich, and

22         Brad.  We were trying to open up the channel

23         first and see what could happen.

24   Q.    So whether Meridith Cole and Cheryl Hangland were

25         talking behind the scenes about how this affected

Michael Skill - December 28, 2021

123

1              Kowalski, you don't know?

2    A.        There's no behind the scenes.  We haven't talked

3              to them -- I'm pretty sure she hasn't told me,

4              but I'm pretty sure she hasn't talked to them in

5              the same amount of time as me.  Two years, at

6              least two years, or beginning of this year?  No.

7              Close to two years, I think.  Let me put that one

8              whole year for sure.  When the lawsuit, Rich's

9              lawsuit came in, then we stopped talking to him.

10   Q.        One moment, please.

11                  (Exhibit 15 marked.)

12   BY MR. QUICK:

13   Q.        Mr. Skill, I'm going to show you what I'll mark

14             as Exhibit 15.  This is an e-mail again from your

15             production dated October 19th of 2021 between

16             Mr. Berenson and you, and he says, "I have not

17             heard from Wally directly.  Kathie Stork has been

18             the point of contact on behalf of Wally, but she

19             has not made this request.  I did receive a

20             letter from what appears to be Wally's attorney

21             to release the payments.  However, I let them

22             know we need an agreement between you and Wally

23             in order to resolve and earnings remain on hold."

24             Do you see that, sir?

25   A.        Yes, I do.

124

 1   Q.   So certainly by October the 19th of 2021, you

 2        were aware that royalties would remain on hold

 3        until you and Mr. Palamarchuk would come to some

 4        agreement?

 5   A.   Well, actually, yes, he had already talked to me,

 6        so all he needed to do was talk to Wally.

 7   Q.   It isn't an issue of talking to Wally.  He says,

 8        "We need an agreement between you and Wally in

 9        order to resolve and earnings remain on hold."

10        So it's not an issue of talking to Wally.  It's

11        an issue of you, Mike Skill, and Wally

12        Palamarchuk need to come to an agreement.  Isn't

13        that what he told you?

14   A.   I disagree with -- my point was that he put them

15        on hold and I didn't tell him to put them on

16        hold.  And, actually, I'm okay with that, because

17        I need to get -- Wally needs to call him.  Wally

18        needs to call him.

19   Q.   Sir, what is it in this e-mail that suggests this

20        has anything to do with Wally calling him when he

21        says, "We need an agreement between you and

22        Wally"?

23   A.   Wally controls all the money.

24   Q.   We need an agreement.  Am I not -- I know you

25        understand me, sir.  We need an agreement between

Michael Skill - December 28, 2021

1          you and Wally.  Is that unclear to you?

2    A.    Right.  So the agreement would be to okay the

3          money to come to me, my share would come to me.

4    Q.    And Wally has no obligation to make that

5          agreement, right?

6    A.    Well, I think so.  If everyone is getting their

7          money, why am I not?

8    Q.    And you and Wally never reached that agreement,

9          right?

10   A.    Well, I called him and called him.  I didn't get

11         calls back after that.

12   Q.    You and Wally never reached that agreement?

13   A.    Correct.  He wouldn't call me back.  He wouldn't

14         call me back.  I have e-mails and ...

15   Q.    Do you have an agreement currently with

16         Mr. Palamarchuk that you can be paid directly by

17         Sound Exchange?

18   A.    No.  That's what we're trying to resolve here.

19         That's what I'm trying to get paid.

20   Q.    Have you had any discussions with Mr. Berenson

21         since October the 19th of 2021?

22   A.    No, I haven't, no.

23   Q.    To your knowledge, has anybody had communications

24         with Sound Exchange on your behalf?

25   A.    Not to my knowledge, no.

Michael Skill - December 28, 2021

126

1   Q.   Because the Sound Exchange payments remain on

2        hold, have you made any payments to Mr. Canler or

3        any other performers for some percentage of

4        royalties?

5   A.   No.

6   Q.   Do you have an obligation to pay Mr. Canler?

7   A.   If he's holding the money, I can't do anything

8        about it.

9   Q.   You mean if Sound Exchange is not paying the

10       money?

11  A.   Yes.  All Wally has to do is call him.

12  Q.   If you were to receive direct payment from Sound

13       Exchange, do you have an obligation to pay

14       Mr. Canler?

15  A.   Well, I'm not sure what he's owed.  But if he's

16       owed something, yeah.  I'm not in this to take

17       anybody's money like Wally is taking mine.

18  Q.   How long have you been a signatory on the

19       Comerica Master Beat account?

20  A.   I don't know.  Years.  I guess years.

21  Q.   At least at some point, did you have online

22       access to that account?

23  A.   Shortly, I think.  You have to ask Cheryl.

24       Cheryl would know better.  She handles that.

25  Q.   Prior to July of 2021, had you ever accessed the

Michael Skill - December 28, 2021

127

```
 1            Master Beat account, by which I mean directly
 2            withdrawn funds or written a check against that
 3            account?
 4   A.   The Master Beat account since when?  Before when?
 5   Q.   Before July of 2021.
 6   A.   No.  Never in 40 years or as long as we've had
 7            the account, never.
 8   Q.   What started the process leading up to you
 9            withdrawing funds out of Master Beat account in
10            July of 2021?
11   A.   I hadn't been paid.  I had bills to pay.  I
12            contacted -- I called my bank, Comerica Bank.
13            They were closed.  They had a fire.  And I
14            couldn't get ahold of anyone, so I called the
15            other branch down the street.  Yes, it's in here.
16   Q.   It's in what?  You're referring to your notes?
17   A.   Yes, sir.
18   Q.   Let me interrupt you for a moment and let's mark
19            these.
20                  So you or Ms. Hangland sent these to
21            your counsel who sent them on to me.  The notes
22            are now on the screen, and we'll mark that as
23            Exhibit 16.
24                  (Exhibit 16 marked.)
25   BY MR. QUICK:
```

Michael Skill - December 28, 2021

128

```
 1   Q.   These are the notes that you testified to at the
 2        beginning of the deposition that you and you
 3        alone prepared, correct?
 4   A.   Yes.
 5   Q.   Did you -- there's some awfully specific numbers
 6        in here and dates and whatever.  Did you refer to
 7        other materials as you put these notes together?
 8   A.   I'm not sure what you mean.
 9   Q.   So, for example, at the top it says, "She said
10        she would deposit my portion into my account and
11        it's 8826."
12   A.   Yes.  We have all the e-mails.
13   Q.   So my question is, sir, did you refer to other
14        documents while you were preparing this set of
15        notes?
16   A.   Kathie sent us the amount, that was the amount,
17        and she was going to send it to me.  She broke it
18        down.  She broke my pay down.  And then she was
19        going to send it to me.  She talked to Wally and
20        Wally said don't send it, which I don't know why,
21        and --
22   Q.   Let me interrupt you, because, again, you're not
23        answering my question, sir.  Let me try to do
24        this a different way, and if I asked this in the
25        beginning, I apologize.
```

129

```
 1                  When did you prepare these notes?
 2   A.    Last night.
 3   Q.    As you sat there and prepared these notes, were
 4         you looking at other things?
 5   A.    No.  This is my recollection.
 6   Q.    So last night when you were preparing these
 7         notes, you just remembered off the top of your
 8         head the specific number of 8826?
 9   A.    Well, that was the amount she had sent before.
10         She had sent --
11   Q.    Not my question, sir.  My question is, how did
12         that number end up in these notes if you didn't
13         look at anything else?  Because I doubt very
14         much, with no disrespect, that you just
15         remembered that number off the top of your head
16         as you sat there last night.
17   A.    I knew it was $8,000, at least $8,000.  I don't
18         think I looked anything up.  I just recall 8826.
19   Q.    In fact, that 8826, is that your handwriting?
20   A.    That is.  It's all my handwriting.
21   Q.    So at some point after last night, did you go
22         look at some e-mail to confirm that that was the
23         specific number?
24   A.    I don't think I did.  I might have, but I don't
25         think I did.
```

130

```
 1   Q.   Or did Ms. Hangland tell you what number to put
 2        in there?
 3   A.   She didn't tell me what number.  You can ask her.
 4        Ask her what the amount is.  It doesn't matter.
 5        The amount doesn't matter, actually.  Whatever.
 6   Q.   Why did you prepare these notes last night?
 7   A.   Because sometimes I forget what I'm thinking.
 8        I'll miss dates or I'll mix up times.
 9   Q.   Is any of the handwriting on these notes -- and I
10        urge you to look through them since you have the
11        originals in front of you -- anybody's
12        handwriting other than your own?
13   A.   Not at all.  Those are all my writing.
14   Q.   And you wrote these all out last night in their
15        entirety.  Did you make any edits to them between
16        last night and now?
17   A.   No.  They are kind of off-the-top-of-my-head
18        notes, you know?  They are not my recollection,
19        let me say my recollection.  And then we have
20        e-mails and phone documents, you know, to
21        confirm.
22   Q.   If I tell you that you withdrew funds from the
23        Master Beat account on July 15th of 2021, when
24        did you first contact someone at Comerica?
25   A.   In July?  Was it July?  I'm not sure.  That was
```

131

```
1              April.  I think it was July.  I think it was
2              July.  Please ask Cheryl.  She'll know exactly.
3    Q.   Was it Cheryl who contacted Comerica or was it
4              you?
5    A.   No, I talked to her.  I talked to Abigail Soper
6              eventually.  I spoke to them.
7                   MR. QUICK:  The sole document that you
8              originally produced with regard to Comerica is
9              now on your screen, and we'll mark that as
10             Exhibit No. 17.
11                  (Exhibit 17 marked.)
12   BY MR. QUICK:
13   Q.   It's an e-mail dated July 14, 2021, from Abigail
14             Soper at Comerica.  Before you got this e-mail,
15             had you had a conversation with Ms. Soper?
16   A.   I'm not sure where's the communication.  We
17             talked.  We spoke.  And I explained I would like
18             to get a transfer of funds, wire transfer.  She
19             said she couldn't do wire transfer, but she could
20             do a check, certified check.
21   Q.   Were you in town at the point?
22   A.   No, I wasn't.  I couldn't get into town.
23   Q.   During the conversation with Mr. Soper, did she
24             ask if you were authorized to engage in that
25             transaction on behalf of Master Beat?
```

Michael Skill - December 28, 2021

132

1  A.   I don't recall.  No, I don't think so.

2  Q.   Did you send her any information?

3  A.   No.  I just saw my half of the royalties were my

4       half of the royalties.

5  Q.   We're going to get to the justification

6       separately, sir.  Right now I'm just focused on

7       the communication with Comerica.

8            During the process of having these

9       conversations in July of 2021, did you or

10      Ms. Hangland send anything to Comerica?

11 A.   Regarding what?

12 Q.   Regarding anything.

13 A.   No.  Just request to do it.  I talked to her on

14      the phone.

15 Q.   All right.  Just recently your counsel provided a

16      supplemental production of e-mails and I'm going

17      to show you one of them.  This is at the bottom,

18      the same e-mail we just looked at from Ms. Soper,

19      "Please see my contact info below," and at the

20      top is an e-mail from mickshouse@comcast.net with

21      some information.  Do you see that?

22 A.   Oh, yep, okay.

23 Q.   Did you type this e-mail or did Ms. Hangland?

24 A.   I think Cheryl typed it.

25 Q.   Did you check with anybody, other than

Michael Skill - December 28, 2021

1              Ms. Hangland, about whether it was appropriate

2         for you to have Comerica disburse funds from this

3         Master Beat account?

4    A.   It's my account with Wally.

5    Q.   Again, I don't care at the moment about your

6         argument.  My question is factual.

7                   Did you discuss with anybody whether it

8         was appropriate for you to direct a disbursement

9         from the Master Beat account in July of 2021?

10   A.   No.  I felt it was appropriate.

11   Q.   How did you arrive at the amount of $20,000?

12   A.   That was my Sound Exchange and my Sony.

13   Q.   So explain that math to me.  We just looked on

14        your notes an amount of $8,000 and change that

15        you claim was owed to you from Sony, correct?

16   A.   Yes.  And it was months -- and it was many months

17        of Sound Exchange money.  It was back payments

18        that weren't paid to me with anything over above

19        $8,826.

20   Q.   Well, do you think that's because, as we just

21        looked at, Sound Exchange had put the royalties

22        on hold?

23   A.   No.

24   Q.   Well, are you aware of whether Sound Exchange

25        was, in fact, paying royalties to Master Beat at

Michael Skill - December 28, 2021

134

```
 1          this point in time in mid-2021?
 2   A.    Please repeat that.
 3   Q.    Was Sound Exchange paying royalties to Master
 4          Beat in mid-2021?
 5   A.    Yeah, there were payments coming in all the time.
 6          I'm assuming there were.
 7   Q.    Well, are you assuming or do you have some
 8          information?
 9   A.    There's information.  You have to -- Cheryl would
10          have to show that to you.  I don't have it with
11          me.  Please repeat your question.  Never mind.
12   Q.    So, in fact, on this previous exhibit we looked
13          at, which is No. 14, you knew that as of July 6,
14          Sound Exchange was placing the payment of
15          royalties on hold?
16   A.    Right.
17   Q.    So when you claim that Sound Exchange had been
18          paying Master Beat, as you sit here right now,
19          you have no information on that, correct?
20   A.    Well, I'm trying to figure out what your question
21          is.  What are you saying?
22   Q.    You're claiming -- you testified earlier that you
23          had not been paid by Master Beat for Sound
24          Exchange royalties, right?
25   A.    Right.
```

Michael Skill - December 28, 2021

| | | |
|---|---|---|
| 1 | Q. | And do you know whether Master Beat had, in fact, |
| 2 | | been paid by Sound Exchange for those royalties? |
| 3 | A. | I'm not sure.  I'm not sure. |
| 4 | Q. | Is there somewhere a calculation of what you |
| 5 | | claim you were owed related to Sound Exchange |
| 6 | | royalties? |
| 7 | A. | Yes, somewhere. |
| 8 | Q. | Who did that calculation? |
| 9 | A. | I think Cheryl and I.  She probably directed me |
| 10 | | and she came up with it.  She figured that out. |
| 11 | Q. | Was it a specific amount? |
| 12 | A. | Are you saying the amount that I took out? |
| 13 | Q. | No.  The amount that you claim that you were owed |
| 14 | | related to Sound Exchange royalties but had not |
| 15 | | been paid as of July the 15th. |
| 16 | A. | I think that came from Kathie.  I think that came |
| 17 | | from Kathie.  You'd have to ask Cheryl. |
| 18 | Q. | So are you telling me that the $8,826 related to |
| 19 | | Sony and the Sound Exchange royalties just so |
| 20 | | happened to add up exactly to $20,000? |
| 21 | A. | No.  We left some money in the account for bills. |
| 22 | Q. | I'm sure you're trying, sir, but you're not |
| 23 | | answering my question. |
| 24 | A. | You just said -- |
| 25 | Q. | The cashier's check you requested was for |

136

```
 1          $20,000, right?
 2   A.     Right, we rounded it off to that and we left --
 3          we didn't take everything out that we felt was
 4          due to me, and we left it in for any bills.
 5   Q.     So you felt that you were owed more than $20,000?
 6   A.     We left more in, yes.
 7   Q.     No, my question is, did you feel you were owed
 8          more than $20,000 as of July of --
 9   A.     We left enough in there for bills.
10   Q.     How much exactly were you owed?
11   A.     I don't know the exact total, but we left about 3
12          or 4 or 5 thousand in there, I think.
13   Q.     So if Ms. Stork testifies that you were only owed
14          as of this point in time $1,235.79 in Sound
15          Exchange royalties, do you have any basis to
16          disagree with her?
17   A.     I don't know the totals.  We'd have to go over
18          that and look at that.  I'd have to dig that up.
19          Off the top of my head, I don't know.
20   Q.     How did you get the account balance in the Master
21          Beat account on July 14th?
22   A.     What's that?  How did I get the balance?
23   Q.     How did you get the account balance in this
24          Master Beat account?  Did Ms. Soper give it to
25          you over the phone?
```

137

```
 1   A.    No.  What do you mean how did I get it?  She sent
 2         it.  What do you mean?  Back up.
 3   Q.    When you were having these conversations with
 4         Comerica on July 14th, did you determine how much
 5         money total was in the account at that time?
 6   A.    I just went for what I was owed.
 7   Q.    Yet as you sit here, you cannot explain to me how
 8         you came up with this amount of $20,000 on the
 9         dot?
10   A.    We came up with $20,000.  I was owed more than
11         $20,000.  We left the rest in the account.
12   Q.    Can you explain to me how you were owed more than
13         $20,000 with specificity?
14   A.    Because we rounded it off to that by just
15         subtracting the amount we left in.
16   Q.    What was the exact number?
17   A.    I don't know what the exact number was that left
18         in.  I couldn't tell you.
19   Q.    What was the exact number that you claim you were
20         owed?
21   A.    I'd have to go back and look.  I don't know off
22         the top of my head.
23   Q.    What would you go back and look at?
24   A.    I'd look at the -- I'd try to find out what
25         Kathie said was in the account.
```

138

1  Q.   And if Kathie said to you that the royalties

2       associated with Sony were $8836.91 to be precise

3       and that the Sound Exchange royalties related to

4       you was $1,235.79, do you have any basis to

5       disagree with her factually?

6  A.   I don't know, because there was more in there

7       that was mine in there in the account.

8  Q.   How did you know there was more in the account?

9  A.   We're going round and round.  I just said it many

10      times.  I don't know exactly the amount that was

11      in there off the top of my head, all right?  I

12      don't know the exact amount.

13 Q.   How did you know there was even $20,000 in order

14      to pay this cashier check to you?

15 A.   You want to find out, talk to Cheryl later.

16      She'll know better than me.

17 Q.   Because Cheryl was having the communications with

18      Comerica?

19 A.   No, she knows more about what was in the account.

20 Q.   How did she know that?

21 A.   Kathie and through -- through Kathie.  Through

22      Kathie and whatever information she gets.

23 Q.   How was the check sent to you?

24 A.   Certified.  Certified check in the mail.

25 Q.   Is the address reflected in this e-mail -- I'll

Michael Skill - December 28, 2021

139

1           put it back on the screen.  What e-mail -- or
2           what address is that?
3  A.    That's my home.
4  Q.    That's where you are now?
5  A.    Yes.
6  Q.    You're aware that after it was discovered that
7           you took this money out of the Master Beat
8           account that your lawyers were put on notice that
9           it was claimed to be an unauthorized transaction?
10  A.    Yes.  I took my own money.
11  Q.    Again, I'm not asking for your argument.  I'm
12           asking do you recall that it was challenged,
13           right?
14  A.    That's what I was doing.
15  Q.    And when the withdraw was challenged, do you
16           recall that it included a challenge that even if
17           you had the right to go dip into the Master Beat
18           account all on your own, that you were not owed
19           anything like $20,000?
20  A.    No, that's what I thought we were owed.
21  Q.    Do you recall that a lawyer told your lawyer that
22           that number was wrong?
23  A.    No, I don't.  I don't know about that.
24  Q.    Do you communicate with lawyers that you retained
25           or do you rely on Ms. Hangland to do that?

Michael Skill - December 28, 2021

140

1    A.    We both do and I do.  I do when needed.  I do.

2          Yes, I do.  We both do.

3                MR. QUICK:  Let's take a short break.

4                (Break was taken.)

5    BY MR. QUICK:

6    Q.    Have you had at any time a conversation with

7          Mr. Kowalski where he said to you in so many

8          words that he thought he was being paid less than

9          he should have been getting paid through Master

10         Beat?

11   A.    All I know is he said he wasn't happy how he was

12         getting paid.  I don't know any details on that.

13         He was the kind of person that says he was owed

14         this and then the next day it was something else

15         and then it was something else.  That's how I

16         viewed it.  I think we told him he's getting

17         everything he's supposed to be getting.

18   Q.    Did Mr. Kowalski state to you that he wanted a

19         full copy of the royalty statement that Master

20         Beat received from Sony?

21   A.    I don't recall that.  He may have requested that

22         from Wally's attorney, Mr. Abrams.

23   Q.    You don't recall him requesting that from you?

24   A.    No, I don't.

25   Q.    Or requesting it on an e-mail in which you were

Michael Skill - December 28, 2021

141

```
 1        copied?
 2   A.   He could have.  I don't recall it.  I don't
 3        recall it.
 4   Q.   And I take it from your earlier testimony that if
 5        Mr. Kowalski had requested a full copy of the
 6        Sony statement to Master Beat that you would not
 7        have been supportive of giving him that, correct?
 8   A.   I'm not sure about that.
 9   Q.   Well, you considered that private information,
10        right?
11   A.   Well, yeah, private information to most, yes, to
12        most people.  I guess Rich as well.
13   Q.   Did you ever tell Mr. Kowalski that you believed
14        he should receive the full unedited, unredacted
15        copy of the Sony statement that Master Beat
16        received?
17   A.   No, but I supported him if he felt that he was
18        owed something, go for it.  Whatever, you know.
19        If he felt he was owed something, but I never --
20        no.
21   Q.   Except you never thought he was owed anything
22        other than what he was paid, right?
23   A.   That's right.  I'm not going to dissuade him
24        from, hey, if you're unhappy.
25              MR. QUICK:  Did you get that answer,
```

Michael Skill - December 28, 2021

142

```
 1        Ms. Boedy?

 2              (Requested portion read back.)

 3              MR. QUICK:  Can you repeat the

 4        question, Ms. Boedy?

 5              (Requested portion read back.)

 6   BY MR. QUICK:

 7   Q.   Can you answer that?

 8   A.   You know, you're asking me something about Rich's

 9        finances and what he's getting, and I'm not sure

10        about that.  I don't recall.  I do not recall.

11   Q.   Did he tell you that he was going to sue you and

12        Master Beat?

13   A.   He said he was unhappy.  We thought -- I think we

14        expressed, Please, don't do that.  I think we

15        expressed concern and we couldn't tell him not to

16        do it, but we weren't happy about it.  And then

17        all of a sudden, he did it, and I didn't talk to

18        him since.  It was just before Christmas I think

19        it was last year.

20   Q.   Mr. Gilchrist and his firm are defending you in

21        that lawsuit, correct?

22   A.   Yes.

23   Q.   And, again, you are responsible for those

24        interactions such that you review pleadings and

25        whatnot from that case that need to be reviewed?
```

143

```
 1   A.   Say that again.  I'm not sure I understand it.
 2   Q.   You, as opposed to Ms. Hangland, are in on those
 3        conversations with your lawyers in the Kowalski
 4        case, right?
 5   A.   Me and her.  She's there, yes.  We're both.
 6   Q.   But if something needs to be reviewed, you review
 7        it, maybe Ms. Hangland also, but you review it?
 8   A.   My retention is not -- I'm a musician, I'm not a
 9        bookkeeper, so my retention isn't as great.  I
10        have to look at things more than once and over
11        time.
12   Q.   Did you listen to Mr. Kowalski's a deposition?
13   A.   No, I didn't.  I could tell you chords from a
14        song 50 years ago, but I couldn't -- you know
15        what I mean?  I remember that stuff, but I can't
16        remember what I wrote yesterday.
17   Q.   Did Ms. Hangland listen in on that conversation,
18        to your knowledge?
19   A.   I don't think so.  She could have.  You'd have to
20        ask her.
21              MR. GILCHRIST:  Dan, just so I'm clear,
22        when you say listen in on that conversation, are
23        you asking was Cheryl listening in to Rich's
24        deposition?
25              MR. QUICK:  Correct.
```

144

```
 1                    MR. GILCHRIST:  No, that wasn't
 2         happening for either of them.
 3    BY MR. QUICK:
 4    Q.   What conversation did you have with Val Wolfe
 5         with regard to Kowalski's claims?
 6    A.   Wow.  I don't recall.  I don't recall anything,
 7         any information about between Val Wolfe and Rich.
 8         I don't recall anything about that.  No.
 9    Q.   I'm not going to mark this as an exhibit but on
10         the screen is answers to interrogatories that you
11         provided in this case, and Request No. 6 asked
12         about conversations or communications you had
13         with anybody regarding Kowalski's claims as
14         asserted in his lawsuit and in the answer, which
15         I believe is verified, although I'm not sure as I
16         sit here, there is a statement that Skill has had
17         conversations or communications regarding Richard
18         Kowalski's claims against him in the referenced
19         litigation with Val Wolfe.
20    A.   I don't recall that.  I don't recall that.
21    Q.   Are you aware whether Ms. Hangland had
22         discussions with Mr. Wolfe with regard to
23         Kowalski's claims?
24    A.   Whenever I talked to Wolfe -- Cheryl didn't
25         usually talk to Val Wolfe.  It was me talking to
```

Michael Skill - December 28, 2021

145

```
 1          Val and Cheryl would have been there.  But I
 2          don't recall that.  I could have been there.  She
 3          could have been there.
 4    Q.    Who is Val Wolfe?
 5    A.    Val Wolfe is a promoter for the band.  Gets
 6          shows, gets work for the band.  He's with ACA, I
 7          think it is.  ACA.
 8    Q.    So he has a contract with Master Beat?
 9    A.    No, we don't have any contract with him.
10    Q.    When he's paid, he is paid through Master Beat?
11    A.    No.  He takes it off the top, I believe, when
12          he's paid.
13    Q.    When The Romantics go out and perform, those
14          engagements are handled through Master Beat,
15          right?
16    A.    They are handled through me and Wally
17          occasionally, occasionally both of us.  I'm not
18          sure what you're going for.  But he takes his
19          money off the top.  So a show is booked, we get
20          half the money upfront, and Val takes his
21          percentage.  We do the show.  We get paid at the
22          show.
23    Q.    Okay.  First of all, don't worry so much about
24          what I'm going for.  Just let me know if you
25          don't understand my question.
```

Michael Skill - December 28, 2021

146

```
 1              When The Romantics perform, the venue
 2         pays who?
 3    A.    The venue pays Val and Val pays us.
 4    Q.    And Val sends the money to Master Beat?
 5    A.    Yes, I think so.  It goes to Master Beat, I
 6         believe.  I don't have evidence of that, but I
 7         believe.
 8    Q.    When you perform at a concert, for example, for
 9         The Romantics, do you get paid as a performer?
10    A.    Well, I didn't get paid the last three shows I
11         did that I was contracted to do, but normally,
12         yes.
13    Q.    That's because you took $20,000 out that you
14         weren't entitled to, but I'm not here to argue
15         with you, sir.
16    A.    Oh, really, but I had a contract that I was
17         supposed to get paid for these shows, and they
18         made it very difficult for me in doing these
19         shows putting parameters around me that had no
20         good reason for them.
21    Q.    Let me ask my question a little more broadly.
22         Generally speaking, when you perform with The
23         Romantics, are you paid some sort of a fee for
24         the actual performance?
25    A.    Yes, paid.
```

**Cornerstone Court Reporting**
**877.713.3377**

Michael Skill - December 28, 2021

147

1    Q.    And what does that tend to range?

2    A.    First of all, sometimes I don't even get the

3          contract, which I requested over and over again

4          to Wally or to Val so I can see how much the

5          amount is.  I've gotten them occasionally, but we

6          still reiterate we need the contract.  We'd like

7          to see the contract of the show.

8                    So sometimes, I don't know if the show

9          is 20, 30 or 40 thousand dollars.  But usually,

10         generally, if it's a $20,000 show, I'll get

11         somewhere around 15 or 17 thousand dollars --

12         $1700, maybe $2,000.  Between 15 and 2,000 for a

13         $20,000 show, 25.

14   Q.    Is each performer paid the same or differently?

15   A.    Wally -- well, I don't know what Wally gets.  I'm

16         assuming he gets what I get.  Rich and Brad get

17         somewhere around 850, in that range.  850, 900,

18         750.  I think it's 850.

19   Q.    And in addition to the performance fee, are

20         certain expenses paid for?

21   A.    Yeah, sometimes, and there's no receipts for

22         those.  Sometimes we'll come in and there's petty

23         cash money that is used.  And I'm used to signing

24         receipts in the past days, but in the past quite

25         a few years, we haven't been -- no receipts for a

Michael Skill - December 28, 2021

```
 1            lot of money that comes and goes.
 2    Q.      Well, when you fly somewhere to go to a show for
 3            The Romantics and there's cost for airfare, how
 4            does that get paid?
 5    A.      Sometimes I pay for it, or I use my miles and I
 6            get paid back.
 7    Q.      By Master Beat?
 8    A.      Yes, from the show, yes.
 9    Q.      Who is Mike Lilley?
10    A.      He's a road manager for The Romantics and sound
11            man.
12    Q.      Who typically books concerts for The Romantics?
13    A.      Val Wolfe.
14    Q.      In 2021, did you and Mr. Palamarchuk have
15            disagreements about the lineup for shows that
16            were booked for The Romantics?
17    A.      Yes.  I wanted The Romantics whole complete band
18            at the shows, the real Romantics.
19    Q.      And in your mind, who is that?
20    A.      Rich, Rich Cole from first album, Brad Elvis on
21            drums and Palamarchuk and me.
22    Q.      Why do you term that lineup the "real" Romantics?
23    A.      Because Rich is on the records from past days and
24            I'm on all the records except for one, Wally is
25            on the records, and Brad has been with us for 17
```

Michael Skill - December 28, 2021

149

```
 1            years.
 2   Q.    He's certainly not an original, right?
 3   A.    He's more original than the original.  Seventeen
 4            years, more than Jimmy.  I'm not sure if you know
 5            how valuable it is to have a drummer that keeps
 6            things in order.  It's really invaluable.
 7   Q.    But Elvis was never a member of Master Beat,
 8            correct?
 9   A.    Neither of them.
10   Q.    Just try not to argue with me if you can avoid
11            it.  Just answer my question.
12                    Mr. Elvis was not a member of Master
13            Beat, correct?
14   A.    Right.  What did I say?
15   Q.    And he did not perform on the first three albums,
16            for example, correct?
17   A.    Yes, correct.
18   Q.    What lineup did Mr. Palamarchuk want?
19   A.    First two pretty successful ones, the third one
20            that they did without me which dropped off the
21            charts like a lead balloon --
22   Q.    No, no, I'm sorry, I don't mean to interrupt you,
23            but you're answering a question than I asked.
24                    In terms of these concerts that were
25            being lined up in 2020 or 2021 where you and
```

1          Mr. Palamarchuk had a disagreement about the

2          lineup, you told me your preferred lineup, which

3          was you, Wally, Elvis, and Kowalski.  What was

4          Mr. Palamarchuk's desired lineup?

5     A.   I also brought in a couple names of other bass

6          players.  Federico Pol, who plays with -- the

7          guitar player from Fleetwood Mac.  He played with

8          us before.  I requested him.  I requested another

9          cat that I know that's really good on bass and

10         plays guitar.

11              I'm a former bass player, so I know --

12         I have a certain level of knowledge about how a

13         bass players should fit in with the feel.

14              So we were at odds in who was going to

15         do a couple shows.  It was just a couple shows.

16         It wasn't something that was long.

17    Q.   Who was Wally suggesting as the lineup?

18    A.   I don't recall exactly.  Someone from Starship,

19         who was a guy that didn't really look the part,

20         and I know the guy and he's a good player, and I

21         know -- that's all I remember.

22    Q.   Do you recall that Wally was objecting to playing

23         with Kowalski given that, among other things, he

24         was suing all of you?

25    A.   Well, we played when Coz Canler, where you were

Michael Skill - December 28, 2021

```
 1              on that case, when he was suing us, we were
 2              playing shows with Coz, so I didn't see any
 3              reason why we couldn't do shows with Rich.  Many
 4              bands are going through legal things and still
 5              play together live.
 6     Q.       Try answering my question.
 7     A.       Okay.
 8     Q.       Was Palamarchuk objecting to playing with
 9              Kowalski given that he had sued you and Wally and
10              the band and Master Beat?
11     A.       You know what?  I don't know why.  I don't know
12              why.  He said it was something like that, but I
13              didn't understand that, because I can get around
14              that since we did it with Coz for, like, three to
15              four years when he was doing this.  And we lost
16              money -- never mind.  Because Wally --
17     Q.       I'm sorry, I didn't mean to cut you off.  Did you
18              have more to answer on my last question?
19     A.       Yes.  Wally couldn't agree on a member or two.
20              We lost $30,000 one weekend, because he wouldn't
21              do the show with Rich.
22     Q.       Which show was that?
23     A.       Illinois.  In Illinois, we had shows for the 4th
24              of July, two shows.
25     Q.       4th of July of what year?
```

152

```
 1   A.    Of '20.  2020 maybe.

 2   Q.    And you were saying --

 3   A.    They were saying something about $30,000.

 4   Q.    And you're saying that the shows, The Romantics

 5         did not perform at those because you and Wally

 6         could not agree on the lineup?

 7   A.    Yeah, he couldn't agree on using Rich.  This was

 8         earlier on.  This is early on when he was against

 9         Rich.  And I said, Look, we played with Coz for

10         three years doing shows -- it was probably three

11         years.  It could have been a little less or a

12         little more -- while he was suing us when you

13         were representing Coz against us, and now Wally

14         is using you against me.

15   Q.    And how do you know how much those shows would

16         have paid?

17   A.    I was told by Val Wolfe.  He was pissed.  He

18         goes, "Wally just lost $30,000."

19   Q.    You could have backed down and just not insisted

20         on Kowalski, right?

21   A.    Why would I do that?  Because we were trying to

22         get -- why would I do that?  It was get in and

23         get out.  Play the show, get on stage for 40

24         minutes and get out.  And getting someone else,

25         it would have been flying in, rehearsing, and it
```

**Michael Skill - December 28, 2021**

153

```
 1                would have been more money and more time and more
 2                work.  Would have been easier just to use Rich.
 3      Q.        Let's talk about pre-COVID.  When Val identified
 4                potential concerts for The Romantics to play,
 5                would he communicate with both of you as to
 6                whether you wanted to do it or how to your
 7                recollection did that normally go?
 8      A.        Not always.  I would keep in touch with Val
 9                occasionally off and on and ask him what's coming
10                up, but mostly Mike Lilley would call me.  Mike
11                Lilley would call me and tell me what's going on.
12                Or, yeah, earlier it was Wally.  Then it became
13                Mike Lilley calling me, asking me how I felt
14                about a show, to do it or not.
15      Q.        Again, all prepandemic, was it your job to
16                contact venues to try to line up concerts?
17      A.        No.  It was Val Wolfe's, Val Wolfe.
18      Q.        To your knowledge, did Ms. Hangland ever attempt
19                to contact venues to arrange Romantics shows?
20      A.        No.
21      Q.        Do you recall that Val Wolfe is not soliciting
22                new offers for Romantics to perform?
23      A.        Yes.
24                     MR. QUICK:  You produced an e-mail from
25                him, which I'll show you.  We'll mark it as
```

**Michael Skill - December 28, 2021**

154

```
 1            Exhibit 18.
 2                       (Exhibit 18 marked.)
 3    BY MR. QUICK:
 4    Q.    This e-mail from October 12, 2021, you received
 5          this e-mail from Mr. Wolfe?  I'm sorry, you have
 6          to say yes.
 7    A.    Yes.
 8    Q.    "Uh-huh" just is hard to translate.
 9                  Have you had communications with
10          Mr. Wolfe since this date about arranging shows?
11    A.    Well, actually, Val Wolfe told me that there were
12          a lot of promoters that wouldn't book the shows,
13          because Wally sounded so bad and looked so bad.
14    Q.    When did he have that conversation with you?
15    A.    We did a show in Florida for Disney, possible
16          Disney show, and the guy -- it was so bad, the
17          vocals were so bad, that the guy bowed out.  We
18          lost shows there.
19                  We lost shows later, just later on.  It
20          was just during around pandemic, before pandemic.
21          Other shows were nixed by promoters not wanting
22          to hire The Romantics they were so bad.
23    Q.    Once again, sir, try to answer my question.
24    A.    I am.
25    Q.    Have you since October 12th of 2021 spoken to
```

Michael Skill - December 28, 2021

```
 1          Mr. Wolfe about lining up appearances for The
 2          Romantics?
 3     A.   Have I since 2021?
 4     Q.   Since the e-mail that's on the screen, October 12
 5          of 2021.
 6     A.   No, not that I know of, no.
 7     Q.   Has Ms. Hangland had any communications on your
 8          behalf?
 9     A.   No.  No.
10     Q.   Who is Rob Juarez?
11     A.   A promoter.
12     Q.   Was Master Beat, meaning The Romantics, lined up
13          to do some shows that Mr. Juarez was promoting?
14     A.   Yes.  He has presented shows to us, yes.
15     Q.   And you were lined up to do so some shows in
16          2021, in fact, correct?
17     A.   We did three shows.  They were booked in I think
18          for 2020 or '19, 2019, prepandemic.  Or no, it
19          would have been 2020 and those were canceled, and
20          so we moved and we played The Greek Theatre, the
21          winery up above out by Northern California and
22          then San Diego.  And those shows -- we did do
23          those shows a few months ago, which I didn't get
24          paid for.
25     Q.   And these shows were promoted as Lost '80s Live?
```

1    A.    I think so.

2    Q.    And do you remember that Mr. Juarez was upset

3          with you, to say the least, in August of 2021

4          over a Facebook post that you or Ms. Hangland

5          made on The Romantics website about Mr. Elvis

6          contracting COVID?

7    A.    I remember that.

8    Q.    Who posted that on The Romantics website?

9    A.    I don't think we posted it.  We didn't post it.

10   Q.    Hold on.  One thing at a time.

11              The post itself was posted by the owner

12         of The Romantics Facebook account, so that's you

13         or Ms. Hangland or your son, I guess, according

14         to you, right?

15   A.    Do you know how it works that you know other

16         people can post things on sites, right?

17   Q.    Yes, except this wasn't a post by a somebody

18         else; this was a post by the owner of the

19         Facebook account.

20   A.    I'm not sure about that.  Honestly, I'm not sure

21         how that got on there, but -- what was I

22         thinking?  But we looked up -- she looked up to

23         see how the show was selling, and it was sold

24         out, and then we removed it; it was removed.

25   Q.    So let's take it step by step.

157

```
 1   A.    Okay, step by step.  I'm not sure how it got on
 2         there, okay?  Ask Cheryl.
 3   Q.    Am I recalling --
 4   A.    We looked it up.  We looked it up and it said it
 5         was sold out.  He was worried that we were going
 6         to lose sales.  We looked it up and it said it
 7         was sold out.
 8   Q.    Am I correct that the only people that have
 9         access to post on that Facebook page on behalf of
10         the page owner is page is you, Cheryl Hangland,
11         and your son Mick?
12   A.    Yes.  My son doesn't post on there regularly that
13         I know of, but, yes, I understand that.
14   Q.    And how were you informed that Mr. Juarez was
15         upset about this posting on The Romantics
16         Facebook page?
17   A.    Well, Wally had another lineup, I believe, he
18         wanted to use instead of without me, without the
19         originals from the band.  And they were surprised
20         that I wanted to do the show, I think.  They
21         thought maybe I'd bow out.  But since I'm part of
22         Master Beat and part of the band still, I was
23         going to show up and do the show.
24   Q.    I'm going to ask my question again.  How were you
25         informed that Mr. Juarez was upset over this
```

1               Facebook post that was made on The Romantics

2               Facebook about Mr. Elvis contracting COVID?

3      A.    How was I?  I think Cheryl and Brad.  I think

4               Brad may have seen it.

5      Q.    Did you have a conversation directly with

6               Mr. Juarez?

7      A.    No, I didn't.

8      Q.    Did Cheryl, to your knowledge?

9      A.    No, I don't think so.  You have to ask her.

10     Q.    Did you have a conversation with Mike Lilley

11              about it?

12     A.    I think so.  He said there's some trumped-up

13              stuff about me saying I start shit backstage, and

14              I don't, and I'm going to leave it at that.  I

15              can go farther, but I won't.  I won't bore you.

16     Q.    Did Mr. Lilley communicate to you anything about

17              what Mr. Juarez had allegedly said to him in

18              terms of being upset about this posting?

19     A.    I don't know.  I don't really know too much about

20              it, other than that it came in.  We looked up to

21              see if it affected -- Juarez was worried that it

22              would affect the sales of tickets.  We looked up

23              online and said it was sold out.  So we figured

24              it was sold out, so there was no effect.  And it

25              was removed, I think.  I'm not sure.  You can ask

159

```
 1        Cheryl.
 2   Q.   Who removed it?
 3   A.   That's what I'm saying.  Ask her who removed it.
 4        I'm sure we did if it was problem.
 5                  (Exhibit 19 marked.)
 6   BY MR. QUICK:
 7   Q.   On the screen, sir, I'll mark as Exhibit 19 an
 8        August 31, 2021, e-mail from rob@bossagency.com
 9        to Val Wolfe, and then you'll see -- I can scroll
10        up.  You will see that this was forwarded to you
11        by Mr. Wolfe.  And the date is August 31, 2021.
12                  He says, meaning Mr. Juarez says, "Val,
13        After talking to you on the phone regarding
14        contracts, you assured me that you would talk to
15        Skill and he would adhere to everything and do
16        the event with no issues.  Then two days ago he
17        puts up a post and tags Lost '80s Live ...," and
18        the sentence goes on.  Do you see where I'm
19        reading, sir?
20   A.   Yeah.
21   Q.   So before you or Ms. Hangland made this Facebook
22        post or your son, I suppose, what issues --
23   A.   Wait, you said before we put it up there?
24   Q.   Yes.
25   A.   I said I'm not sure how it got up there.
```

Michael Skill - December 28, 2021

1   Q.   Before it appeared magically on the Facebook

2        page, what issues were you aware of that Juarez

3        had raised to Val Wolfe specifically about you?

4   A.   I'm not sure about that, but I know Val -- or I

5        know Juarez, Wally, and his wife have it out for

6        me and would deride me, like he does on his

7        Facebook, saying I can't play guitar, saying all

8        kinds of stuff, derogatory stuff about me.

9   Q.   Mr. Juarez does?

10  A.   No, Wally -- they all do.  They were doing it.

11  Q.   I wasn't asking for a general rant about Wally.

12       I'm asking specifically about Mr. Juarez.  So

13       your belief is Mr. Juarez doesn't like you

14       either?

15  A.   Well, I think there's some trumped-up stuff that

16       are undue that are impossible to change and are

17       constantly on.  There's a harassment kind of

18       thing going on.  But whatever, be that as it may.

19       I'm always good to play a show and go on.  I'm

20       always ready.

21  Q.   So when Mr. Juarez wrote to Val Wolfe about Val

22       assuring him that he would talk to you and that

23       you would adhere to everything and do the event

24       with no issues, you have no idea what he's

25       talking about?

161

```
 1   A.   I have never created any problems backstage or
 2        anything.  They wanted my son not there, my wife
 3        not there, not backstage, not around.  They
 4        wanted us -- it was just stupid crazy shit.  And
 5        I never have any problems with people backstage
 6        or anything concerning a show.  Rob Juarez, he'll
 7        start fights with any drummer that comes on
 8        stage.  It's crazy.  Do you want me to go farther
 9        with that?  I can go farther with that.
10   Q.   No.  I think you said quite enough.
11             So in this e-mail we're looking at, it
12        says -- Mr. Juarez says, and of course it was
13        forwarded to you, "The position that I'm in now
14        is that I just cannot sign these contracts
15        knowing that I do not know what will transpire
16        with Mike Skill at these events," and it goes on.
17        Do you see him saying that?
18   A.   That's humorous.  Yes, that's humorous.
19   Q.   Did you ever respond to him on those issues and
20        deny it?
21   A.   No.  But did anyone ever have to call the police
22        and have security taking me away?  No, that never
23        happened.  It's all -- I'm 5'7" and I'm not very
24        muscular, so I don't think they have a worry.  I
25        play guitar and I'm not going to break my hands.
```

162

```
 1              I have a tendency to get loud because I'm
 2              Italian, I guess, but that's about it, and I
 3              express my views.
 4     Q.    Do you know who Arnie Tencer is?
 5     A.    Yeah, I do.
 6     Q.    He was a former manager that you wound up having
 7              to sue because he had not paid you, correct?
 8     A.    Yes, and a friend of Wally's still.
 9     Q.    Have you had any contact with Mr. Tencer in the
10              last two years?
11     A.    No, I haven't talked to him at all.
12     Q.    Have you had any contact with him by e-mail or
13              text?
14     A.    No.
15     Q.    Are you aware of Ms. Hangland making an attempt
16              to contact Mr. Tencer?
17     A.    No.  I'm sure Wally has, though.
18     Q.    Are you aware of Ms. Hangland attempting to
19              contact him through a relative of his?
20     A.    We know his sister.
21     Q.    Who is that?
22     A.    Karen Tencer.
23     Q.    Are you aware of her attempting to contact Karen?
24     A.    They are friends on the side without business.
25     Q.    Are you aware of an attempt to contact Karen
```

```
 1          about Romantics business?
 2   A.    No, not at all.  Not business.  What business?
 3   Q.    Well, I guess we'll hear Ms. Hangland's testimony
 4          on that.  And there are texts that apparently
 5          were not produced, but we'll get to that.
 6                   Are you aware of texts between Karen
 7          and Ms. Hangland?
 8   A.    You have to ask Cheryl.  Maybe, maybe not.  I
 9          don't know.  They are friends.
10   Q.    I mean specifically on Romantics business.
11   A.    No.  They are friends.  I don't know if they talk
12          about Romantics.  I think she stays away from
13          that.
14   Q.    Other than Ms. Hangland and your lawyers, have
15          you spoken to anybody else with regard to the
16          claims asserted in this lawsuit?
17   A.    No.
18   Q.    Who is Andrew Adler?
19   A.    I don't know.
20   Q.    He's with the firm of Citrin Cooperman in New
21          York.
22   A.    I don't know it.  Andrew Adler?
23   Q.    Or Christopher Hull?
24   A.    No.
25   Q.    Mr. Adler and Mr. Hull were disclosed on your
```

164

```
 1          behalf on a witness list as expert witnesses to
 2          testify in this case.  Are you unaware of that?
 3   A.     Please ask Cheryl that, because she helped make
 4          the list.
 5   Q.     You've had no communications with those
 6          gentlemen?
 7   A.     Right.  I don't even know if she has.
 8                  MR. QUICK:  All right.  Let's take a
 9          short break.  Thank you.
10                  (Break was taken.)
11   BY MR. QUICK:
12   Q.     Do you believe that Val Wolfe is a trustworthy
13          individual?
14   A.     Yeah, I business so.  I think so pretty much from
15          what I talk to him.
16   Q.     What about Mr. Lilley?
17   A.     Yeah.  He'd been with us for quite a few years.
18          My only discrepancy, I think, is that he doesn't
19          do receipts at the shows.  Like when we come into
20          a town and there's petty cash, maybe a couple
21          thousand dollars or something like that, that
22          goes into his pocket and he uses it for, like,
23          backstage beer and booze, which I don't use, and
24          whatever else.  And then there's no receipts for
25          it.  And then he pays -- he paid -- the bass
```

165

1          player came in last time from The Smithereens, he

2          paid him his money without, I don't know,

3          receipt.  It was in cash.  He paid him in cash,

4          which is strange.  So there's a few things like

5          that that go on.  But other than that, he's been,

6          you know, really pretty, you know, reliable, very

7          reliable.

8                    MR. QUICK:  I'm going to show you what

9          I will mark as Exhibit 20, assuming I've been

10         keeping track of these correctly, which is a big

11         assumption.

12                   (Exhibit 20 marked.)

13    BY MR. QUICK:

14    Q.   And this is an e-mail that starts out as one from

15         Mr. Wolfe to Mike Lilley, you, and Wally, and

16         this deals with this Illinois show.  Do you see

17         that, sir?

18    A.   Yeah.

19    Q.   That's the show that you ended up not doing

20         because of disagreements with Mr. Palamarchuk on

21         the lineup, right?

22    A.   Right.

23    Q.   And in the course of this e-mail, I'll show you

24         on the second page this e-mail from Mike Lilley

25         to you where Mr. Lilley says, "Mike, as I said in

166

```
 1            the text, that was my last conversation with
 2            Wally Tuesday evening," and it kind of goes on.
 3            So I take it from this that you have some texts
 4            with Mike Lilley on this subject?
 5    A.      Yes.  I could pull them up.  I can get them
 6            pulled up, but it will take me a minute.
 7    Q.      And I apologize, I probably asked you this
 8            previously, but texts from your phone, you're the
 9            only person that can send those, correct?
10    A.      No.  Depending how it comes in, it goes to me and
11            Cheryl and on our main computer.
12    Q.      So there could be a text that looks like it's
13            coming from you, but really it's something that
14            Cheryl typed?
15    A.      Possibly.
16    Q.      What phone number is it that you text from, sir?
17    A.      My home number:  503.957.4221.  I don't want that
18            number to get out and about.
19    Q.      Say that again.
20    A.      I don't want that number to be public.
21    Q.      I will not disclose it to anybody outside of this
22            litigation.
23                    This e-mail, again, on the second page
24            of this exhibit, says it's from mickshouse to
25            Mike Lilley, Val, and Wally.  I'll give you a
```

Michael Skill - December 28, 2021

```
 1              second to look at it.  Did you type this or did

 2              Cheryl?

 3    A.   I think I did.  Either that or I told Cheryl what

 4              to write.

 5    Q.   How did you locate your attorney to defend you

 6              personally in the Kowalski litigation?

 7    A.   I'm not sure.  You mean how did I find him?

 8    Q.   Yes.

 9    A.   Jeez, I don't know.  I forget how the name came

10              up.

11    Q.   Do you recall there being some recommendation

12              through Meridith Cole?

13    A.   No.  It may have been a producer, record

14              producer.  Possibly Chuck Akkasian (ph) may have

15              mentioned the name.  I'm not sure.  I'm not sure

16              if that's it.

17                   MR. GILCHRIST:  Dan, if you're curious

18              about it, it was a producer whose name escapes

19              me, but who has a contact with one of my

20              partners, Jay Kakaty.  So I can get that name

21              for, you know, whatever you want to do with it

22              from Jay.  But as you might have gathered, I

23              don't do much entertainment law.  I'm in this

24              thing because of the litigation piece.

25                   So contact came to my firm through my
```

Michael Skill - December 28, 2021

168

1          partner Jay's contact who Mike is right, is a

2          producer, and I just can't remember.

3                    MR. QUICK:  I appreciate that.  I'll

4          ask Ms. Hangland about it as well just to tie it

5          off when we take her deposition.

6                    MR. GILCHRIST:  Sure.

7    BY MR. QUICK:

8    Q.   I want to circle back to this topic of dissolving

9          Master Beat.  Have you had any conversations or

10         has anybody on your behalf had any conversations

11         with Sound Exchange or Sony about what would

12         happen if Master Beat were to dissolve?

13   A.   No.  It was just kind of thrown out there.

14                    MR. QUICK:  I have no further questions

15         of the witness at this time.

16                    Mr. Arnkoff, do you have any questions,

17         if you are there?

18                    THE WITNESS:  Not there.

19                    MR. QUICK:  He's on, but he's on mute.

20                    Mr. Gilchrist, do you have any

21         questions?

22                    MR. GILCHRIST:  No.

23                    MR. QUICK:  For the record, the court

24         had ordered the production of the deposition of

25         both Mr. Skill and Ms. Hangland by today's date,

Michael Skill - December 28, 2021

1          and this was the date that was offered.  It is

2          now 3:44 p.m. Eastern Time.

3                    I've had a conversation with

4          Mr. Gilchrist offline.  We have agreed that

5          Mr. Gilchrist will work with Mr. Skill and

6          Ms. Hangland to supplement the document

7          production that has been made to date, and once

8          those documents are produced, that we will find a

9          mutually agreeable date for Ms. Hangland in

10         January.  And otherwise, we will deem the Court's

11         order for the production of her to be deposed to

12         be satisfied with that adjournment.  Have I

13         stated that correctly, Mr. Gilchrist?

14                   MR. GILCHRIST:  Yes, that works, Dan.

15         And I know it wasn't part of the order.  And then

16         we'll just look for Wally's deposition, whatever,

17         maybe three weeks or so after Cheryl.  So

18         shooting sometime in -- you know, well, in

19         February, obviously.

20                   MR. QUICK:  I will get you dates.  I

21         think we have a discovery cut-off actually in

22         late January, but you and I can confer on that

23         offline.

24                   MR. GILCHRIST:  And work on that, sure.

25         That works fine.

Michael Skill - December 28, 2021

170

1               MR. QUICK:  Thank you.  We are off the

2       record.

3               (Deposition concluded at 3:46 p.m.)

4                    -   -   -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

171

1

2        C E R T I F I C A T E    O F    N O T A R Y

3    STATE OF MICHIGAN )
                       )ss.
4    COUNTY OF OAKLAND )

5                    I, Cindy A. Boedy, do hereby

6    certify that the preceding deposition was reported by

7    me, was recorded by me stenographically and later

8    reduced to typewritten form under my supervision, and

9    is a true and complete transcript.

10                    I further certify that I am not

11   connected by blood or by marriage with any of the

12   parties, their attorney or agents; and that I am not

13   interested directly, indirectly, or financially in the

14   matter of controversy.

15                    In witness whereof, I have hereunto

16   set my hand this day in Lake Orion, Michigan, County of

17   Oakland, State of Michiga¬

18                    _____

19

20                    Cindy A. Boedy, CSR 4696

21                    Certified Stenographic Reporter

22                    Oakland County, Michigan

23                    My commission expires 10/4/26

24

25

Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)

Michael Skill
December 28, 2021

## $

**$1,235.79 (2)**
136:14;138:4
**$1700 (1)**
147:12
**$2,000 (1)**
147:12
**$20,000 (14)**
133:11;135:20;
136:1,5,8;137:8,10,
11,13;138:13;139:19;
146:13;147:10,13
**$25,000 (1)**
73:10
**$30,000 (3)**
151:20;152:3,18
**$300,000 (1)**
108:3
**$8,000 (3)**
129:17,17;133:14
**$8,826 (2)**
133:19;135:18
**$8836.91 (1)**
138:2

## A

**Abigail (2)**
131:5,13
**ability (3)**
10:2;34:20;64:19
**able (5)**
18:1;55:4;74:15;
85:9;98:4
**above (2)**
133:18;155:21
**Abrams (1)**
140:22
**abreast (1)**
17:7
**Absolutely (1)**
40:12
**abuse (1)**
71:18
**abused (1)**
66:7
**ACA (2)**
145:6,7
**accept (1)**
14:20
**access (11)**
15:12;16:16;34:8;
41:15;66:4,9;77:4;
78:14;94:6;126:22;
157:9
**accessed (1)**
126:25
**accidentally (1)**
78:19
**accommodate (1)**
19:6

**accommodations (1)**
67:24
**according (2)**
94:20;156:13
**account (50)**
11:4;23:6;55:6;
57:5,13,17;63:14;
66:4,8,8,20;74:25;
76:14;77:5;80:21;
91:17;104:17;105:3,
7;109:5;110:16;
111:23;119:2;126:19,
22;127:1,3,4,7,9;
128:10;130:23;133:3,
4,9;135:21;136:20,21,
23,24;137:5,11,25;
138:7,8,19;139:8,18;
156:12,19
**accountant (4)**
34:2,14,25;36:9
**accounting (1)**
29:22
**accounts (6)**
15:13,16;80:18;
82:21;91:25,25
**accounts/royalties (1)**
82:25
**accusatory (1)**
46:18
**accused (1)**
52:25
**actual (3)**
8:21;115:19;146:24
**Actually (17)**
8:11,18;10:15;
11:25;25:24;32:8;
36:3;60:19;70:25;
89:14;92:10,14;
124:5,16;130:5;
154:11;169:21
**add (1)**
135:20
**added (1)**
116:3
**addition (1)**
147:19
**address (4)**
15:7;16:8;138:25;
139:2
**addressed (1)**
96:8
**addresses (2)**
15:23,25
**adept (1)**
15:19
**adhere (2)**
159:15;160:23
**adjournment (1)**
169:12
**Adler (3)**
163:18,22,25
**advise (2)**
7:13;82:22

**advised (1)**
56:12
**affect (2)**
10:2;158:22
**affected (2)**
122:25;158:21
**again (33)**
23:15;25:21;32:25;
48:14;52:5;54:8;
59:18;62:16;64:17;
65:4;69:21;96:20;
98:25;102:2;103:15,
24;105:4;108:16;
110:2,5;112:11;
123:14;128:22;133:5;
139:11;142:23;143:1;
147:3;153:15;154:23;
157:24;166:19,23
**against (7)**
29:3;30:7;127:2;
144:18;152:8,13,14
**agent (2)**
67:20;73:22
**ago (17)**
13:7,8;17:8;47:1,3,
3;56:16;77:8,8;90:11,
11,11;91:1;101:11;
143:14;155:23;
159:16
**agree (20)**
24:8;58:1;62:9;
70:3,20;73:23,23,24,
24;74:2,3;79:2;80:2,
4,5,7;121:11;151:19;
152:6,7
**agreeable (1)**
169:9
**agreed (7)**
35:12;46:15;62:19;
80:6;107:18;113:17;
169:4
**agreeing (1)**
109:8
**agreement (46)**
4:12,13;19:19,24;
21:12,14;22:12,15;
23:13,17;24:6;26:9;
28:14,21;29:7,10,12,
16,25;30:4,10,13,16,
20;31:4,13,24;36:3;
71:24,25;95:1;
105:20,21;106:5;
123:22;124:4,8,12,21,
24,25;125:2,5,8,12,15
**agreements (1)**
20:6
**agrees (1)**
63:5
**ahead (2)**
71:15;80:17
**ahold (2)**
110:25;127:14
**airfare (1)**

**148:3**
**Akkasian (1)**
167:14
**album (1)**
148:20
**albums (2)**
111:17;149:15
**alert (2)**
18:3,4
**alerted (1)**
17:6
**allegation (1)**
74:18
**alleged (4)**
77:5;88:11;90:3;
97:19
**allegedly (2)**
90:15;158:17
**allowed (1)**
71:20
**almost (2)**
10:6;14:25
**alone (3)**
68:22,23;128:3
**along (6)**
24:22;26:24;46:19;
90:18,18;94:16
**altered (1)**
22:15
**although (1)**
144:15
**always (12)**
53:3;54:10;56:22;
71:5;89:7;91:3,4;
115:3;121:8;153:8;
160:19,20
**ambiguous (1)**
33:9
**amended (4)**
22:14,17,19;105:16
**Amiable (1)**
47:21
**Among (4)**
29:21;97:18;
121:13;150:23
**amount (25)**
9:14;12:4;13:21;
28:4;31:22;46:17,19;
50:1;73:2;123:5;
128:16,16;129:9;
130:4,5;133:11,14;
135:11,12,13;137:8,
15;138:10,12;147:5
**amounts (7)**
29:14,18;31:14,23;
36:15;39:8;75:5
**Andrew (2)**
163:18,22
**angry (1)**
68:20
**animosity (2)**
59:14;90:20
**anymore (2)**

**70:1;71:9**
**apart (1)**
43:23
**apologize (3)**
102:2;128:25;166:7
**apparently (1)**
163:4
**appearances (1)**
155:1
**appeared (1)**
160:1
**appears (2)**
21:25;123:20
**appreciate (3)**
68:12;69:3;168:3
**appropriate (7)**
41:21;92:15;103:5,
7;133:1,8,10
**approval (1)**
93:16
**approximately (2)**
20:3,11
**April (3)**
42:12,17;131:1
**argue (4)**
57:21;107:5;
146:14;149:10
**argument (3)**
120:1;133:6;139:11
**argumentative (1)**
93:13
**arisen (1)**
65:7
**Arnie (1)**
162:4
**Arnkoff (1)**
168:16
**arose (2)**
52:4,6
**around (9)**
8:13;9:25;105:25;
146:19;147:11,17;
151:13;154:20;161:3
**arrange (1)**
153:19
**arrangements (3)**
67:19;70:12;71:16
**arranging (1)**
154:10
**arrive (1)**
133:11
**aside (4)**
7:17;32:8;36:18;
64:10
**ask (50)**
14:5;15:6;16:7;
17:23;25:3;32:18,19;
33:22;39:13;40:6;
41:13;44:25;50:5;
51:1,2;60:4,15,16;
67:12;68:2;74:14;
77:14;80:1;81:12;
91:20;98:17;101:14;

102:1,1;112:11;
114:3;118:2;120:22;
126:23;130:3,4;
131:2,24;135:17;
143:20;146:21;153:9;
157:2,24;158:9,25;
159:3;163:8;164:3;
168:4

**asked (14)**
33:1;40:23;45:22;
48:23;50:3,7;56:16;
76:21;111:25;112:1;
128:24;144:11;
149:23;166:7

**asking (14)**
25:1;32:20;41:4;
83:14,14;111:19,21;
139:11,12;142:8;
143:23;153:13;
160:11,12

**asserted (2)**
144:14;163:16

**assist (1)**
8:2

**associated (10)**
20:7;22:22;28:1;
29:23;33:5;34:19;
44:17,21;119:13;
138:2

**assume (4)**
17:9;52:22;83:15;
92:13

**assuming (4)**
134:6,7;147:16;
165:9

**assumption (1)**
165:11

**assured (1)**
159:14

**assuring (1)**
160:22

**attach (1)**
112:20

**Attached (4)**
4:11;21:6;42:14;
113:3

**attachment (4)**
50:22;112:17;
114:19;116:11

**attempt (5)**
12:23;106:10;
153:18;162:15,25

**attempting (4)**
53:25;108:6;
162:18,23

**attempts (1)**
102:13

**attention (2)**
103:16;108:17

**attorney (5)**
89:19;117:13;
123:20;140:22;167:5

**attorneys (1)**

107:24

**August (4)**
108:18;156:3;
159:8,11

**authority (3)**
84:13;97:25;98:1

**authorized (4)**
87:23,25;92:1;
131:24

**authorizing (1)**
93:7

**automatically (1)**
79:19

**avail (1)**
71:7

**available (1)**
35:18;44:22

**avoid (1)**
149:10

**aware (48)**
16:18;19:19,24;
20:6,24;21:18;22:12,
21;23:10,24;24:1,14;
26:25;27:4,11,15,20;
28:3;29:2,6,12,16;
30:6;37:23;38:11;
40:20;42:3,6;43:22;
48:4;57:15;58:4;
66:24;71:21;113:19,
23;114:9,12;124:2;
133:24;139:6;144:21;
160:2;162:15,18,23,
25;163:6

**away (6)**
32:25;69:5;78:25;
79:5;161:22;163:12

**awfully (1)**
128:5

---

## B

**back (39)**
9:17;17:9;18:19;
19:13;28:3;40:15;
46:16;53:19;62:16;
65:2,25;68:14;74:11;
78:2;97:8;105:4,15;
109:19,19;112:3;
115:1;116:12;117:11;
120:13,17;121:1,22;
125:11,13,14;133:17;
137:2,21,23;139:1;
142:2,5;148:6;168:8

**backed (1)**
152:19

**backstage (5)**
158:13;161:1,3,5;
164:23

**Bacow (2)**
31:4;94:21

**bad (5)**
69:7;70:18,20;
154:13,13,16,17,22

**badly (2)**
68:12,18

**balance (3)**
136:20,22,23

**balloon (1)**
149:21

**band (21)**
10:22;19:14;22:19,
20,24;23:12,16;
51:11;65:23;66:1;
77:23;78:8;79:7;88:2;
111:22;145:5,6;
148:17;151:10;
157:19,22

**bands (1)**
151:4

**bank (5)**
38:14;105:7;119:2;
127:12,12

**bankrupt (3)**
88:5,19;90:16

**bankrupts (1)**
118:20

**bar (2)**
72:11,13

**base (1)**
8:11

**based (1)**
84:20

**Basically (2)**
36:7;69:10

**basis (3)**
47:9;136:15;138:4

**bass (5)**
150:5,9,11,13;
164:25

**Beat (177)**
10:17,20,23;11:2,6,
9;13:10;19:8,15;20:2,
7,10,17,20;22:6,9;
23:1,6,9,13,18,19,19,
22;24:3,10;25:19;
26:6,7,14,15,18,19,
25;27:11,15,20;28:5;
29:4,13,17;30:7,20;
31:15,20;32:4,6,9;
33:6,14,18;38:4,19,
23;39:6,17;40:17;
41:4;42:4,23;43:22;
44:2,6,11,12,15,16,
22;45:1,5,25;47:9,24;
48:5;49:3,21;50:4,9,
14;51:21;54:15,16,18,
25;55:3,7;58:13;
62:11;63:5,25;64:3,7,
11,16,20;84:11,14;
85:7,13;87:13,17,18,
23;89:13,15;92:1,4,
16;94:23;95:2;96:17;
97:5;98:2,24;99:3,15;
101:15,17;102:3,6,9,
15,20;103:5;104:18;
105:6;106:2,16,23;

108:24;109:5,9;
111:16,25;112:2,9;
113:6,24;114:11;
117:8;118:17,17;
126:19;127:1,4,9;
130:23;131:25;133:3,
9,25;134:4,18,23;
135:1;136:21,24;
139:7,17;140:10,20;
141:6,15;142:12;
145:8,10,14;146:4,5;
148:7;149:7,13;
151:10;155:12;
157:22;168:9,12

**Beat's (6)**
36:6;57:16;63:14;
104:25;105:1,2

**beautiful (1)**
102:17

**became (2)**
20:24;153:12

**beer (1)**
164:23

**beforehand (1)**
83:21

**beginning (4)**
91:8;123:6;128:2,
25

**behalf (28)**
17:5;39:17;51:10;
52:9;56:18;59:9,21;
63:10;84:14;87:11;
92:3,16;93:15;94:11;
98:2,22;104:6,16,22;
109:8;114:7;123:18;
125:24;131:25;155:8;
157:9;164:1;168:10

**behind (2)**
122:25;123:2

**belief (1)**
160:13

**believe (19)**
12:17;13:8;21:22;
30:2;37:1;41:21;
46:16;58:8;78:5;
84:13;87:25;89:13;
92:15;144:15;145:11;
146:6,7;157:17;
164:12

**believed (1)**
141:13

**below (1)**
132:19

**benefit (1)**
13:1

**benefits (1)**
13:2

**Berenson (9)**
108:18;109:20;
110:14,20;111:13;
113:1;117:18;123:16;
125:20

**best (1)**

18:21

**Bet (2)**
94:22;115:21

**better (8)**
16:12;46:5;70:22;
74:15;82:9;112:5;
126:24;138:16

**big (3)**
89:8;108:5;165:10

**bill (7)**
12:1;45:11;46:7,8;
51:22;102:23;103:3

**bills (26)**
39:20;44:6,7,22;
45:1,24;47:8;55:4,5,
8;57:10,12;102:21;
103:2;105:7;106:19;
107:23,24;108:1,2,5;
119:9;127:11;135:21;
136:4,9

**bit (5)**
12:5;13:10,18;
99:14;101:22

**Blair (1)**
108:22

**blank (1)**
7:7

**blue (1)**
83:22

**Boedy (4)**
18:1;112:19;142:1,
4

**boiling (1)**
54:10

**bold (1)**
119:17

**bolded (1)**
61:15

**bone (1)**
57:25

**book (2)**
70:7;154:12

**booked (3)**
145:19;148:16;
155:17

**booking (1)**
73:22

**bookkeeper (5)**
36:3,8,10;37:7;
143:9

**bookkeepers (2)**
33:14;50:8

**bookkeeping (2)**
29:22;38:13

**books (2)**
50:9;148:12

**boosts (2)**
66:17,23

**booze (1)**
164:23

**BOP (1)**
115:8,9,13;121:14

**bore (1)**

158:15

**both (11)**
40:1,2;75:16;94:6;
112:20;140:1,2;
143:5;145:17;153:5;
168:25

**bottom (3)**
96:10,16;132:17

**bow (1)**
157:21

**bowed (1)**
154:17

**boy (1)**
68:11

**boys (1)**
77:22

**Bozewski (2)**
119:20;122:4

**Brad (20)**
27:5,9,11,13,16,20,
24;70:8;71:9,17;
109:2;119:18;122:6,
9,22;147:16;148:20,
25;158:3,4

**Brad's (1)**
120:7

**branch (1)**
127:15

**brand (4)**
77:1;78:4;80:11,11

**break (15)**
19:4;40:10,14;
67:13,16;98:10,15;
99:12;101:19;104:4;
140:3,4;161:25;
164:9,10

**Brian (1)**
89:19

**bring (1)**
52:19

**bringing (1)**
52:11

**broadly (1)**
146:21

**broke (2)**
128:17,18

**broken (1)**
37:15

**brought (9)**
10:21;35:11;52:12;
53:24;54:2,3;89:1,2;
150:5

**bucks (1)**
12:3

**building (2)**
80:11,11

**business (14)**
15:18;65:21,24;
66:1,11;87:19;103:6;
112:6;162:24;163:1,
2,2,10;164:14

## C

**calculated (3)**
28:7,8;42:15

**calculates (1)**
39:7

**calculating (3)**
33:16;34:5;37:3

**calculation (6)**
39:2,24;40:4;
121:16;135:4,8

**calculations (3)**
39:11,16,23

**California (1)**
155:21

**call (34)**
8:20;13:22;25:19;
34:1;45:22;47:17;
60:16,17;69:25;
71:19;73:21;97:8,16;
99:24;105:12;107:22;
109:19;110:15;111:7;
114:14;117:9,10,12;
119:24;121:9,11;
124:17,18;125:13,14;
126:11;153:10,11;
161:21

**called (17)**
10:19;13:20;32:12;
46:9;51:3;75:18;97:7,
10;109:18,18,19;
111:8;116:4;125:10,
10;127:12,14

**calling (2)**
124:20;153:13

**calls (5)**
47:17;70:2;73:21;
102:22;125:11

**came (17)**
19:13;33:5;35:22;
43:3;46:12,14;
121:10;123:9;135:10,
16,16;137:8,10;
158:20;165:1;167:9,
25

**can (59)**
7:13,18,18,19;14:5;
16:7;21:13;24:7;25:3;
26:22;36:22;40:10;
47:19;49:12;53:10;
55:5,5;57:22;58:14,
20;60:4,15;61:20;
64:23;68:2,25;73:18;
75:4;85:3,8;87:5;
90:22;98:16;100:3;
101:24;103:11;
105:12;114:20;115:1,
2;116:17;118:6;
125:16;130:3;137:12;
142:3,7;147:4;
149:10;151:13;
156:16;158:15,25;

159:9;161:9;166:5,9;
167:20;169:22

**cancel (1)**
74:5

**canceled (2)**
73:9;155:19

**Canler (16)**
9:9,12;19:17;20:10;
26:24;29:1,14;30:3;
32:3;35:9;42:17;45:4;
126:2,6,14;150:25

**capabilities (1)**
62:3

**capable (4)**
36:21,24;37:2,20

**caption (1)**
43:16

**car (1)**
18:7

**card (6)**
65:21,23,24;66:1,5,
12

**care (5)**
46:22;48:20,21;
95:16;133:5

**career (2)**
24:21,21

**case (6)**
87:21;142:25;
143:4;144:11;151:1;
164:2

**cases (2)**
114:22,23

**cash (6)**
52:3,7;147:23;
164:20;165:3,3

**cashier (1)**
138:14

**cashier's (1)**
135:25

**cat (1)**
150:9

**categories (1)**
16:23

**caused (1)**
119:1

**cc (2)**
95:19;96:20

**ceased (1)**
20:2

**certain (11)**
13:21;16:20,23;
28:3;29:13,17;30:20;
31:13;73:20;147:20;
150:12

**certainly (5)**
6:10;86:15,18;
124:1;149:2

**Certified (5)**
34:1;36:9;131:20;
138:24,24

**chair (1)**
72:15

**challenge (5)**
56:19;59:10,11;
88:24;139:16

**challenged (2)**
139:12,15

**change (12)**
23:17;56:20;57:7;
59:1,2;61:7,8,10,11;
119:25;133:14;
160:16

**changed (4)**
61:12;91:11;
103:19;104:14

**changing (1)**
84:21

**channel (1)**
122:22

**charge (4)**
66:5,11,22;75:19

**Charges (2)**
66:17,23

**charging (2)**
65:20;66:20

**charts (1)**
149:21

**check (16)**
11:3;14:4;22:9;
25:23,24;26:3;90:23;
92:21;127:2;131:20,
20;132:25;135:25;
138:14,23,24

**checked (1)**
96:1

**checking (1)**
73:18

**checks (2)**
44:11,12

**Cheryl (63)**
8:13;16:9,10;39:13;
41:13;43:9;55:25;
60:3,15;66:14;67:9,
12;74:14;75:21;
76:19,20;77:6;78:20;
80:1;82:8;93:2;96:14;
101:13;104:6,16,21;
106:20;112:4,11;
113:8,8;114:1,17;
115:7;117:25;120:14,
15;122:24;126:23,24;
131:2,3;132:24;
134:9;135:9,17;
138:15,17;143:23;
144:24;145:1;157:2,
10;158:3,8;159:1;
163:8;164:3;166:11,
14;167:2,3;169:17

**chest (4)**
68:5,8,21;69:13

**chords (1)**
143:13

**Christmas (2)**
9:25;142:18

**Christopher (1)**

163:23

**Chuck (1)**
167:14

**church (1)**
8:21

**circle (1)**
168:8

**circumstances (1)**
35:5

**Citrin (1)**
163:20

**claim (15)**
74:13;115:17,20;
116:13;117:5;118:11;
120:18,25;121:6,24;
133:15;134:17;135:5,
13;137:19

**claimed (1)**
139:9

**claiming (4)**
74:12;97:18;
111:15;134:22

**claims (13)**
113:2,4,5,23;
114:10,22;119:18,21;
144:5,13,18,23;
163:16

**clean (2)**
10:6;49:15

**clear (1)**
143:21

**clearinghouse (1)**
25:18

**clearly (1)**
81:18

**Clem (2)**
120:8;122:20

**Clement (1)**
119:19

**client (1)**
14:16

**clients (1)**
14:17

**Close (1)**
123:7

**closed (1)**
127:13

**Cole (12)**
15:4;19:16,18;
26:23;42:17;68:11,
12,16,18;122:24;
148:20;167:12

**collects (1)**
44:16

**column (1)**
114:21

**columns (1)**
114:21

**Comerica (12)**
119:2;126:19;
127:12;130:24;131:3,
8,14;132:7,10;133:2;
137:4;138:18

Case 2:23-cv-13206-LJM-KGA   ECF No. 11-2, PageID.285   Filed 04/16/24   Page 177 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)

Michael Skill
December 28, 2021

**coming (18)**
54:17;58:21,22;
59:16;70:6;72:7;
73:23;88:9;91:13,13;
101:23;102:15;108:6;
109:1;119:11;134:5;
153:9;166:13
**commercial (1)**
13:17
**commission (1)**
88:6
**common-law (1)**
8:20
**communicate (8)**
34:21;55:9;57:2;
59:12;84:14;139:24;
153:5;158:16
**communicated (2)**
57:4;77:7
**communicating (1)**
87:11
**communication (8)**
49:19;55:16;83:19;
91:14;109:7;121:23;
131:16;132:7
**communications (10)**
83:5;84:20;122:18;
125:23;138:17;
144:12,17;154:9;
155:7;164:5
**company (9)**
11:5,8;51:3,25;
82:23;92:1;96:19,19;
119:6
**complete (3)**
82:22;84:5;148:17
**computer (2)**
101:21;166:11
**concern (2)**
120:5;142:15
**concerning (2)**
9:19;161:6
**concerns (1)**
120:5
**concert (1)**
146:8
**concerts (4)**
148:12;149:24;
153:4,16
**concluded (2)**
61:19;170:3
**conduct (1)**
103:6
**confer (1)**
169:22
**confirm (4)**
111:14;112:1;
129:22;130:21
**confirmation (1)**
109:4
**conflict (4)**
113:5;114:9,14;
119:20

**conflicted (1)**
113:24
**confronted (1)**
69:4
**confused (1)**
103:25
**confusing (1)**
25:2
**confusion (1)**
112:16
**Connected (1)**
80:10
**connection (5)**
11:17;13:11;32:9;
36:5;119:5
**consent (2)**
109:16,21
**consider (3)**
53:17,20;64:8
**considered (1)**
141:9
**consistent (1)**
24:22
**constantly (5)**
68:23;77:24;78:1;
116:7;160:17
**consult (1)**
112:4
**contact (18)**
42:20;56:19;59:22;
109:5;123:18;130:24;
132:19;153:16,19;
162:9,12,16,19,23,25;
167:19,25;168:1
**contacted (5)**
46:11;60:2,14;
127:12;131:3
**content (1)**
28:24
**contention (1)**
57:25
**contentious (1)**
72:1
**CONTENTS (1)**
4:3
**contested (1)**
19:9
**continually (3)**
62:7;68:16;71:3
**continue (1)**
106:15
**continued (1)**
4:25
**continuous (1)**
69:8
**contract (25)**
11:21;24:3,14;26:9;
42:15;58:12;63:3;
65:1,3;70:5;71:21;
85:1,6;105:5,8,9,14,
16;106:7;145:8,9;
146:16;147:3,6,7
**contracted (1)**

146:11
**contracting (2)**
156:6;158:2
**contracts (4)**
20:19;107:4;
159:14;161:14
**contract's (1)**
104:1
**contractual (2)**
23:21;24:9
**contrary (2)**
62:21,24
**contribute (1)**
71:5
**contributing (1)**
71:6
**control (3)**
77:19;80:18;85:2
**controlling (2)**
84:24;107:12
**controls (1)**
124:23
**conversation (24)**
8:12;14:8;60:20;
81:7,8;88:11,17,22,
25;90:3,7,25;110:19;
131:15,23;140:6;
143:17,22;144:4;
154:14;158:5,10;
166:1;169:3
**conversations (15)**
14:17;53:5;61:2;
86:7,9;88:3;117:17;
122:3;132:9;137:3;
143:3;144:12,17;
168:9,10
**Cooperman (1)**
163:20
**Copeland (1)**
34:15
**copied (1)**
141:1
**copy (11)**
7:15;29:10;30:13;
40:23;41:18;75:3;
84:17;86:11;140:19;
141:5,15
**corporate (2)**
4:13;28:14
**corporation (1)**
64:5
**corporations (1)**
102:24
**corrected (3)**
115:7,11;121:24
**correcting (1)**
121:17
**correction (1)**
121:18
**correctly (5)**
31:25;53:4;121:21;
165:10;169:13
**cost (3)**

29:22;46:20;148:3
**costing (2)**
46:17;108:3
**counsel (5)**
81:16,20;95:22;
127:21;132:15
**couple (7)**
9:8;77:8;110:18;
150:5,15,15;164:20
**course (6)**
42:1;58:7;84:24;
106:15;161:12;
165:23
**COURT (5)**
6:7,20;8:21;29:4;
168:23
**Court's (1)**
169:10
**COVID (2)**
156:6;158:2
**Coz (7)**
19:17;108:1;
150:25;151:2,14;
152:9,13
**CPA (1)**
34:1
**crazy (2)**
161:4,8
**create (1)**
80:9
**created (3)**
21:21;80:14;161:1
**criticizes (1)**
90:21
**curious (1)**
167:17
**currently (7)**
10:1,9;81:22;99:8;
113:5;114:10;125:15
**cut (2)**
22:9;151:17
**cut-off (1)**
169:21

**D**

**Dan (5)**
6:22;43:6;143:21;
167:17;169:14
**date (19)**
19:22;32:3;54:9;
63:1;65:16;74:7;
81:13;83:20;90:1;
96:10;106:7;110:7;
121:25;154:10;
159:11;168:25;169:1,
7,9
**dated (15)**
22:13;28:14;42:12;
56:7;69:11;82:1,10;
87:1;89:25;91:15;
93:21;111:12;112:13;
123:15;131:13

**dates (2)**
18:20;53:13;128:6;
130:8;169:20
**David (2)**
108:22;111:24
**day (3)**
111:12;117:12;
140:14
**days (5)**
65:2;110:18;
147:24;148:23;
159:16
**day-to-day (1)**
33:5
**deadlines (1)**
117:2
**dealing (1)**
75:14
**dealings (1)**
106:1
**deals (1)**
165:16
**December (13)**
6:2;56:7,12,25;
59:19;60:21,25;
61:25;62:10,17;
65:15;69:11;81:2
**decided (2)**
36:2;89:3
**deduct (2)**
29:17,21
**deem (1)**
169:10
**defend (1)**
167:5
**defending (1)**
142:20
**degrades (1)**
90:22
**deleted (1)**
82:5
**demand (6)**
58:6,8,15,19;
121:11,14
**demanding (1)**
91:7
**demands (2)**
68:5,9
**deny (1)**
161:20
**departure (1)**
20:7
**Depending (1)**
166:10
**depends (1)**
52:11
**deposed (1)**
169:11
**deposit (3)**
82:18,23;128:10
**deposition (13)**
6:19;7:15;8:6;9:6;
14:23;17:22;128:2;

Case 2:23-cv-13206-LJM-KGA   ECF No. 11-2, PageID.286   Filed 04/16/24   Page 178 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)
Michael Skill
December 28, 2021

143:12,24;168:5,24;
169:16;170:3
**deride (1)**
160:6
**derogatory (1)**
160:8
**describe (2)**
41:2;47:13
**described (1)**
15:13
**desire (1)**
53:7
**desired (1)**
150:4
**destroy (1)**
90:24
**detail (2)**
22:8;50:2
**details (5)**
14:6;51:16;110:16;
111:14;140:12
**determine (2)**
75:5;137:4
**Detroit (2)**
18:9,9
**Dick (1)**
99:24
**Diego (1)**
155:22
**difference (2)**
64:4;109:13
**different (5)**
33:22;91:14;100:6;
114:21;128:24
**differently (1)**
147:14
**difficult (2)**
49:12;146:18
**dig (1)**
136:18
**dip (1)**
139:17
**direct (35)**
26:11;55:11;56:13;
59:8;63:11,17;82:18,
23;84:4,5,15,22;85:8,
9,13;91:2;95:25;
96:23;97:2,5,19,24;
106:22;107:7;108:23;
110:2,6;113:5;114:9,
13,13;119:20;120:7;
126:12;133:8
**directed (1)**
135:9
**directing (1)**
106:21
**direction (2)**
87:22;92:3
**directly (68)**
21:23;23:8;24:15,
19;25:8,10,14,17;
26:3,11;27:17,18;
50:5;53:7,25;54:7,11,

13,17,21,24;55:10,17;
56:22,23;57:2,7,11,
17;58:6,14,22;59:13,
16;61:5;62:8;63:3,6,
15;85:5,9,24;88:9;
91:3,5,13;92:2,17;
93:11;95:5;97:12;
102:14,19;103:15;
104:7;106:10;107:3,
17;108:6,10;109:1,10,
17;111:1;123:17;
125:16;127:1;158:5
**disability (2)**
14:3,3
**disagree (8)**
42:24;59:13;62:14;
63:7;85:10;124:14;
136:16;138:5
**disagreement (1)**
150:1
**disagreements (2)**
148:15;165:20
**disburse (2)**
24:24;133:2
**disbursement (1)**
133:8
**disclose (1)**
166:21
**disclosed (1)**
163:25
**discovered (1)**
139:6
**discovery (3)**
92:10;115:23;
169:21
**discrepancy (1)**
164:18
**discuss (11)**
14:8;21:18;32:1;
42:18;55:23;65:17;
68:13;74:1;82:16;
122:9;133:7
**discussing (1)**
95:15
**discussion (1)**
49:19
**discussions (4)**
30:3;98:8;125:20;
144:22
**Disney (2)**
154:15,16
**Display (1)**
68:4
**dispute (4)**
37:19;52:3,6;75:19
**disputes (1)**
119:23
**disregard (1)**
80:13
**disregarding (1)**
80:12
**disrespect (1)**
129:14

**dissolve (4)**
89:14,20,22;168:12
**dissolved (1)**
89:24
**dissolving (2)**
89:11;168:8
**dissuade (1)**
141:23
**document (9)**
28:18;42:9;43:10;
96:13;108:16;110:10;
112:17;131:7;169:6
**documentation (2)**
48:22,24
**documents (11)**
7:4;9:5,23;16:20,
23;81:11;83:3;
103:14;128:14;
130:20;169:8
**dollars (4)**
40:5;147:9,11;
164:21
**domain (4)**
99:22;100:2,10,14
**Dominican (1)**
69:15
**done (11)**
36:12;38:15;47:4;
61:14;74:19;79:23,
25;81:1;86:16,17;
106:1
**door (2)**
97:15;98:3
**dot (1)**
137:9
**doubt (1)**
129:13
**down (8)**
18:2;87:5;90:22;
108:5;127:15;128:18,
18;152:19
**downsides (1)**
40:8
**drawing (1)**
108:17
**drinking (2)**
72:11,12
**dropped (3)**
11:3;68:14;149:20
**drummer (3)**
71:10;149:5;161:7
**drums (1)**
148:21
**drunk (1)**
72:15
**dry (1)**
46:22
**due (3)**
46:2;75:5;136:4
**duly (1)**
6:12
**during (5)**
7:14;101:19;

131:23;132:8;154:20
**duties (2)**
33:1;38:11

## E

**earlier (9)**
18:15;22:4;83:12;
94:2;99:14;134:22;
141:4;152:8;153:12
**earliest (6)**
83:4,8,10,10,11,16
**early (7)**
15:2;18:21;19:23;
24:21,23;65:2;152:8
**earnings (3)**
111:24;123:23;
124:9
**easier (1)**
153:2
**Eastern (1)**
169:2
**easy (1)**
85:22
**edits (1)**
130:15
**effect (2)**
32:21;158:24
**effin' (1)**
79:7
**effort (3)**
17:18;37:19,23
**either (18)**
7:16;15:1;18:6,21;
26:16;34:9;52:18;
71:15;73:24;74:2;
76:11;77:6;80:22;
88:24;109:20;144:2;
160:14;167:3
**electric (1)**
46:7
**else (24)**
7:1;9:22;16:16;
26:14;35:20;42:5;
48:23;50:3;63:9;
88:21;94:9;100:20;
103:8;106:13;118:23;
120:22;122:11;
129:13;140:14,15;
152:24;156:18;
163:15;164:24
**else's (3)**
85:25;113:22;
116:21
**Elvis (14)**
27:5;70:8;71:9;
109:2;119:18;122:4,
6,9;148:20;149:7,12;
150:3;156:5;158:2
**Elvis's (1)**
27:16
**e-mail (102)**
4:15,16,17,18,19,

20,21,23;15:7,12,16,
23,25;16:3,8;32:21;
34:9;42:12,14;43:8;
47:17;50:12,19;
55:19,23;56:6;57:5,
15;61:9,15,19;62:10,
13;63:13;65:15,16;
69:11;75:3;81:12;
82:1,1,10,14,16;
83:16;84:10;86:12,
25;87:2,6,20;89:25;
91:15,17,18;92:9,13,
16;93:21,24;94:4,13,
17;108:18;111:10,12,
20;112:13,23;113:1;
115:19;116:10,18,23;
118:24;119:18;
120:13,17;121:25;
122:2;123:14;124:19;
129:22;131:13,14;
132:18,20,23;138:25;
139:1;140:25;153:24;
154:4,5;155:4;159:8;
161:11;162:12;
165:14,23,24;166:23
**e-mails (19)**
15:15;16:1,22;
39:15;43:15;60:14;
81:16,22;82:5;90:21;
94:11;95:25;97:1;
98:20;104:5;125:14;
128:12;130:20;
132:16
**EMI (1)**
31:3
**employed (2)**
10:9;13:19
**employee (3)**
10:15,24;11:5
**end (2)**
107:8;129:12
**ended (4)**
107:23;108:2,4;
165:19
**engage (1)**
131:24
**engaged (1)**
98:7
**engagement (1)**
14:19
**engagements (1)**
145:14
**enough (5)**
43:19;69:17;77:16;
136:9;161:10
**entered (1)**
29:7
**entertainment (1)**
167:23
**entirety (1)**
130:15
**entities (2)**
34:17;55:7

entitled (7)
    7:15;14:16;26:11;
    27:25;29:21;121:13;
    146:14
entity (8)
    8:25;10:15,19,25;
    12:21,22;34:19;80:9
entries (1)
    37:10
equity (1)
    20:10
era (1)
    101:8
error (4)
    113:25;114:1,16,16
errors (1)
    116:12
escapes (1)
    167:18
especially (2)
    107:22;108:1
established (1)
    106:6
etc (2)
    43:25;45:4
even (16)
    8:10;15:17;34:14;
    48:25;58:12;65:2;
    66:5;69:25;77:9,17;
    82:17;115:5;138:13;
    139:16;147:2;164:7
evening (1)
    166:2
event (3)
    84:1;159:16;160:23
events (1)
    161:16
eventually (2)
    55:15;131:6
everybody (4)
    106:13;108:1;
    120:22;122:11
everybody's (1)
    37:3
everyone (2)
    39:11;125:6
everyone's (1)
    106:25
evidence (1)
    146:6
exact (10)
    12:4;18:20;35:5;
    39:14;81:4;136:11;
    137:16,17,19;138:12
exactly (13)
    9:20;34:18;38:17;
    54:9;69:7;75:22;
    82:13;85:19;131:2;
    135:20;136:10;
    138:10;150:18
Examination (2)
    4:7;6:15
examined (1)

6:14
example (14)
    12:6;16:4;22:20;
    38:14;42:13,21;50:8;
    68:25;82:7;97:6;
    102:5;128:9;146:8;
    149:16
except (4)
    14:13;141:21;
    148:24;156:17
exception (1)
    111:24
Exchange (91)
    23:23;24:4,10,11,
    15,19,19;25:8,11,14,
    16,17,22,25;26:2,4,6,
    10,16,20;27:16,22;
    29:19;34:5;37:22,25;
    38:22;39:5;44:20;
    74:13,25;75:5,15;
    99:4;103:21,22;
    104:1;106:9,11,15,21;
    107:7,13,17;108:10;
    109:1,17;110:3,6;
    112:8;113:2,7;114:8;
    115:16,20;116:10;
    117:6;118:5,11,15,16,
    18,25;119:12;120:18;
    121:1,7,19,24;122:5,
    11;125:17,24;126:1,9,
    13;133:12,17,21,24;
    134:3,14,17,24;135:2,
    5,14,19;136:15;
    138:3;168:11
Exhibit (67)
    4:12,13,14,15,16,
    17,18,19,20,21,22,23;
    21:9,11,25;22:13,15;
    23:14;28:11,12;
    30:24,25;42:9,10;
    43:8;50:16,18;56:3,4;
    61:3;65:14;67:18;
    74:11;80:25;86:22;
    91:22,23;93:18,21;
    96:5,7;105:14;
    108:13,14;110:10,10,
    11,12;112:13,15,21;
    116:23;123:11,14;
    127:23,24;131:10,11;
    134:12;144:9;154:1,
    2;159:5,7;165:9,12;
    166:24
EXHIBITS (4)
    4:11,25;21:4;86:23
exist (2)
    81:22;89:13
existing (1)
    119:23
exists (2)
    48:24;50:4
expected (2)
    86:15,18
expense (2)

101:16;102:6
expenses (6)
    29:18;43:22;44:3;
    45:5,18;147:20
expert (1)
    164:1
explain (3)
    133:13;137:7,12
explained (1)
    131:17
express (1)
    122:13;162:3
expressed (2)
    142:14,15
extensive (1)
    17:19
extent (2)
    79:14;102:3

F

Facebook (27)
    66:17,23;76:14;
    77:1,4,9,10,17,18;
    78:6,15,22,24;79:3;
    80:3,16;90:22;156:4,
    12,19;157:9,16;158:1,
    2;159:21;160:1,7
fact (13)
    62:2;77:12;80:16;
    97:14;105:24;112:7;
    113:23;118:4;129:19;
    133:25;134:12;135:1;
    155:16
factual (1)
    133:6
factually (1)
    138:5
fair (4)
    24:15;43:19;45:25;
    77:16
familiar (4)
    10:19;20:19;23:21;
    55:22
family (3)
    16:2;41:25;66:17
far (5)
    70:14;80:10;
    101:24;122:15,15
farther (4)
    69:16;158:15;
    161:8,9
fascination (1)
    85:3
fashion (2)
    22:14;81:17
faster (1)
    57:24
fault (1)
    119:24
favor (1)
    84:21
feature (1)

111:15
February (2)
    52:24;169:19
Federico (1)
    150:6
fee (5)
    38:4,7,9;146:23;
    147:19
feel (7)
    8:20;42:19;84:16;
    92:20;114:4;136:7;
    150:13
fees (1)
    29:22
fell (1)
    72:15
felt (9)
    46:18;89:6;91:10;
    133:10;136:3,5;
    141:17,19;153:13
few (11)
    9:8;17:8;32:24;
    51:2;65:8;110:15;
    111:13;147:25;
    155:23;164:17;165:4
fights (1)
    161:7
figure (4)
    36:14;37:25;46:1;
    134:20
figured (2)
    135:10;158:23
filed (2)
    29:3;30:6
finances (1)
    142:9
financial (1)
    39:21
find (6)
    40:9;59:15;137:24;
    138:15;167:7;169:8
fine (5)
    47:19,19;100:17;
    109:25;169:25
finger (4)
    68:5,8,21;69:12
finish (2)
    98:14,19
finished (1)
    57:9
fire (2)
    83:21;127:13
fired (2)
    72:10,16
firm (6)
    51:6;96:21;101:2;
    142:20;163:20;
    167:25
first (21)
    6:12;21:24,24;
    25:10;33:7;39:1,4;
    51:2;53:11,11,24;
    69:21;81:12;98:3;

122:23;130:24;
    145:23;147:2;148:20;
    149:15,19
fit (1)
    150:13
five (3)
    7:22;47:3,3
five-day (1)
    18:18
fixing (1)
    116:8
flashes (1)
    113:12
Fleetwood (1)
    150:7
flight (1)
    88:6
flights (1)
    66:17
flip (1)
    32:14
flip-flop (1)
    32:13
Florida (1)
    154:15
fly (3)
    45:7;52:19;148:2
flying (1)
    152:25
focus (6)
    12:18;57:14,23;
    59:5;100:7,16
focused (2)
    41:3;132:6
folded (1)
    21:1
follows (1)
    6:14
footing (1)
    11:25
forcing (1)
    107:20
forget (5)
    35:18;93:2;101:9;
    130:7;167:9
forgot (2)
    27:10;35:14
format (1)
    81:18
former (2)
    150:11;162:6
forth (1)
    46:16
Forty (1)
    119:7
forty-one (1)
    47:16
forty-some (1)
    47:15
forwarded (4)
    59:20;60:11;
    159:10;161:13
forwards (1)

56:8
**Foster (2)**
  89:17;101:2
**four (4)**
  19:20;38:20;97:7;
  151:15
**frame (13)**
  54:13;55:9;59:6;
  60:21,25;61:25;
  62:17,17;69:19,23;
  83:5;85:11;108:9
**Frank (2)**
  34:15,15
**fraud (1)**
  74:13
**fraudulent (1)**
  74:20
**free (2)**
  42:20;114:4
**freeze (1)**
  75:3
**Friday (1)**
  42:16
**friend (5)**
  53:17;72:10,13,14;
  162:8
**Friends (9)**
  35:25;36:1;53:15,
  19,20,21;162:24;
  163:9,11
**front (5)**
  7:4;28:23;49:11;
  56:17;130:11
**frozen (1)**
  74:24
**full (11)**
  6:17;37:6;40:18,23;
  41:3,18;42:4;52:20;
  140:19;141:5,14
**funds (5)**
  127:2,9;130:22;
  131:18;133:2
**further (1)**
  168:14

**G**

**game (2)**
  93:4,8
**gather (1)**
  110:15
**gathered (1)**
  167:22
**gave (2)**
  12:6;20:10
**general (4)**
  9:13;69:2;80:7;
  160:11
**Generally (5)**
  52:16;79:12;82:5;
  146:22;147:10
**generated (1)**
  23:4

**gentlemen (1)**
  164:6
**gentlemen's (1)**
  71:24
**gets (12)**
  23:4,9,10;27:13;
  28:2;36:14;95:1;
  138:22;145:5,6;
  147:15,16
**Gilchrist (21)**
  7:13;14:10,11,15;
  43:6,12,16,19;96:21;
  142:20;143:21;144:1;
  167:17;168:6,20,22;
  169:4,5,13,14,24
**gist (1)**
  31:20
**given (3)**
  16:3;150:23;151:9
**gives (1)**
  117:2
**giving (3)**
  17:25;117:20;141:7
**Glass (3)**
  51:3,5,14
**God (2)**
  9:19;47:3
**goes (15)**
  36:5,8;46:24;65:1;
  80:24;100:2;116:23;
  146:5;148:1;152:18;
  159:18;161:16;
  164:22;166:2,10
**good (12)**
  8:7;15:11;18:4;
  74:7;77:25;101:24;
  106:4;109:11;146:20;
  150:9,20;160:19
**gosh (1)**
  34:13
**governmental (1)**
  8:25
**great (2)**
  72:5;143:9
**Greek (1)**
  155:20
**gross (1)**
  29:18
**group (1)**
  89:11
**grown-up (1)**
  55:5
**guess (41)**
  8:20;15:1;21:1;
  22:7;23:20;24:12,13;
  26:5,8;30:18;34:1,25;
  35:25;39:13;40:7;
  41:16,17,17;45:17;
  59:24;60:23;63:8;
  71:18,24;72:12;
  76:22;77:20;80:22;
  85:19;91:10;100:20;
  101:25;110:8;112:25;

115:25;117:13;
126:20;141:12;
156:13;162:2;163:3
**guessing (3)**
  60:21,22,23
**guests (1)**
  11:19
**guitar (4)**
  150:7,10;160:7;
  161:25
**guy (14)**
  46:12,14,20,24;
  47:4;55:5;85:16;
  105:11,12;122:7;
  150:19,20;154:16,17
**guys (3)**
  22:19;72:18;120:8

**H**

**Half (6)**
  9:4;98:12;110:4;
  132:3,4;145:20
**hand (1)**
  76:1
**handle (5)**
  33:6;52:14,16;53:3;
  101:15
**handled (15)**
  46:12,13,21;52:12;
  55:25;56:1;72:6;
  75:21;79:11;101:2,
  13;112:6;113:16;
  145:14,16
**handles (11)**
  36:11;39:14,20,21;
  52:9,15;67:6,24;68:2;
  76:20;126:24
**handling (1)**
  76:7
**hands (3)**
  80:15;89:4;161:25
**handwriting (4)**
  129:19,20;130:9,12
**hang (1)**
  98:16
**hanging (1)**
  9:24
**HANGLAND (76)**
  7:19,22;8:18;13:15;
  14:5,10,13,20;15:3,
  15,25;16:5,8;39:19;
  40:1;42:3;52:15,25;
  56:18;61:1,24;63:9;
  66:2;67:6,10,23;
  75:14,25;76:7;77:19;
  78:16;79:25;80:23;
  82:11;83:19;87:10,
  13,21;91:18;93:5,6,
  13;94:6,14;95:17;
  96:3;98:22;99:1;
  114:7;115:16;122:17,
  24;127:20;130:1;

132:10,23;133:1;
139:25;143:2,7,17;
144:21;153:18;155:7;
156:4,13;157:10;
159:21;162:15,18;
163:7,14;168:4,25;
169:6,9
**Hangland's (2)**
  8:15;163:3
**happen (9)**
  42:7;71:8;78:19;
  97:24;99:20;100:18,
  22;122:23;168:12
**happened (13)**
  35:18,22;45:23;
  69:10;70:7;73:12;
  75:12;92:24,25,25;
  101:20;135:20;
  161:23
**happening (2)**
  77:2;144:2
**Happens (4)**
  65:15;79:8,8;103:1
**happy (2)**
  140:11;142:16
**harassing (3)**
  68:16,23;69:2
**harassment (3)**
  69:2,8;160:17
**hard (2)**
  85:2;154:8
**hardly (3)**
  77:11,11,12
**harm (2)**
  76:25;78:4
**harming (1)**
  77:23
**Harry (1)**
  99:24
**head (6)**
  68:14;129:8,15;
  136:19;137:22;
  138:11
**heading (3)**
  66:16;68:4;75:18
**hear (7)**
  15:10;73:21;90:2,6;
  109:23;116:4;163:3
**heard (6)**
  88:2,3,12,14;103:1;
  123:17
**held (3)**
  24:7;104:24;122:14
**helped (1)**
  164:3
**helps (2)**
  87:15;104:3
**hence (2)**
  106:22;115:23
**Hey (2)**
  46:7;141:24
**highlighted (1)**
  75:7

**himself (1)**
  11:19
**hire (2)**
  102:4,10;154:22
**hired (1)**
  101:15
**history (1)**
  19:9
**hold (41)**
  98:23;99:2,6,7;
  104:17;110:16,24;
  111:1,2,4,5,6,7;
  116:25;117:11,15,22,
  23,25;118:1,6,25;
  119:14,15,15,16,16,
  22;120:4,11;121:5,9;
  123:23;124:2,9,15,16;
  126:2;133:22;134:15;
  156:10
**holding (2)**
  109:11;126:7
**holds (2)**
  28:3;104:19
**home (5)**
  17:16;18:7;103:2;
  139:3;166:17
**Honestly (1)**
  156:20
**honor (3)**
  58:2;59:8,23
**hopefully (1)**
  106:25
**hoping (1)**
  111:2
**hotel (2)**
  18:19;66:18
**hour (1)**
  9:4
**house (7)**
  8:14;17:15,16;
  60:13;69:1;115:22;
  119:10
**Hull (2)**
  163:23,25
**humorous (2)**
  161:18,18
**hundreds (1)**
  48:12

**I**

**idea (5)**
  10:22;36:4;66:12;
  88:16;160:24
**identified (1)**
  153:3
**identify (1)**
  17:18
**Illinois (3)**
  151:23,23;165:16
**image (2)**
  100:5,5
**impending (1)**

61:16
**implored (1)**
    57:10
**important (1)**
    46:23
**impossible (1)**
    160:16
**improper (2)**
    79:2,5
**Inc (8)**
    11:11;22:6,9;84:11;
    92:1;94:22;96:17;
    114:11
**Inc/Mike (1)**
    94:23
**incident (4)**
    47:2;54:1;69:12;
    74:11
**include (4)**
    45:11,13,15;112:20
**included (1)**
    139:16
**including (2)**
    36:25;107:13
**income (7)**
    11:24;12:2,21;
    13:12,15,24;14:2
**incomplete (1)**
    81:17
**incorrect (2)**
    115:3;116:5
**indicates (1)**
    43:8
**individual (3)**
    64:5;82:23;164:13
**individually (1)**
    51:13
**individuals (3)**
    120:19,21,24
**info (2)**
    117:20;132:19
**information (12)**
    17:2;66:15;74:15;
    132:2,21;134:8,9,19;
    138:22;141:9,11;
    144:7
**informed (2)**
    157:14,25
**initially (1)**
    100:24
**injured (1)**
    13:21
**injury (1)**
    13:16
**inquired (1)**
    103:18
**insisted (1)**
    152:19
**instance (4)**
    33:7;39:1;40:22;
    52:24
**Instead (7)**
    21:20,23;26:6;

85:18,18;103:20;
    157:18
**instruct (1)**
    106:17
**instructed (1)**
    106:15
**insurance (3)**
    45:8;46:8;47:10
**intentionally (2)**
    78:12;79:9
**interactions (1)**
    142:24
**interested (1)**
    71:2
**intermittent (1)**
    40:25
**interrogatories (1)**
    144:10
**interrupt (4)**
    43:7;127:18;
    128:22;149:22
**interviews (1)**
    10:13
**into (23)**
    11:18;21:1;22:8;
    29:7;39:18;41:24;
    65:1;68:21;69:12;
    75:18;83:22;89:4;
    100:2,9,14;105:4;
    117:17;121:1;128:10;
    131:22;139:17;
    164:19,22
**invaluable (1)**
    149:6
**inviting (1)**
    81:6
**invoice (2)**
    102:22,25
**involve (1)**
    33:11
**involved (10)**
    33:10,12,16,20;
    34:3,17;47:11;101:7;
    117:1;118:7
**involving (3)**
    9:11;38:14;94:22
**Island (1)**
    69:14
**issue (16)**
    53:11;54:6;55:10;
    61:17;63:10;65:5,22;
    66:22,25;67:21;83:6;
    84:2;107:4;124:7,10,
    11
**issued (1)**
    51:10
**issues (6)**
    76:3;159:16,22;
    160:2,24;161:19
**Italian (1)**
    162:2
**items (6)**
    45:15,21;47:10;

65:20;66:11;81:7

**J**

**James (2)**
    6:18;119:19
**January (4)**
    19:20;28:15;
    169:10,22
**Jason (4)**
    86:5;87:1;91:17;
    104:20
**Jay (2)**
    167:20,22
**Jay's (1)**
    168:1
**Jeez (2)**
    16:9;167:9
**jibe (1)**
    116:16
**Jimmy (8)**
    19:16;26:23;31:7,7;
    109:2;122:21,21;
    149:4
**Jimmy's (2)**
    27:16;120:7
**job (3)**
    36:12,19;153:15
**Joel (7)**
    27:1;31:4,5;34:13;
    94:21;95:1;107:25
**Juarez (17)**
    155:10,13;156:2;
    157:14,25;158:6,17,
    21;159:12;160:2,5,9,
    12,13,21;161:6,12
**July (26)**
    112:14,23;117:21;
    118:4;119:14;120:2;
    121:25;122:2;126:25;
    127:5,10;130:23,25,
    25;131:1,2,13;132:9;
    133:9;134:13;135:15;
    136:8,21;137:4;
    151:24,25
**jump (1)**
    60:17
**justification (1)**
    132:5

**K**

**Kakaty (1)**
    167:20
**Karen (4)**
    162:22,23,25;163:6
**Kathie (15)**
    35:11;46:1,3;47:12;
    75:4,4;123:17;
    128:16;135:16,17;
    137:25;138:1,21,21,
    22
**keep (9)**

41:25;77:1;78:7;
    100:23;101:25;106:3,
    22;116:5;153:8
**keeping (2)**
    52:25;165:10
**keeps (1)**
    149:5
**kept (1)**
    17:6
**kind (19)**
    17:19;22:18;42:1;
    46:18,21;48:8,8;51:6;
    60:18,23;62:3;74:22;
    103:25;116:7;130:17;
    140:13;160:17;166:2;
    168:13
**kinds (1)**
    160:8
**knew (11)**
    84:20;86:12;97:11;
    109:7;117:15,21;
    118:5,14;120:24;
    129:17;134:13
**knowing (1)**
    161:15
**knowledge (13)**
    15:15,24;16:7;45:6;
    61:1;81:21;122:17;
    125:23,25;143:18;
    150:12;153:18;158:8
**known (1)**
    70:5
**knows (3)**
    75:22;76:19;138:19
**Kowalski (26)**
    14:24;53:6;54:5,6;
    56:8;57:14,18;58:5;
    63:15;97:6,9;98:7;
    102:9;119:19;122:4;
    123:1;140:7,18;
    141:5,13;143:3;
    150:3,23;151:9;
    152:20;167:6
**Kowalski's (5)**
    143:12;144:5,13,
    18,23
**Kristen (1)**
    33:23
**K-Tel (1)**
    28:1

**L**

**label (1)**
    21:21
**lack (1)**
    46:5
**laid (1)**
    85:20
**Lara (1)**
    35:13
**large (2)**
    80:2;108:2

**last (24)**
    8:1;12:23;15:1,2;
    18:6,16,16;32:24;
    59:4;65:8;110:10;
    129:2,6,16,21;130:6,
    14,16;142:19;146:10;
    151:18;162:10;165:1;
    166:1
**late (5)**
    18:22,23;50:11;
    103:13;169:22
**later (14)**
    17:13;18:16;24:23;
    58:25,25;59:1,3;
    62:23,25;89:9;97:16;
    138:15;154:19,19
**Lavi (1)**
    35:13;38:7
**law (2)**
    101:2;167:23
**lawsuit (10)**
    16:24;29:7;35:6,7;
    98:13;123:8,9;
    142:21;144:14;
    163:16
**lawsuits (9)**
    9:9,11;17:12,13;
    24:24;57:8,9;107:23;
    108:2
**lawyer (10)**
    8:10;9:3;96:1;
    101:5,7,15;102:4,10;
    139:21,21
**lawyers (4)**
    139:8,24;143:3;
    163:14
**lead (1)**
    149:21
**leading (1)**
    127:8
**leaking (1)**
    46:10
**lean (1)**
    116:9
**least (12)**
    20:15;22:3;24:17;
    42:22;54:18;57:22;
    91:16;93:22;123:6;
    126:21;129:17;156:3
**leave (3)**
    68:22,22;158:14
**leaving (1)**
    22:19
**left (16)**
    22:20,24;23:1,12,
    16;32:4;108:22;
    135:21;136:2,4,6,9,
    11;137:11,15,17
**legal (8)**
    27:5,8;94:20;95:19,
    22;96:20;102:20;
    151:4
**legit (2)**

Case 2:23-cv-13206-LJM-KGA   ECF No. 11-2, PageID.290   Filed 04/16/24   Page 182 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)
Michael Skill
December 28, 2021

92:6,9

**less (6)**
55:3;84:25,25;
93:13;140:8;152:11

**letter (8)**
4:14,22;14:19;31:2,
5;87:22;96:8;123:20

**letters (1)**
97:1

**level (1)**
150:12

**Lewis (1)**
89:19

**lifted (1)**
75:3

**Lilley (20)**
52:22;67:20;76:10;
88:3,18,24;90:3,7;
148:9;153:10,11,13;
158:10,16;164:16;
165:15,24,25;166:4,
25

**line (4)**
14:9;26:24;98:14;
153:16

**lined (3)**
149:25;155:12,15

**lineup (10)**
148:15,22;149:18;
150:2,2,4,17;152:6;
157:17;165:21

**lining (1)**
155:1

**list (4)**
113:3,7;164:1,4

**listed (2)**
109:4;115:6

**listen (4)**
10:3;143:12,17,22

**listening (2)**
18:18;143:23

**lists (1)**
82:21

**litigation (11)**
6:24;16:18;29:3;
30:6,11;81:12;83:4;
144:19;166:22;167:6,
24

**little (15)**
12:3,5;13:10,18;
40:9,10;84:25;93:3,
12;99:14;101:22;
107:4;146:21;152:11,
12

**live (3)**
151:5;155:25;
159:17

**living (1)**
74:6

**loan (14)**
48:4,8,9,11,16,17,
18,20,24,25;49:2,6,
10;50:4

**loaned (2)**
47:23;49:20

**loans (2)**
48:12,13

**locally (1)**
18:7

**locate (2)**
35:19;167:5

**located (1)**
35:1

**long (9)**
8:19;9:3;13:18;
34:18;93:11;101:11;
126:18;127:6;150:16

**longer (3)**
13:14;23:1;40:9

**look (22)**
9:11;17:2,20;25:3;
31:18;65:9;83:18;
111:10,11;115:2;
129:13,22;130:10;
136:18;137:21,23,24;
143:10;150:19;152:9;
167:1;169:16

**looked (19)**
20:21;89:9;97:1;
98:20;103:14;104:4;
129:18;132:18;
133:13,21;134:12;
154:13;156:22,22;
157:4,4,6;158:20,22

**looking (2)**
129:4;161:11

**looks (2)**
89:10;166:12

**loosely (1)**
33:15

**lose (1)**
157:6

**lost (7)**
151:15,20;152:18;
154:18,19;155:25;
159:17

**lot (6)**
36:16;57:24;112:6;
114:20;148:1;154:12

**loud (3)**
109:23,24;162:1

**love (2)**
8:22;122:1

**lunch (2)**
98:18;104:4

## M

**Mac (1)**
150:7

**magically (1)**
160:1

**Maharaja (12)**
55:20,24;56:6;58:1,
23;59:18;61:3;62:1,9,
21;65:16,21

**Maharaja's (2)**
61:15,19

**mail (1)**
138:24

**main (1)**
166:11

**maintained (1)**
17:14

**maintenance (1)**
45:15

**making (8)**
68:5,9;73:3,10;
74:18;76:25;121:15;
162:15

**man (1)**
148:11

**management (2)**
24:23,23

**manager (5)**
17:13;34:13;88:4;
148:10;162:6

**managers (2)**
17:12;21:19

**Manley (4)**
86:5;87:1;91:17;
104:20

**manner (1)**
67:2

**many (14)**
24:17,24;32:19;
37:10;38:18;47:1;
54:18;56:21;68:19;
119:5;133:16;138:9;
140:7;151:3

**Marinos (27)**
4:14;19:16;20:2;
22:20,24;23:12,16;
26:23;31:2,21;32:1;
42:17;43:24;45:3;
53:6,12,15,24;57:14,
17;58:5;63:13,15;
97:6,7;119:19;122:4

**Marinos' (1)**
31:15

**mark (21)**
21:11;28:11;30:24;
42:9;50:18;56:3;
86:21;95:23;96:7;
99:16,21;108:13;
112:13;123:13;
127:18,22;131:9;
144:9;153:25;159:7;
165:9

**marked (20)**
21:9;28:12;30:25;
42:10;50:16;56:4;
86:23;91:23;93:18,
20;96:5;108:14;
110:12;112:15;
123:11;127:24;
131:11;154:2;159:5;
165:12

**married (4)**

8:16,16,18,25

**Martin (13)**
9:9,12;27:1;30:7,
21;31:5,13,24;34:19;
45:4;94:21,22;95:7

**Master (182)**
10:17,19,23;11:2,6,
9;13:9;19:8,15;20:2,
7,10,17,20;22:5,9;
23:1,6,9,13,18,19,19,
22;24:3,10;25:19;
26:6,7,14,15,18,19,
25;27:11,15,20;28:4;
29:3,13,17;30:7,20;
31:15,20;32:4,6,9;
33:6,14,17;36:5;38:4,
19,23;39:6,17;40:17;
41:4;42:4,23;43:22;
44:2,6,11,12,15,16,
22;45:1,5,24;47:9,24;
48:5;49:3,21;50:4,9,
14;51:21;54:15,16,18,
25;55:3,7;57:16;
58:12;62:11;63:5,14,
25;64:3,7,11,16,20;
84:11,14;85:7,13;
87:13,16,18,23;89:13,
15;92:1,4,16;94:22,
23;95:2;97:4;98:2,24;
99:3,15;101:15,17;
102:3,6,9,15,20;
103:4;104:17,25;
105:1,2,5;106:2,16,
23;109:5,9;111:16,
25;112:2,9;113:6,24;
114:11;117:7;118:16,
17;126:19;127:1,4,9;
130:23;131:25;133:3,
9,25;134:3,18,23;
135:1;136:20,24;
139:7,17;140:9,19;
141:6,15;142:12;
145:8,10,14;146:4,5;
148:7;149:7,12;
151:10;155:12;
157:22;168:9,12

**masters (1)**
18:11

**material (1)**
71:5

**materials (2)**
7:4;128:7

**math (1)**
133:13

**matter (7)**
9:18;58:5;69:6;
91:4;105:24;130:4,5

**matters (1)**
89:4

**may (24)**
17:6;22:18;32:23;
66:19;74:23;78:22;
82:12;87:21;89:10;

93:2;94:15;110:5,14;
111:12;113:8;114:16;
115:7,10;122:6;
140:21;158:4;160:18;
167:13,14

**maybe (22)**
9:4;10:16;25:21;
51:7;60:14;86:6,6;
90:13;96:14,14;
101:13,19,20;104:12;
143:7;147:12;152:1;
157:21;163:8,8;
164:20;169:17

**mean (22)**
10:17;35:7;37:17;
44:9;47:19;51:25;
59:11;60:12;73:20;
95:20;96:25;118:14;
126:9;127:1;128:8;
137:1,2;143:15;
149:22;151:17;
163:10;167:7

**meaning (6)**
51:13;54:12;83:20;
104:17;155:12;
159:12

**means (5)**
54:24;55:3;79:24;
80:1;95:17

**meant (2)**
101:12;117:4

**media (1)**
80:18

**medical (1)**
13:20

**medication (1)**
10:1

**medications (1)**
10:7

**meeting (1)**
9:3

**member (5)**
20:2;23:1;149:7,12;
151:19

**members (2)**
19:15;20:16

**memo (1)**
31:18

**memory (1)**
74:23

**mention (1)**
37:4

**mentioned (9)**
16:11;17:8,21;
32:23;48:18;49:22,
25;122:6;167:15

**merchandise (6)**
52:4,7,9;75:24;
76:4,8

**merchandise-related (1)**
45:18

**Meridith (2)**
122:24;167:12

mess (1)
70:14
**MICHAEL (3)**
4:6;6:18,20
**Michigan (1)**
29:4
**Mick (2)**
16:10;157:11
**Mick's (1)**
66:17
**Mickshouse (4)**
15:8,22;16:4;
166:24
mickshouse@comcastnet (3)
15:9;108:19;132:20
**microphone (1)**
101:22
**mid-2021 (2)**
134:1,4
**Mid-'90s (1)**
20:5
**middle (2)**
19:4;119:17
**might (9)**
10:7;16:4,5;71:24;
74:14;82:9;101:14;
129:24;167:22
**Mike (44)**
11:18;14:11,15,15;
19:17,17;43:9;52:22;
64:23;67:10,19;76:9;
77:10,18;78:10,18;
80:8;82:19,23;84:10,
15;85:24,25;88:17;
94:17,19;105:22;
108:25;113:2;114:22;
119:20;124:11;148:9;
153:10,10,13;158:10;
161:16;165:15,24,25;
166:4,25;168:1
**Mike's (1)**
113:4
**mikeskill (1)**
15:23
**Mikeskillcom (1)**
15:8
mikeskillsongs@gmailcom (2)
93:23;94:3
**miles (1)**
148:5
**million (1)**
72:18
**mind (9)**
28:9;42:2;56:20;
69:16;80:16;121:22;
134:11;148:19;
151:16
**Mine (8)**
8:1;22:2;27:17;
72:11,13;115:13;
126:17;138:7
**minute (2)**
98:16;166:6

**minutes (3)**
7:23;9:4;152:24
**misdirect (1)**
113:16
**miss (1)**
130:8
**missed (1)**
110:4
**missing (1)**
52:7
**mistake (1)**
105:19
**mistakes (1)**
121:16
**mix (1)**
130:8
**mixing (2)**
18:11,12
**modify (2)**
23:13,17
**moment (16)**
12:18;14:21;41:2;
45:2;56:16;57:14;
61:13;74:21;83:15;
85:16;92:13;103:11;
113:4;123:10;127:18;
133:5
**moments (1)**
17:8
**money (78)**
12:13;13:10,21;
21:22;23:7,8,9;24:6,
24;44:7,16;46:17;
47:24;49:20;52:21;
53:1;55:3,6;58:10;
59:13,16;60:1;66:8;
72:7,8;73:2,11;75:24;
76:4,8,10;84:24;85:3,
8,9;88:9;93:10;95:9,
13;101:17;102:6,10,
14,18,20;104:24,25;
105:1,2;106:12,23;
108:6;111:9;115:6;
119:1,8,9,11;121:14;
124:23;125:3,7;
126:7,10,17;133:17;
135:21;137:5;139:7,
10;145:19,20;146:4;
147:23;148:1;151:16;
153:1;165:2
**money's (1)**
54:24
**monies (3)**
11:3;13:9;27:1
**month (1)**
38:24
**months (3)**
133:16,16;155:23
**more (33)**
14:5;22:8;33:9;
49:4;57:10;60:4;
66:15;67:9,10;75:21;
93:3;96:25;107:24;

110:15,18;114:17;
136:5,6,8;137:10,12;
138:6,8,19;143:10;
146:21;149:3,4;
151:18;152:12;153:1,
1,1
**morning (1)**
18:5
**most (3)**
80:25;141:11,12
**mostly (2)**
17:16;153:10
**mouth (1)**
70:16
**move (1)**
19:10
**moved (1)**
155:20
**moving (1)**
90:18
**much (15)**
15:20;46:23,24;
70:1,2;89:8;129:14;
136:10;137:4;145:23;
147:4;152:15;158:19;
164:14;167:23
**muffled (2)**
100:12;101:22
**muscular (1)**
161:24
**music (22)**
10:10;11:10,22;
12:7,9,10,20;13:3,13;
15:21;17:10;20:25;
25:12,23,24;47:18;
78:7;79:15;82:3,24;
94:24;107:1
**musician (1)**
143:8
**must (1)**
75:3
**mute (1)**
168:19
**mutually (1)**
169:9
**myself (4)**
8:3;68:14;88:10;
89:7
**mystery (4)**
88:21;90:2,6,19

# N

**name (29)**
6:17,22;27:5,8;
28:23;51:7;55:14;
57:6;60:24;63:22,24;
64:22,22;65:6,10;
72:8;85:16;86:3,4;
93:6,14;100:5,5;
105:9;118:12;167:9,
15,18,20
**names (7)**

26:22;55:21;60:6,7,
8;116:2;150:5
**native (1)**
81:18
**nature (1)**
48:1
**near (1)**
65:19
**necessary (1)**
36:14
**need (19)**
7:11;19:1,4;31:18;
59:2;87:22;103:19;
105:11;109:3;117:17;
123:22;124:8,12,17,
21,24,25;142:25;
147:6
**needed (10)**
34:25;35:17;50:12;
57:12;59:1,3;85:14,
17;124:6;140:1
**needs (8)**
43:23;101:17;
102:6,10;118:9;
124:17,18;143:6
**Neither (1)**
149:9
**Nemperor (6)**
20:20,24;21:16,20,
21;23:5
**new (2)**
153:22;163:20
**next (4)**
68:4;110:18;
111:12;140:14
**night (9)**
8:1;69:1;129:2,6,
16,21;130:6,14,16
**nixed (1)**
154:21
**no-alcohol (1)**
72:12
**nobody (1)**
85:25
**nor (1)**
61:20
**normal (2)**
33:5;47:8
**normally (4)**
67:23;68:1;146:11;
153:7
**Northern (1)**
155:21
**nose (1)**
46:6
**notepads (3)**
7:6,7,7
**notes (25)**
7:8,9,10,14,16,25;
8:4;9:6;60:10,11;
86:7,9;127:16,21;
128:1,7,15;129:1,3,7,
12;130:6,9,18;133:14

**notice (1)**
6:20;139:8
**notification (1)**
110:17
**nudge (1)**
111:7
**number (16)**
66:4;104:5;129:8,
12,15,23;130:1,3;
137:16,17,19;139:22;
166:16,17,18,20
**numbers (3)**
113:14;114:24;
128:5
**numerous (1)**
34:16

# O

**object (4)**
42:25;86:13,15,18
**objected (1)**
100:24
**objecting (2)**
150:22;151:8
**obligated (1)**
73:16
**obligation (10)**
29:13;94:20;95:2,3,
4,4,6;125:4;126:6,13
**obligations (2)**
27:1;30:21
**obtain (2)**
109:16,21
**obvious (1)**
118:14
**obviously (3)**
18:8;118:17;169:19
**occasion (1)**
54:2
**occasionally (11)**
11:20;15:17;16:15;
17:6;55:12;67:8;
78:10;145:17,17;
147:5;153:9
**occurred (1)**
90:25
**October (16)**
21:12;22:13;31:2;
93:22;95:12,21;
98:21;104:5;105:18;
106:6;123:15;124:1;
125:21;154:4,25;
155:4
**odds (1)**
150:14
**off (27)**
40:12;47:16;67:15;
72:6,15;77:12;79:20;
99:10;106:22;108:1;
111:1;117:15;121:10;
129:7,15;136:2,19;
137:14,21;138:11;

Case 2:23-cv-13206-LJM-KGA ECF No. 11-2, PageID.292 Filed 04/16/24 Page 184 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)

Michael Skill
December 28, 2021

145:11,19;149:20;
151:17;153:9;168:5;
170:1
**offered (2)**
70:24;169:1
**offers (1)**
153:22
**official (7)**
48:6,7,7;49:6,23;
78:24;79:21
**offline (2)**
169:4,23
**off-the-top-of-my-head (1)**
130:17
**often (3)**
16:15;38:22;67:25
**old (2)**
71:3,4
**omitted (1)**
116:3
**once (5)**
14:17;110:15;
143:10;154:23;169:7
**one (36)**
7:9;10:21;13:7,7;
17:20,25;20:21;24:8;
40:8;41:7;46:9;53:10;
74:10;81:4;84:7,8;
85:14,18;100:17;
103:19;105:10;110:4;
111:18;115:10;
117:19;118:10,10;
123:7,10;132:17;
148:24;149:19;
151:20;156:10;
165:14;167:19
**ones (2)**
115:10;149:19
**one-time (1)**
14:2
**ongoing (2)**
90:23;94:20
**Onion (3)**
51:4,5,14
**online (5)**
41:15;65:9,9;
126:21;158:23
**only (16)**
12:22;20:16;44:21;
46:24;78:14;79:24;
91:25;96:23;101:10;
102:14;113:20;122:7;
136:13;157:8;164:18;
166:9
**open (4)**
70:10;97:15;98:4;
122:22
**operate (1)**
102:25
**operation (1)**
32:9
**opinion (4)**
59:22;92:8,19;

109:13
**opportunity (2)**
36:20;40:5
**opposed (1)**
143:2
**order (7)**
6:21;123:23;124:9;
138:13;149:6;169:11,
15
**ordered (1)**
168:24
**Oregon (1)**
46:14
**organization (1)**
121:21
**organized (1)**
19:11
**original (4)**
19:15;149:2,3,3
**originally (3)**
19:11;23:5;131:8
**originals (2)**
130:11;157:19
**others (5)**
23:19;29:4;30:8;
83:17;122:19
**otherwise (9)**
28:4;31:16,22;
34:10;49:14;99:2;
114:5;117:7;169:10
**ourselves (2)**
41:25;100:23
**out (59)**
8:13;10:12;15:20;
17:24;18:8;22:19;
33:7;36:14;37:15,25;
42:22;43:24;46:1,14;
47:20;49:13;50:13;
57:12;71:25;72:9;
73:1,4,6,8;74:24;
83:22;85:20;88:5;
90:23;92:2;108:16;
115:9;116:12;119:1;
127:9;130:14;134:20;
135:10,12;136:3;
137:24;138:15;139:7;
145:13;146:13;
152:23,24;154:17;
155:21;156:24;157:5,
7,21;158:23,24;
160:5;165:14;166:18;
168:13
**outside (1)**
166:21
**over (28)**
9:8;17:10,25;21:19;
22:17;32:14;33:14,
20;35:10;39:20;
46:13;49:14;72:19;
76:1;77:19;89:9;
95:23;101:21;103:18;
111:13;133:18;
136:17,25;143:10;

147:3,3;156:4;157:25
**overlooked (1)**
114:17
**overviewed (1)**
38:16
**owe (1)**
103:3
**owed (21)**
33:18;46:1;126:15,
16;133:15;135:5,13;
136:5,7,10,13;137:6,
10,12,20;139:18,20;
140:13;141:18,19,21
**own (30)**
11:8,10,16;12:7;
13:3;16:8;25:12,23,
24;63:23,25;64:1;
70:3;71:10,13,13,20;
78:13;79:13;80:9,11;
88:1;89:4;100:20;
106:12,24;111:23;
130:12;139:10,18
**owned (1)**
99:15
**owner (4)**
11:13;156:11,18;
157:10
**owning (1)**
64:8
**owns (3)**
63:22,25;64:12

# P

**p/k/a (1)**
31:5
**PAGE (26)**
4:5,25;28:18;65:19;
77:9,10,17,18;78:15,
23;79:4,22;80:3,8;
86:21,25;103:23;
111:11,11;157:9,10,
10,16;160:2;165:24;
166:23
**paid (78)**
13:2;22:21;24:7;
26:10;31:23;34:5;
36:14;37:25;38:7,9;
39:3,8,12,25;40:4;
44:6;52:17;53:7,25;
54:6,11,13,20,23;
57:12;73:1;85:13,24;
88:7;91:3,5;92:2;
95:5;99:2;102:14;
103:15;104:7,18;
106:10;109:17;
111:16,25;112:9;
120:19,20,21,25;
121:20;125:16,19;
127:11;133:18;
134:23;135:2,15;
140:8,9,12;141:22;
145:10,10,12,21;

146:9,10,17,23,25;
147:14,20;148:4,6;
152:16;155:24;162:7;
164:25;165:2,3
**Palamarchuk (57)**
6:23;19:16;20:16;
31:9;32:5;37:1;44:18;
45:25;47:14,23;48:5;
49:2,9,19;50:11,19;
56:9;65:11;66:21,25;
67:21;69:18,22;
70:19;72:2;73:7,13;
75:11,20;76:3,21;
77:3,7;79:16;84:17,
21;86:11;88:18,25;
90:4,7,15;93:24;
107:18,20;109:8;
117:18;120:23;124:3,
12;125:16;148:14,21;
149:18;150:1;151:8;
165:20
**Palamarchuk's (7)**
9:13,21;68:8;75:2;
102:16;109:16;150:4
**Palmar (5)**
46:16;57:4,4;73:15;
109:4
**pandemic (4)**
10:14;12:25;
154:20,20
**paper (2)**
43:5;101:21
**papers (1)**
36:17
**paragraph (2)**
9:14;94:17
**parameters (1)**
146:19
**Pardon (1)**
83:9
**Parsons (7)**
33:23;34:9,12,24;
35:10;37:7;38:3
**part (10)**
16:18;17:17;39:4;
69:21;79:7;96:19;
150:19;157:21,22;
169:15
**participate (5)**
33:3,13;45:20;53:5;
113:10
**participated (1)**
74:19
**particular (3)**
43:4;68:25;82:1
**particulars (1)**
65:17
**parties (3)**
118:7,10;119:22
**partner (1)**
168:1
**partners (2)**
42:18;167:20

**party (1)**
117:1
**pass (1)**
23:7
**passed (2)**
94:15;101:13
**Passes (1)**
44:15
**passing (5)**
46:19;88:12,14;
90:8,9
**pass-through (4)**
23:6;25:20;54:16;
105:2
**password (2)**
76:16,21
**past (7)**
20:15;60:12;80:13;
101:12;147:24,24;
148:23
**patient (4)**
17:23;18:4;49:13;
77:14
**pay (57)**
11:1;23:7;26:15,18;
29:13;31:16,22;
38:18,22;42:22;
43:23;44:2,7,22;45:1;
46:2;47:9,12;51:22;
55:4,5,17;57:11;58:6;
61:4;63:6;91:13,13;
92:16;95:9,12;97:5;
101:17;102:7,20,22;
103:2,3;105:7;
106:16,18,19;107:17,
24,25;117:7;118:13,
18;119:9,9,11;126:6,
13;127:11;128:18;
138:14;148:5
**payable (3)**
25:25;28:4;33:17
**paycheck (1)**
11:2
**payee (2)**
108:25;111:23
**paying (7)**
23:18;38:4;45:24;
51:17;55:7;113:6;
114:10;118:15,16;
126:9;133:25;134:3,
18
**payment (24)**
14:2;26:11,25;
30:20;45:20;55:11;
59:9;63:11,17;84:4,
15,23;91:2;96:1,23;
97:2,19;98:23;
106:22;107:7;110:2,
6;126:12;134:14
**payments (10)**
56:13;109:9;
117:21;118:6,25;
123:21;126:1,2;

Case 2:23-cv-13206-LJM-KGA    ECF No. 11-2, PageID.293    Filed 04/16/24    Page 185 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)

Michael Skill
December 28, 2021

133:17;134:5
**payout (1)**
94:24
**pays (13)**
23:19;26:6,7;27:11,
15,20;43:24;45:3,3;
146:2,3,3;164:25
**peak (1)**
69:9
**people (22)**
33:16,17,20;34:6;
39:24;42:23;43:24;
45:3;46:10;61:4;
78:14,21,22;79:10,11;
95:23;107:2;122:18;
141:12;156:16;157:8;
161:5
**per (1)**
72:22
**percent (10)**
72:8;94:23;95:1;
111:15;112:1,2,8;
114:23,23;115:14
**percentage (4)**
28:9;73:2;126:3;
145:21
**percentages (1)**
114:8
**perfect (1)**
102:17
**perfectly (2)**
47:19;55:21
**perform (12)**
11:15;64:19,24;
99:24;111:17;145:13;
146:1,8,22;149:15;
152:5;153:22
**performance (2)**
146:24;147:19
**performances (1)**
44:24
**performed (3)**
12:20;13:3;34:12
**performer (4)**
111:15;119:14;
146:9;147:14
**performers (3)**
111:22;120:3;126:3
**performing (6)**
13:1;35:3;39:16;
64:15;71:12;72:3
**perhaps (1)**
12:19
**period (2)**
34:3;107:10
**permission (3)**
64:16,20;85:13
**permitted (1)**
29:17
**person (9)**
41:19;79:24;88:16,
21;90:2,6;94:19;
140:13;166:9

**personal (7)**
41:24;53:15;65:20;
66:11;67:20;75:19;
79:15
**personally (13)**
12:15,17,20;24:11;
36:12;51:23,25;
54:25;64:2;79:3;
84:16;95:6;167:6
**Pete (1)**
28:5
**Petratos (1)**
111:24
**petty (2)**
147:22;164:20
**ph (1)**
167:14
**phone (9)**
32:24;34:9;46:13;
130:20;132:14;
136:25;159:13;166:8,
16
**photo (1)**
48:7
**photos (2)**
65:9;78:9
**phrase (1)**
46:5
**physically (1)**
66:6
**picture (1)**
48:7
**pictures (1)**
87:3
**piece (3)**
43:4;101:20;167:24
**pissed (1)**
152:17
**place (7)**
9:1;98:23;99:1;
110:16;113:6;114:10;
119:21
**placed (3)**
101:20;116:24;
120:4
**placing (4)**
111:4;118:5;
119:13;134:14
**plan (2)**
70:12;110:16
**plane (1)**
18:7
**plans (1)**
42:22
**platform (1)**
79:9
**play (9)**
32:6;34:23;93:4;
151:5;152:23;153:4;
160:7,19;161:25
**played (9)**
26:21;65:8;72:4,5;
107:3;150:7,25;

152:9;155:20
**player (4)**
150:7,11,20;165:1
**players (2)**
150:6,13
**playing (9)**
10:13;28:2;71:3;
73:8;90:17;93:8;
150:22;151:2,8
**plays (2)**
150:6,10
**pleadings (1)**
142:24
**Please (25)**
6:17;22:23;23:15;
26:17;31:17;33:21;
39:4;42:14,17,19;
49:4;52:5;64:17;
82:22;101:14;110:4;
111:14;112:21;
123:10;131:2;132:19;
134:2,11;142:14;
164:3
**pm (2)**
169:2;170:3
**pocket (1)**
164:22
**point (11)**
19:3;32:4;104:10;
117:5;123:18;124:14;
126:21;129:21;
131:21;134:1;136:14
**pointed (1)**
116:11
**Pointing (3)**
68:4,8;69:12
**points (2)**
50:12,23
**poking (1)**
68:21
**Pol (1)**
150:6
**police (1)**
161:21
**political (1)**
78:6
**pops (3)**
77:12;79:19,19
**pore (1)**
21:19;22:17
**portion (13)**
11:8;27:12;31:22;
42:18;54:20,23;
61:14;75:7;117:6;
118:18;128:10;142:2,
5
**Portland (1)**
46:14
**position (4)**
87:13,16,18;161:13
**positive (1)**
36:1
**possible (2)**

20:13;154:15
**Possibly (4)**
87:12;103:10;
166:15;167:14
**post (18)**
78:21,23;79:14,14,
16,17,18;156:4,9,11,
16,17,18;157:9,12;
158:1;159:17,22
**posted (3)**
156:8,9,11
**posting (2)**
157:15;158:18
**postings (1)**
78:6
**posts (2)**
78:24;79:21
**potential (1)**
153:4
**PR (1)**
51:6
**precise (2)**
96:25;138:2
**pre-COVID (1)**
153:3
**preferred (1)**
150:2
**prepandemic (2)**
153:15;155:18
**preparation (2)**
9:5;14:23
**prepare (3)**
8:5;129:1;130:6
**prepared (3)**
96:13;128:3;129:3
**preparing (2)**
128:14;129:6
**present (3)**
7:1;8:12;14:14
**presented (2)**
112:24;155:14
**president (1)**
32:14
**press (1)**
51:10
**presuming (1)**
92:10
**pretty (9)**
46:23,24;47:22;
104:23;123:3,4;
149:19;164:14;165:6
**previous (1)**
134:12
**previously (3)**
69:20;103:14;166:8
**price (1)**
46:15
**primarily (1)**
76:7
**primary (1)**
109:5
**Prior (1)**
126:25

**private (2)**
141:9,11
**privileged (1)**
14:12
**Probably (34)**
10:16;15:14;16:17;
18:11;26:23,24;
30:14;31:7,8;43:13;
49:22;53:22;54:1,2;
55:12,21,25;60:9,13;
69:14;75:16;82:13;
90:10;96:22;110:8;
112:24;113:11,13,17;
122:10,20;135:9;
152:10;166:7
**problem (6)**
21:5;53:2,2;71:12,
14;159:4
**problems (4)**
65:20;66:11;161:1,
5
**process (6)**
10:3;36:4;82:22;
119:21;127:8;132:8
**produce (2)**
16:19;71:2
**produced (11)**
43:11;81:11,17;
83:3,11;92:9;115:23;
131:8;153:24;163:5;
169:8
**producer (3)**
167:13,14,18;168:2
**production (6)**
108:16;123:15;
132:16;168:24;169:7,
11
**profitable (1)**
12:23
**promote (3)**
78:12;79:3;80:7
**promoted (1)**
155:25
**promoter (2)**
145:5;155:11
**promoters (3)**
65:12;154:12,21
**promoting (6)**
78:8,8,18,25;79:22;
155:13
**proof (2)**
121:18,23
**proper (5)**
47:21;80:3;92:22;
96:2;107:25
**protest (1)**
42:25
**proud (1)**
77:22
**provide (4)**
10:3;14:1;31:19;
77:4
**provided (5)**

38:3;41:18;76:23;
132:15;144:11
**provides (1)**
38:12
**providing (1)**
42:3
**Public (6)**
68:4;99:22;100:2,9,
14;166:20
**publication (1)**
11:22
**Publishing (5)**
4:22;11:10;82:24;
94:24;96:9
**pull (2)**
52:16;166:5
**pulled (1)**
166:6
**purchase (1)**
100:20
**purportedly (1)**
93:14
**purporting (2)**
92:3;96:16
**purposes (2)**
7:14;17:22
**purposively (1)**
86:11
**pursuant (1)**
6:20
**put (33)**
10:12;28:23;49:11;
65:3;70:11,16;71:23;
73:1,4;88:5;99:6;
104:17;105:15;
110:24;111:5,6,6;
117:11,23,24;118:1;
119:25;120:10;121:5;
123:7;124:14,15;
128:7;130:1;133:21;
139:1,8;159:23
**puts (2)**
90:21;159:17
**putting (4)**
36:18;64:10;111:2;
146:19

## Q

**quelled (1)**
108:4
**Quick (69)**
4:7;6:16,19,23,25;
7:21,24;14:13,18,22;
21:10;28:10,13;
30:23;31:1;40:12,15,
16;42:8,11;43:10,14,
18,21;50:17;56:2,5;
67:15,17;86:21,24;
91:21,24;93:19;96:6;
99:10,13;108:12,15;
110:9,13;112:12,16,
22;123:12;127:25;

131:7,12;140:3,5;
141:25;142:3,6;
143:25;144:3;153:24;
154:3;159:6;164:8,
11;165:8,13;168:3,7,
14,19,23;169:20;
170:1
**quickly (1)**
19:10
**quite (3)**
147:24;161:10;
164:17
**quotes (1)**
9:10

## R

**racist (3)**
76:24;77:5,20
**raised (4)**
54:5;65:5,11;160:3
**raising (5)**
65:22;66:22,25;
67:21;76:3
**range (2)**
147:1,17
**rant (1)**
160:11
**rarely (1)**
33:11
**rate (1)**
42:16
**reach (2)**
33:7;117:10
**reached (6)**
31:4;69:8;117:1;
118:7;125:8,12
**read (8)**
21:13;28:24;61:14;
75:17;90:21;113:12;
142:2,5
**reading (2)**
111:20;159:19
**ready (1)**
160:20
**real (4)**
49:23,24;148:18,22
**realized (1)**
118:24
**realizing (1)**
110:21
**really (20)**
15:19;19:9;20:8,21;
21:19;35:6,6,22;
39:18;44:21;69:25;
70:17;105:1;146:16;
149:6;150:9,19;
158:19;165:6;166:13
**reason (9)**
19:5;54:15;81:21;
84:17,19;103:18;
109:11;146:20;151:3
**reasoning (1)**

93:9
**recall (142)**
7:11;9:19,20;16:21,
22;18:15,20;20:9;
22:16;25:4;27:25;
28:21,24;30:19;
32:22;34:14,17;35:1,
2,2,3,5,21,23;37:4;
41:4;43:4;46:9;47:23;
49:18;50:11,15,21,21,
23,24,24;51:3,8,11,
13,17,20;52:2,3,6,8,
24;53:2,13,13;54:9;
55:15,19,21;60:6,24;
63:12,19,19;65:21;
66:25;67:21;68:6;
69:7,15;74:11,16,17,
21;75:1,12;77:6;81:4,
5,7,9;82:12,15,15;
83:1,18,23,23;84:7,8,
8;85:16,19;86:3,3;
87:9;88:14;90:10;
91:19;92:5,7,12;93:2,
9;94:2,13,16,16;
99:16;101:1,3,7,8,13;
103:11;104:8;106:9,
14;107:6,10;110:7,19,
21;112:5,25;129:18;
132:1;139:12,16,21;
140:21,23;141:2,3;
142:10,10;144:6,6,8,
20,20;145:2;150:18,
22;153:21;167:11
**recalling (1)**
157:3
**receipt (5)**
36:6;48:8,19,21;
165:3
**receipts (12)**
47:5,25;48:4,19,22;
52:13,21;147:21,24,
25;164:19,24
**receive (15)**
11:2;12:13,15,16;
13:9;16:1;25:10;37:6,
24;41:9,11;112:23;
123:19;126:12;
141:14
**received (18)**
24:18;25:7,12,13,
15;27:2;31:3;36:16,
18;40:18,21;55:23;
57:16;63:14;113:2;
140:20;141:16;154:4
**receives (7)**
13:16;24:4;26:15,
19;27:21;29:18;41:4
**receiving (6)**
24:22;34:4;36:12;
42:19;54:19;81:2
**Recent (1)**
75:18
**recently (3)**

62:15,16;132:15
**recognize (2)**
21:14;94:1
**recognizes (1)**
94:20
**recollection (16)**
7:14;18:21;20:4,12;
56:11;66:21;67:4;
75:10;76:5;81:2;
104:22;106:20;129:5;
130:18,19;153:7
**recommendation (1)**
167:11
**reconciliations (1)**
38:14
**record (15)**
6:17;10:13;11:15,
20;40:13,15;67:15;
75:18;81:15;91:21;
99:11;112:17;167:13;
168:23;170:2
**recorded (1)**
12:20
**recording (9)**
10:12;11:19;18:12;
27:23;28:1;45:9;71:1,
10,13
**recordings (2)**
113:3,7
**recordings/royalties (1)**
116:25
**records (14)**
9:16,17;17:9,14,17;
20:20,24;21:17,20,21;
50:9;148:23,24,25
**recoupment (1)**
28:5
**redid (1)**
65:3
**refer (3)**
94:18;128:6,13
**reference (2)**
65:19;66:12
**referenced (2)**
29:2;144:18
**references (3)**
105:20,20,21
**referencing (3)**
19:25;94:25;105:14
**referring (1)**
127:16
**reflect (1)**
43:15
**reflected (1)**
138:25
**refresh (2)**
56:11;75:10
**refusing (1)**
77:4
**regard (19)**
19:8;21:24;29:1;
37:22;39:15;50:13;
52:7;53:7,11;67:18;

76:3,4;82:6;94:13;
103:4;131:8;144:5,
22;163:15
**regarding (13)**
11:21;17:9,12;22:5;
52:3;67:7;74:13;
82:18;132:11,12;
144:13,17;159:13
**Regardless (1)**
48:3
**regular (2)**
14:1;47:9
**Regularly (2)**
67:25;157:12
**rehearsal (1)**
45:9
**rehearsing (1)**
152:25
**reimbursements (2)**
67:1,7
**reiterate (1)**
147:6
**related (13)**
22:9;24:4;25:14;
26:2;27:1;29:7;44:17;
80:19;102:16;135:5,
14,18;138:3
**relationship (10)**
8:15;23:22;24:9;
47:13,18;51:21;
69:18,22,25;70:18
**relative (2)**
90:1;162:19
**relatively (1)**
83:21
**release (1)**
123:21
**releases (1)**
51:10
**relevant (1)**
17:2
**reliable (2)**
165:6,7
**rely (4)**
39:19;45:25;71:4;
139:25
**relying (1)**
73:11
**remain (2)**
123:23;124:2,9;
126:1
**remember (18)**
17:1;31:19;35:21;
41:7;54:1;74:18,24;
75:17,19;76:10;
81:24;103:22;143:15,
16;150:21;156:2,7;
168:2
**remembered (2)**
129:7,15
**remotely (1)**
40:8
**removed (5)**

Case 2:23-cv-13206-LJM-KGA ECF No. 11-2, PageID.295 Filed 04/16/24 Page 187 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)
Michael Skill
December 28, 2021

requests (3)
156:24,24;158:25;
159:2,3
renewal (4)
100:8,25;101:16;
102:5
renewed (3)
99:16,19;100:19
repair (2)
46:11;47:1
repeat (12)
19:1;22:23;26:17;
31:17;33:21;39:4;
52:5;64:17;110:4;
134:2,11;142:3
rephrase (1)
93:12
replaced (1)
22:14
replies (1)
81:19
report (7)
34:4;36:13,22;37:2,
16,24;88:21
REPORTER (1)
6:7
reporting (1)
76:8
reports (4)
37:6,11;39:1,5
represent (5)
6:23;14:20;81:10;
83:2;97:4
representation (1)
14:18
representative (1)
87:23
representing (2)
35:9;152:13
represents (1)
87:15
Republic (1)
69:15
request (30)
16:19;41:14;57:17;
58:2;59:3,8,23;62:7;
63:14,16;75:2,11;
88:1;92:24;96:23;
97:2;98:22;99:1,6;
104:16,21,21;106:21;
107:7,22;110:2,6;
123:19;132:13;
144:11
requested (23)
16:24;33:3;41:10;
48:19;58:19;62:6;
72:7;89:15,17,17;
94:23;104:19,23;
108:7,9;135:25;
140:21;141:5;142:2,
5;147:3;150:8,8
requesting (5)
84:6;91:2;112:7;
140:23,25

requests (4)
41:8;48:7;67:6;
82:18
required (1)
33:8
resolution (2)
116:25;118:6
resolve (4)
119:22;123:23;
124:9;125:18
resources (2)
61:20;62:2
respect (1)
105:22
respond (1)
161:19
response (3)
41:7;58:23;116:18
responses (2)
43:11;81:19
responsible (3)
26:14,18;142:23
rest (2)
87:5;137:11
restrictions (1)
64:15
result (2)
30:11;31:12
retained (3)
33:14;40:17;139:24
retaining (1)
51:14
retention (2)
143:8,9
return (4)
47:17;56:15;65:14;
70:2
returned (1)
10:22
revenue (2)
12:19;44:22
revenues (2)
44:2,4
reverse (3)
59:22,24,25
reversed (1)
106:14
review (9)
9:5,22;17:17;39:25;
40:1;82:14;142:24;
143:6,7
reviewed (2)
142:25;143:6
reviewing (1)
67:18
reviews (3)
39:1,7;40:1
Rich (25)
19:16,18;26:23;
68:12,16,22,22,22,23;
69:3,8;70:9;120:8;
122:21;141:12;144:7;
147:16;148:20,20,23;

151:3,21;152:7,9;
153:2
Richard (3)
68:10;119:19;
144:17
Rich's (4)
27:16;123:8;142:8;
143:23
rid (1)
89:18
ridiculed (2)
77:24;78:1
right (103)
9:20;10:14;11:25;
17:11,16;19:12;23:3,
8;24:16;25:25;27:6;
36:19;37:21;38:15;
40:6;44:7,16,18;
45:11;55:1;57:12;
58:2,4,7,8,10,24,25;
63:3;71:13;73:24,25;
74:2,3,9,10;77:21;
78:17,17,17;81:22;
84:4,23;85:7;86:13,
19;93:7,16;95:2,3;
96:3;97:12,19,20;
99:5;101:5,17;102:7,
11,12,16;105:1,8;
106:7,8;107:19;
108:11;109:15;
117:22;118:11,19,20;
119:17;121:2;125:2,
5,9;132:6,15;134:16,
18,24,25;136:1,2;
138:11;139:13,17;
141:10,22,23;143:4;
145:15;149:2,14;
152:20;156:14,16;
164:7,8;165:21,22;
168:1
rightfully (1)
113:21
Ringo (5)
72:3,11,16,25;
73:13
road (7)
45:8;71:3;72:6;
88:4;90:9,12;148:10
Rob (2)
155:10;161:6
rob@bossagencycom (1)
159:8
role (4)
32:6;34:12,20,23
Romantics (72)
10:16,16,17;12:10,
14;17:10;22:5,22;
24:5;25:14,23;26:3;
52:10;63:22;64:16,
19,23,24;65:6,10,10,
17;76:14;77:9,17;
78:6,24;79:3,6,21;

80:8,10,12,19,21;
84:11;99:15,25;
100:18;111:17;
145:13;146:1,9,23;
148:3,10,12,16,17,18,
22;152:4;153:4,19,
22;154:22;155:2,12;
156:5,8,12;157:15;
158:1;163:1,10,12
Romantics' (1)
73:11
Romantics/Master (2)
96:17;108:24
Romantics-related (1)
26:12
roof (2)
46:10;47:1
room (1)
7:1
round (2)
138:9,9
rounded (2)
136:2;137:14
row (1)
89:8
rows (1)
47:22
royalties (90)
21:3;22:4,10,21;
23:4;24:4,18,22;25:8,
10,13,15;26:2,12,15,
19;27:12,14;28:1,4;
29:23;31:3,15;33:17;
34:5;36:6;37:3;38:18,
22;43:23;44:17,20;
45:2;54:16,19,20,23;
56:22,23;57:6,11,18,
19;58:14,16,21;62:6,
7;63:16;84:6;92:17;
97:3,12;98:24;99:2;
102:16;107:2;109:12;
110:3;111:16;114:24;
116:21;117:7;118:19;
119:11,13,22;120:4,6,
6,9;121:7;122:5,14;
124:2;126:4;132:3,4;
133:21,25;134:3,15,
24;135:2,6,14,19;
136:15;138:1,3
royalty (13)
34:4;36:13,22;37:2,
6,10,24;39:1,16,23;
61:20;62:12;140:19

S

safe (1)
12:25
sales (5)
52:4,7,9;157:6;
158:22
Same (11)
37:22;53:14;65:16;

70:24;97:3,25;
103:23;120:15;123:5;
132:18;147:14
San (1)
155:22
sat (2)
129:3,16
satisfied (1)
169:12
saw (4)
62:9;113:17;
116:15;132:3
saying (20)
73:12;76:13;78:3;
85:21,23;89:3,6;93:8;
95:5;107:16;134:21;
135:12;152:2,3,4;
158:13;159:3;160:7,
7;161:17
scan (1)
7:19
scene (1)
105:15
scenes (2)
122:25;123:2
schedule (2)
71:18;73:18
schedules (1)
73:15
scheduling (1)
71:18
school (1)
119:10
Scott (1)
108:18
screen (16)
21:5;28:15;57:16;
61:16;74:12;75:7;
81:10,13;89:25;
91:15;127:22;131:9;
139:1;144:10;155:4;
159:7
scroll (3)
87:5;115:1;159:9
se (1)
72:23
searching (3)
15:20;16:22;17:1
second (6)
40:11;65:19;67:14;
165:24;166:23;167:1
secretary (2)
32:13,15
Secretary-treasurer (1)
32:7
Secrets (1)
116:4
security (1)
161:22
seeing (2)
21:5;55:15
seems (1)
96:9

Case 2:23-cv-13206-LJM-KGA   ECF No. 11-2, PageID.296   Filed 04/16/24   Page 188 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)

Michael Skill
December 28, 2021

**selected (2)**
35:16,24

**selection (2)**
33:13;34:23

**sell (1)**
52:20

**selling (1)**
156:23

**send (18)**
7:16,18,19;15:15;
16:1;55:6;57:10;
82:10;84:2;92:15;
110:17;112:19;
128:17,19,20;132:2,
10;166:9

**sending (1)**
82:16

**sends (6)**
25:22;39:10,24;
42:13;102:22;146:4

**sense (2)**
43:13;90:15

**sent (17)**
43:9;47:4;50:12;
62:7;82:14;92:10,14;
95:24;96:20;115:19;
127:20,21;128:16;
129:9,10;137:1;
138:23

**sentence (2)**
61:16;159:18

**separate (7)**
25:1;43:23;80:9,10;
105:11,12;112:18

**separately (4)**
51:13;81:16,20;
132:6

**September (16)**
81:14;82:2,10;
83:20,25;87:1,8;90:1;
91:6,16;92:14;96:10;
97:17;98:8,21;104:5

**Seriously (1)**
50:24

**service (1)**
38:3

**services (6)**
12:8,9;35:4;51:18;
105:21,22

**set (5)**
7:17;70:25;104:2;
111:22;128:14

**settlement (13)**
13:23;14:1;29:6,10,
12,25;30:10,16,19;
31:4,13,24;94:21

**setup (3)**
61:21;62:4,13

**seven (1)**
47:3

**Seventeen (1)**
149:3

**several (1)**

20:15

**share (4)**
41:22;85:4;114:12;
125:3

**shareholder (5)**
4:13;10:23;19:19,
24;28:14

**shareholders (3)**
19:21;32:5;102:25

**shares (2)**
85:5;108:23

**sheets (1)**
116:2

**shirts (4)**
52:11,12,17,20

**shit (2)**
158:13;161:4

**shooting (1)**
169:18

**short (2)**
140:3;164:9

**Shortly (1)**
126:23

**show (57)**
21:4;28:10;30:23;
42:8;47:19,20;48:19;
49:4;56:2;69:9,14,14;
71:17;72:14;73:10,
15,16,19,22;74:3;
91:14;93:20;108:12;
110:9;112:12,18;
113:3;114:19;123:13;
132:17;134:10;
145:19,21,22;147:7,8,
10,13;148:2,8;151:21,
22;152:23;153:14,25;
154:15,16;156:23;
157:20,23,23;160:19;
161:6;165:8,16,19,23

**showed (1)**
113:11

**showing (4)**
21:11;50:18;69:1;
96:7

**shown (1)**
82:12

**shows (51)**
13:1;44:24,24;
52:10;65:8;67:7;70:3,
6,8,12;71:14,20,22;
72:23;73:9;74:5,5;
76:9;78:7,8,8;90:17;
145:6;146:10,17,19;
148:15,18;150:15,15;
151:2,3,23,24;152:4,
10,15;153:19;154:10,
12,18,19,21;155:13,
14,15,17,22,23,25;
164:19

**sick (2)**
35:6,7

**side (2)**
70:13;162:24

**sign (3)**
96:17;106:5;161:14

**signatory (1)**
126:18

**signature (11)**
22:1;28:19;61:7,8;
85:14,17,18,25;96:9,
11;103:20

**signatures (4)**
85:19;104:14;
105:11,12

**signed (14)**
19:20;20:6,8,9;
21:16,21;22:2;29:25;
30:4,10,16;31:9;
84:10;87:22

**significant (1)**
122:19

**signing (3)**
20:22;21:20;147:23

**silence (1)**
98:11

**simmering (1)**
54:10

**simply (3)**
47:4;109:3;118:4

**sister (1)**
162:20

**sit (5)**
28:21;49:18;
134:18;137:7;144:16

**site (3)**
77:25;78:1,25

**sites (3)**
78:3,13;156:16

**situation (1)**
84:22

**SKILL (42)**
4:6;6:18,20,22;
7:25;11:10,11,16,18,
24;12:15,18;13:11;
17:22;19:17,17;
64:23;67:10;77:10,
18;78:11,19;80:8;
81:10;82:19;84:11,
15;85:24;94:18,19,
24;105:22;108:25;
113:2;114:22;123:13;
124:11;144:16;
159:15;161:16;
168:25;169:5

**Skill/Skill (1)**
82:24

**Skill's (2)**
85:25;119:21

**sleep (2)**
8:7;116:4

**slip (1)**
78:10

**slowed (1)**
108:5

**small (4)**
9:13,13;18:18;45:9

**Smithereens (1)**
165:1

**snippet (1)**
9:21

**snow (1)**
18:17

**snowing (1)**
18:17

**sober (2)**
10:5,6

**social (1)**
80:18

**sold (5)**
156:23;157:5,7;
158:23,24

**sole (3)**
11:13;77:19;131:7

**soliciting (1)**
153:21

**Solley (1)**
28:5

**somebody (10)**
35:17,19;48:10;
60:20,22;61:25;
62:23;74:18;85:23;
156:17

**somehow (1)**
43:1

**someone (7)**
46:11;88:2;100:20;
118:22;130:24;
150:18;152:24

**sometime (2)**
18:14;169:18

**Sometimes (12)**
33:9,10,11;65:12;
113:11;116:1;130:7;
147:2,8,21,22;148:5

**somewhat (1)**
19:10

**somewhere (13)**
19:22;26:24;29:11;
30:14;60:9,13;81:23;
108:3;135:4,7;
147:11,17;148:2

**son (10)**
15:14;16:10,17;
94:11;119:10;156:13;
157:11,12;159:22;
161:2

**song (2)**
107:1;143:14

**songs (26)**
10:12,12;11:10,11,
16,24;12:16,18;
13:11;15:9;18:12,19;
22:22;26:21;57:20;
58:10;70:24;71:2,4,6;
80:13;82:24;106:12;
116:2,3,15

**songwriter (1)**
71:6

**songwriters (2)**

56:21;59:17

**songwriting (3)**
59:16;91:13;93:10

**Sony (125)**
4:12,22;20:25;
21:13;22:5,10,22;
23:5,9,13,18,18;24:3;
26:16,19;27:2,12,13,
21,23,24;28:3;29:19;
34:4;36:6,13,22;37:2,
7,10;38:18;39:5;
40:18,23;41:3,11,15,
18;42:4;44:16;53:8,
25;54:7,14,19;55:10,
16,20;56:13,19,25;
57:2;58:6,13,18;59:7,
12,22;60:2,20;61:2;
62:1,10;63:3,5,10;
82:2,6,24;83:6,19,22;
84:3,14,22;85:6,12,
23;87:11,20;88:1;
89:4;91:2,7;92:3,11;
94:24;95:5,25;96:8;
97:2,5,20;98:8,22;
99:1,4,5,8;102:14,14,
19;103:14,16,22,25;
104:8,11,17,20;105:5,
8,9,13;106:1,7;
118:15;133:12,15;
135:19;138:2;140:20;
141:6,15;168:11

**soon (1)**
83:21

**Soper (6)**
131:5,14,15,23;
132:18;136:24

**sorry (10)**
18:3;41:14;43:6;
49:16;59:19;100:12;
118:15;149:22;
151:17;154:5

**sort (3)**
33:4,15;146:23

**sound (93)**
19:12;23:22;24:4,9,
10,15,18,19;25:8,11,
13,15,17,22,25;26:2,
4,6,10,16,20;27:16,
21;29:19;34:4;37:22,
24;38:22;39:5;44:20;
74:12,25;75:4,14;
99:4;103:21,22;
104:1;106:9,11,15,21;
107:7,13,16;108:10;
109:1,17;110:2,6;
112:8;113:1,7;114:8;
115:16,20;116:10;
117:5;118:5,11,15,16,
18,25;119:12;120:18;
121:1,7,19,24;122:5,
10;125:17,24;126:1,9,
12;133:12,17,21,24;
134:3,14,17,23;135:2,

5,14,19;136:14;
138:3;148:10;168:11
**sounded (1)**
154:13
**sounds (2)**
23:11;55:22
**source (2)**
13:12;14:1
**spark (1)**
74:23
**speak (3)**
8:8;14:23;62:23
**speaking (2)**
93:15;146:22
**specific (6)**
39:22;114:3;128:5;
129:8,23;135:11
**specifically (4)**
94:2;160:3,12;
163:10
**specificity (1)**
137:13
**spent (1)**
66:8
**spoke (7)**
15:3;53:22;60:5,22;
61:25;131:6,17
**spoken (7)**
14:25;53:16,17,21;
63:10;154:25;163:15
**Spot- (1)**
12:13
**Spotify (2)**
12:4,6
**spreadsheet (1)**
114:20
**spring (1)**
110:1
**stage (2)**
152:23;161:8
**stand (1)**
88:10
**standing (1)**
89:7
**Starr (1)**
72:3
**Starship (1)**
150:18
**start (4)**
17:24;89:6;158:13;
161:7
**started (3)**
10:21;79:10;127:8
**starts (2)**
61:16;165:14
**state (3)**
6:17;116:24;140:18
**stated (1)**
169:13
**statement (9)**
40:23;41:3,11,19;
120:15;140:19;141:6,
15;144:16

**statements (8)**
40:18;41:15;42:4;
76:24;77:5,21,21,22
**stay (4)**
65:13;78:25;79:5;
110:18
**stayed (1)**
70:24
**staying (1)**
12:25
**stays (1)**
163:12
**Steakley (1)**
27:9
**step (4)**
156:25,25;157:1,1
**stick (3)**
46:6;72:17;97:17
**still (18)**
23:18;53:17,20,20;
81:1,23;82:7;89:13,
16,23;90:12,17;
107:25;117:13;147:6;
151:4;157:22;162:8
**stop (3)**
14:15;21:13;65:13
**stopped (2)**
35:3;123:9
**stories (1)**
72:18
**Stork (23)**
35:11,23;36:5;38:9,
11,25;39:7,15,23;
40:17,24;42:13,21;
46:1,3;56:7;59:20;
74:13,19,24;93:23;
123:17;136:13
**Stork's (2)**
40:3;45:11
**straightened (1)**
50:13
**straightforward (1)**
47:22
**strange (1)**
165:4
**streaming (4)**
12:8,8,19;15:10
**street (1)**
127:15
**Strike (1)**
63:20
**studio (13)**
11:18,20;18:12,19;
45:8,9;46:11,24,25;
70:25,25;71:7,10
**stuff (25)**
9:16;16:13;33:5;
39:14;41:22,24;
45:10;60:12;68:2;
69:7;71:11,13,13;
78:18,21;79:17,18;
80:16;113:12;115:5;
143:15;158:13;160:8,

8,15
**stupid (1)**
161:4
**subject (7)**
9:18;31:3;53:24;
57:3;69:6;84:15;
166:4
**submit (1)**
113:6
**submitted (6)**
90:8;103:13;
113:19,24;114:8,25
**submitting (1)**
67:1
**substance (2)**
10:2,5
**subtracting (1)**
137:15
**successful (2)**
102:13;149:19
**sudden (2)**
91:6;142:17
**sue (2)**
142:11;162:7
**sued (4)**
97:14,18;102:9;
151:9
**suggest (1)**
116:18
**suggesting (1)**
150:17
**suggests (1)**
124:19
**suing (3)**
150:24;151:1;
152:12
**suitcase (1)**
52:20
**summary (2)**
39:10;42:15
**summers (1)**
72:9
**supplement (1)**
169:6
**supplemental (1)**
132:16
**support (2)**
61:21;62:12
**supported (1)**
141:17
**supportive (1)**
141:7
**suppose (2)**
10:18;159:22
**supposed (9)**
32:12;39:8;70:5;
107:1,2;113:21;
115:9;140:17;146:17
**sure (85)**
16:21;19:22;21:2;
22:16,24;23:16;25:2;
27:13;31:18;33:22;
37:4,12,14;38:21;

39:5;40:20;41:6,16;
45:23;46:3;48:2,14,
25;51:5;54:3;56:1;
58:20;60:9,15,22;
62:5;64:18;65:18;
71:23;72:21;75:22;
76:12;82:17;86:6;
96:4;100:1;101:6,18,
23;103:23;104:12,23;
110:5,7,8;115:8,11;
116:14,14;122:20,20;
123:3,4,8;126:15;
128:8;130:25;131:16;
135:3,3,22;141:8;
142:9;143:1;144:15;
145:18;149:4;156:20,
20;157:1;158:25;
159:4,25;160:4;
162:17;167:7,15,15;
168:6;169:24
**surprised (1)**
157:19
**surrounding (2)**
51:8;74:22
**survive (1)**
88:8
**swear (1)**
6:7
**Swift (2)**
89:18;101:2
**sworn (1)**
6:12
**system (2)**
61:21;62:12

**T**

**tab (1)**
112:18
**TABLE (2)**
4:3;106:22
**tags (1)**
159:17
**talk (32)**
17:25;54:3;60:3,3,
15,17,17;62:16,20;
66:14,19;70:1,2;74:4;
98:9,11;110:25;
111:2;114:1;117:14;
120:14,15;122:21;
124:6;138:15;142:17;
144:25;153:3;159:14;
160:22;163:11;
164:15
**talked (18)**
13:10;61:10;62:14;
98:12;108:7;117:13;
118:8;122:7;123:2,4;
124:5;128:19;131:5,
5,17;132:13;144:24;
162:11
**talking (19)**
45:2;48:25;49:14;

66:10;68:15;78:22,
23;95:15;98:9;99:14;
101:10;116:3;122:25;
123:9;124:7;10;
144:25;159:13;
160:25
**tax (1)**
45:13
**taxes (2)**
11:1;47:10
**technical (1)**
62:3
**technicalities (1)**
8:24
**technically (1)**
64:11
**telling (8)**
30:17;39:17,24;
42:22;46:10;62:10,
11;135:18
**tells (3)**
39:7;72:14;87:20
**Tencer (4)**
162:4,9,16,22
**tend (1)**
147:1
**tendency (1)**
162:1
**Tens (1)**
37:13
**term (1)**
148:22
**terminate (1)**
51:21
**terms (13)**
8:24;9:22;39:3;
45:24;46:6;47:8;
66:10;83:2,4,5;100:7;
149:24;158:18
**testified (4)**
6:14;15:24;128:1;
134:22
**testifies (2)**
104:20;136:13
**testify (1)**
164:2
**testimony (8)**
6:8;9:14,18,22;
18:2;94:3;141:4;
163:3
**texts (6)**
16:16;17:1;163:4,6;
166:3,8
**Thanks (1)**
110:15
**Theatre (1)**
155:20
**theirs (1)**
97:23
**thereafter (2)**
99:24;122:3
**thinking (5)**
64:9,10;68:15;

130:7;156:22
**third (3)**
28:18;94:19;149:19
**though (7)**
13:18;58:12;77:9,
17;84:7;87:19;162:17
**thought (14)**
72:4;89:20,21;97:4;
98:1;101:12;116:15;
122:15,16;139:20;
140:8;141:21;142:13;
157:21
**thoughts (2)**
7:12,12
**thousand (4)**
136:12;147:9,11;
164:21
**thousands (1)**
37:13
**threatened (1)**
51:20
**three (11)**
13:7;90:11,11;91:1;
146:10;149:15;
151:14;152:10,10;
155:17;169:17
**thrown (1)**
168:13
**tickets (1)**
158:22
**tie (1)**
168:4
**tied (1)**
72:25
**timely (3)**
67:2;99:19;100:19
**times (10)**
32:20;38:18,20,20;
52:18;76:9;97:7;
106:1;130:8;138:10
**tired (1)**
32:20
**title (2)**
33:15;64:21
**titles (2)**
32:8,25
**today (10)**
7:2;10:4;17:22;
21:4;28:22;49:18;
57:21;89:16,23;107:9
**today's (1)**
168:25
**together (9)**
8:17,19,23;13:25;
35:22;47:15;70:11;
128:7;151:5
**told (36)**
48:10,10,16,17;
49:2,20;55:15,16;
59:7;61:10;62:20,21;
85:15,23;88:11,13,15,
17;89:14,18;95:24;
102:24;103:4,8;

104:10;105:25;117:9;
118:1;123:3;124:13;
139:21;140:16;150:2;
152:17;154:11;167:3
**Tom (1)**
99:23
**took (6)**
9:7;35:10;135:12;
139:7,10;146:13
**top (11)**
65:19;111:11;
128:9;129:7,15;
132:20;136:19;
137:22;138:11;
145:11,19
**topic (2)**
67:19;168:8
**total (3)**
46:19;136:11;137:5
**totals (1)**
136:17
**touch (1)**
153:8
**touched (3)**
8:11;119:6,7
**tour (1)**
72:12
**touring (2)**
72:24;73:13
**towards (3)**
12:22;46:18;90:20
**town (5)**
18:8;54:4;131:21,
22;164:20
**track (1)**
165:10
**tracks (1)**
106:3
**tracks/account (1)**
108:24
**trademark (7)**
99:15;100:7,8,19,
25;101:16;102:5
**transaction (2)**
131:25;139:9
**transcript (2)**
21:7;49:15
**transfer (3)**
131:18,18,19
**Transfers (1)**
42:16
**translate (2)**
107:15;154:8
**transmission (1)**
115:15
**transpire (1)**
161:15
**travel (2)**
67:19,20
**traveled (1)**
18:6
**treated (2)**
68:11,18

**treating (1)**
68:10
**tried (6)**
32:19,19;46:6;53:3;
106:17;115:3
**triggered (1)**
84:2
**trips (1)**
45:7
**true (3)**
61:6;100:24;107:9
**trumped-up (2)**
158:12;160:15
**Trumpy (1)**
77:21
**trustworthy (1)**
164:12
**truth (6)**
6:8,9,9,13,13,14
**truthful (1)**
10:4
**try (26)**
17:23;18:4;19:10;
25:21;49:12;56:19;
57:22;59:18,22;
72:17;77:14;100:16;
102:1;103:24;104:2;
106:3;111:7;114:5;
115:12;116:21;
128:23;137:24;
149:10;151:6;153:16;
154:23
**trying (38)**
18:3;39:22;47:7;
48:14;54:6;59:15,24,
25;71:7;80:9;85:21;
93:10;95:25;97:15;
101:9;103:15;104:7;
106:24;107:15,16;
109:22,24;110:25;
113:16,20,22;115:11;
116:20;118:21,23;
119:9;122:10,22;
125:18,19;134:20;
135:22;152:21
**Tuesday (2)**
6:2;166:2
**tuned (1)**
110:18
**turn (3)**
28:18;98:5;106:9
**turned (1)**
7:23
**TV (1)**
13:17
**Twitter (1)**
80:21
**two (44)**
9:14;12:23;13:2,7;
14:17,25;15:1,1,12,
23;16:11;17:12;
20:16;32:5;38:20;
44:21;53:16,18,21;

59:4;67:9;72:6,9;
73:6;78:14;85:18;
86:16;90:10,25;97:7;
98:12,13;100:6;
103:19,20;122:8;
123:5,6,7;149:19;
151:19,24;159:16;
162:10
**type (4)**
61:21;62:13;
132:23;167:1
**typed (2)**
132:24;166:14
**typically (1)**
148:12

## U

**unacceptable (2)**
68:6;70:15
**Unauthorized (3)**
66:16,23;139:9
**unaware (2)**
79:22;164:2
**unclear (1)**
125:1
**under (7)**
29:12,16;30:19;
31:24;54:10;78:24;
119:4
**understood (5)**
31:12;38:4;72:22;
92:2;122:15
**undue (1)**
160:16
**unedited (1)**
141:14
**uneducated (1)**
63:8
**Unfortunately (1)**
61:19
**unhappy (2)**
141:24;142:13
**unless (4)**
28:24;42:1;63:5;
107:17
**unredacted (1)**
141:14
**up (83)**
8:1,4;10:21;20:10;
32:11;33:2,5;43:3;
47:8;53:11,24;54:2,3;
68:13;69:1;70:6,14,
25;72:25;73:16,19,21,
21,23;77:12;78:2;
79:19,19;81:15,20;
85:2;86:25;88:10;
89:1,2,7;92:6;94:15;
98:14,19;101:25;
104:2;105:15;107:8;
108:2,4;111:9,23;
122:22;127:8;129:12,
18;130:8;135:10,20;

136:18;137:2,8,10;
149:25;153:10,16;
155:1,12,15,21;
156:22,22;157:4,4,6,
23;158:20,22;159:10,
17,23,25;162:6;
165:19;166:5,6;
167:10
**updating (2)**
116:7,7
**upfront (1)**
145:20
**upset (10)**
72:2,4,20,22,23;
122:13;156:2;157:15,
25;158:18
**urge (1)**
130:10
**use (27)**
15:7,17,19,25;16:1;
32:3;64:20,22,22;
65:6,12;68:15;69:16;
78:11,12;79:9,12;
80:3,8,15;94:4;100:3;
102:5;148:5;153:2;
157:18;164:23
**used (3)**
66:7;147:23,23
**uses (1)**
164:22
**using (6)**
33:15;42:13;46:25;
65:10;72:8;93:6,14;
152:7,14
**usually (6)**
11:3;15:20;68:2;
74:4;144:25;147:9

## V

**Vaguely (10)**
37:17,17,18;51:7,7,
15,15;74:17;76:6,6
**Val (28)**
144:4,7,19,25;
145:1,4,5,20;146:3,3,
4;147:4;148:13;
152:17;153:3,8,17,17,
21;154:11;159:9,12;
160:3,4,21,21;164:12;
166:25
**valuable (1)**
149:5
**various (6)**
20:6;23:19;33:13,
17;50:7,22
**venue (2)**
146:1,3
**venues (2)**
153:16,19
**verified (1)**
144:15
**verify (1)**

113:14
**Via (2)**
6:1;75:3
**view (2)**
89:16,23
**viewed (1)**
140:16
**views (1)**
162:3
**vocals (1)**
154:17
**voice (1)**
101:25
**voicemail (1)**
108:21

## W

**W-2 (2)**
10:15,24
**wait (4)**
12:13,13;21:17;
159:23
**waiting (2)**
117:9,12
**walked (2)**
69:5;72:16
**Wally (101)**
19:16;26:23;32:11;
33:3,6;35:11,19;36:1;
39:2;44:10,13;46:9;
50:4;52:23;53:14;
55:6;59:1,2;61:6,10;
63:23,25;64:1;65:5,8,
10;66:19;72:15,24;
73:15;85:18;88:4,18;
89:14;102:15,22;
104:15;105:25;
107:12;108:7;109:4;
110:25;111:1,3,7,8,8;
117:10,12,14,15;
118:8,12;119:24;
121:9;123:17,18,22;
124:6,7,8,10,11,17,17,
20,22,23;125:1,4,8,
12;126:11,17;128:19,
20;133:4;145:16;
147:4,15,15;148:24;
150:3,17,22;151:9,16,
19;152:5,13,18;
153:12;154:13;
157:17;160:5,10,11;
162:17;165:15;166:2,
25
**Wally's (8)**
57:5;109:22;
117:13;118:9;123:20;
140:22;162:8;169:16
**Walter (1)**
6:23
**wants (2)**
110:25;121:4
**way (20)**

12:1;25:22;33:22;
45:20;47:11;59:15;
64:8,10;65:1;68:20;
71:23;72:5;79:11;
87:3;103:5,7;107:20;
114:14;115:1;128:24
**ways (2)**
68:19;73:20
**website (3)**
45:16;156:5,8
**week (1)**
20:22
**weekend (1)**
151:20
**weeks (1)**
169:17
**weird (1)**
47:6
**weren't (12)**
21:17;59:24;72:22,
24;89:10;95:18;98:9;
113:21;115:6;133:18;
142:16;146:14
**whatnot (2)**
51:10;142:25
**what's (12)**
11:16;27:8;47:20;
63:21,23;68:7;84:4;
86:8;90:5;136:22;
153:9,11
**whenever (4)**
41:9;116:14,15;
144:24
**where's (1)**
131:16
**whole (6)**
6:9,13;28:25;101:8;
123:8;148:17
**whose (3)**
7:25;85:17;167:18
**wife (11)**
15:14;16:17;17:6;
36:2;66:19;68:17,24;
78:15;96:14;160:5;
161:2
**window (1)**
18:18
**winery (1)**
155:21
**winter (1)**
46:9
**wire (2)**
131:18,19
**withdraw (2)**
120:18;139:15
**withdrawing (1)**
127:9
**withdrawn (2)**
121:6;127:2
**withdrew (2)**
43:3;130:22
**withheld (4)**
31:14;32:15,16,16

**withhold (3)**
31:21,21;92:8
**withholding (1)**
117:6
**within (3)**
32:24;41:25;89:11
**without (12)**
36:2;64:16,20;66:6;
73:18;85:13;109:8;
149:20;157:18,18;
162:24;165:2
**WITNESS (6)**
4:5;6:10;67:13;
164:1;168:15,18
**witnesses (1)**
164:1
**Wolfe (22)**
144:4,7,19,22,24,
25;145:4,5;148:13;
152:17;153:17,21;
154:5,10,11;155:1;
159:9,11;160:3,21;
164:12;165:15
**Wolfe's (1)**
153:17
**wondered (1)**
58:19
**wondering (1)**
98:17
**word (3)**
47:21;116:20;118:9
**wording (3)**
104:1,12,12
**words (4)**
70:16;74:21;84:1;
140:8
**work (15)**
36:14;51:14;52:18;
69:2;71:25;72:9;73:1,
4,6,8;75:4;145:6;
153:2;169:5,24
**works (3)**
156:15;169:14,25
**world (2)**
102:17,18
**worried (6)**
76:25;77:20,23;
78:4;157:5;158:21
**worry (2)**
145:23;161:24
**worse (4)**
69:4,19,23;70:22
**wound (1)**
162:6
**Wow (1)**
144:6
**write (12)**
11:15;44:11,12;
91:17;93:24;94:11;
115:13;116:12;
120:13,17;121:1;
167:4
**writes (3)**

110:14;111:13;
113:1
**writing (7)**
8:4;10:12;32:21;
71:9;91:7;104:7;
130:13
**written (4)**
22:12;65:1;80:13;
127:2
**wrong (7)**
14:7;43:2;57:19;
62:2;116:8;121:12;
139:22
**wrote (14)**
8:1;57:20;58:1,11;
59:18,19;91:19;
94:14,14,15,15;
130:14;143:16;
160:21

## Y

**year (16)**
12:23;15:2,2,2;
18:16,16,16;32:13;
38:18,20,20;98:12;
123:6,8;142:19;
151:25
**years (54)**
10:6;13:7,7;14:25;
15:1,1;20:15;24:18;
32:24;34:3;47:1,3,3,
16,16;53:16,18,22;
54:18;59:4;65:8;72:6,
19;73:6;77:8,8;79:7;
84:25;89:9;90:10,11,
11;91:1;98:12;
101:12;119:5,7;
121:20;122:8;123:5,
6,7;126:20,20;127:6;
143:14;147:25;149:1,
4;151:15;152:10,11;
162:10;164:17
**yelling (1)**
109:22
**Yep (2)**
19:7;132:22
**yesterday (2)**
8:11;143:16
**York (1)**
163:21

## Z

**zero (1)**
11:25
**Zoom (1)**
6:1

## 1

**1 (8)**
4:12;21:9,12,25;

22:13,15;23:14;
105:14
**10 (4)**
4:21;72:8;93:18,21
**10/19/21 (1)**
4:21
**10/9/17 (1)**
4:14
**10:05 (1)**
6:3
**108 (1)**
4:23
**11 (3)**
4:22;96:5,8
**12 (6)**
4:23;108:13,14;
110:11;154:4;155:4
**12/18/18 (3)**
4:16,17;50:19
**12:44 (1)**
99:10
**12th (1)**
154:25
**13 (3)**
42:12;110:11,12
**14 (6)**
112:13,15,21;
116:23;131:13;
134:13
**14th (2)**
136:21;137:4
**15 (6)**
94:23;95:1;123:11,
14;147:11,12
**15th (2)**
130:23;135:15
**16 (3)**
42:17;127:23,24
**17 (4)**
131:10,11;147:11;
148:25
**18 (9)**
56:7,25;58:15;
60:21;62:10,17;
65:15;154:1,2
**18th (2)**
56:12;59:19
**19 (5)**
63:1;95:21;155:18;
159:5,7
**1967 (1)**
13:14
**1979 (1)**
105:16
**1980 (4)**
9:17;17:9;19:13,13
**1983 (1)**
8:17
**1984 (3)**
19:11,20;25:7
**1994 (1)**
28:15
**1998 (1)**

Case 2:23-cv-13206-LJM-KGA   ECF No. 11-2, PageID.300   Filed 04/16/24   Page 192 of 192
Master Beat, Inc., and Walter Palamarchuk vs
Michael Skill, Master Beat, Inc. (Nominal Defendant)

Michael Skill
December 28, 2021

20:3
**19th (4)**
93:22;123:15;
124:1;125:21

## 2

**2 (3)**
4:13;28:11,12
**2,000 (1)**
147:12
**20 (8)**
10:6;63:2;82:2;
83:20;147:9;152:1;
165:9,12
**20,000 (1)**
79:11
**200 (1)**
79:10
**2000 (6)**
21:12;22:4,14;
105:18;106:6;108:18
**2011 (1)**
82:6
**2013 (2)**
20:11;32:3
**2017 (15)**
31:2;52:4,6,25;
53:6,19,23;58:15;
69:19,23;70:17;
106:10,14;107:6;
108:9
**2017-2018 (3)**
54:12;55:9;59:6
**2018 (20)**
50:11;53:6,19;56:7,
12;57:1;59:19;60:25;
61:25;62:17,17,25;
65:15,25;69:11,19,23;
70:17;81:3;97:11
**2019 (6)**
62:25;90:13,14;
91:9;98:21;155:18
**2020 (9)**
18:22,23;91:9;
99:17;101:10;149:25;
152:1;155:18,19
**2021 (48)**
6:2;18:22,23;42:12;
81:14;82:2;83:5;84:1;
85:11;87:1,8;91:1,6,8,
16;93:22;95:12,22;
96:10;97:17;103:13;
104:6;110:1,5;
112:14;115:17;
119:14;120:3;123:15;
124:1;125:21;126:25;
127:5,10;130:23;
131:13;132:9;133:9;
148:14;149:25;154:4,
25;155:3,5,16;156:3;
159:8,11
**20th (3)**

81:14;82:10;83:25
**21 (2)**
4:12;63:2
**23rd (3)**
87:1,8;90:1
**24th (1)**
110:14
**25 (3)**
114:23;115:14;
147:13
**25th (1)**
111:12
**26 (1)**
79:10
**27 (1)**
91:16
**27th (1)**
92:14
**28 (3)**
4:13;6:2;96:10

## 3

**3 (4)**
4:14;30:24,25;
136:11
**3:44 (1)**
169:2
**3:46 (1)**
170:3
**30 (2)**
4:14;147:9
**31 (2)**
159:8,11
**33 (1)**
114:23

## 4

**4 (6)**
4:15;42:9,10;43:8;
108:18;136:12
**4/13/21 (1)**
4:15
**40 (6)**
13:13;79:7;84:25;
127:6;147:9;152:23
**41 (1)**
121:20
**42 (1)**
4:15
**45 (1)**
9:4
**4th (2)**
151:23,25

## 5

**5 (8)**
4:16,25;50:16,18;
65:14;67:18;80:25;
136:12
**50 (7)**

4:16;12:3;111:15;
112:1,2,8;143:14
**503.957.4221 (1)**
166:17
**56 (1)**
4:17
**5'7 (1)**
161:23

## 6

**6 (11)**
4:7,17;21:12;22:13;
56:3,4;61:4;105:18;
118:4;134:13;144:11
**6th (5)**
112:14,23;117:21;
121:25;122:2

## 7

**7 (4)**
4:18;28:15;86:22,
23
**7:00 (1)**
18:5
**750 (1)**
147:18
**79 (1)**
105:20

## 8

**8 (2)**
4:19;86:23
**8/4/2000 (1)**
4:23
**80s (3)**
19:23;155:25;
159:17
**84 (3)**
65:3;105:17,21
**850 (3)**
147:17,17,18
**86 (2)**
4:18,19
**8826 (4)**
128:11;129:8,18,19

## 9

**9 (4)**
4:20;31:2;91:22,23
**9/20/21 (1)**
4:18
**9/23/21 (1)**
4:19
**9/27/21 (1)**
4:20
**900 (1)**
147:17
**90s (1)**
20:5

**91 (1)**
4:20
**93 (1)**
4:21
**96 (1)**
4:22