UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SKILL,<br><br>         Plaintiff,<br><br>v.<br><br>WALTER PALAMARCHUK and<br>MASTER BEAT, INC.,<br><br>         Defendants. | Case No. 23-13206<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Kimberly G. Altman |

## ORDER REGARDING DETERMINATION OF MOTION

Before the Court is Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, filed April 16, 2024. If, upon review of the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket setting a hearing. Otherwise, the Court will decide the motion on the briefs. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f).

Counsel are advised to review the Case Management Requirements docketed previously in this case before filing any motion or brief. As a reminder, all briefs must append the Brief Format Certification Form available at http://www.mied.uscourts.gov/pdffiles/MichelsonBriefCertificationForm.docx . Failure to append the Brief Format Certification Form will result in the brief being stricken.

SO ORDERED.

Dated: May 15, 2024

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE