# EXHIBIT 4

4:20 PM
01/12/23
Accrual Basis

# Master Beat Inc.
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash Acct 2 | ■ |
| Romantics Detroit | ■ |
| Cash | ■ |
| Master Beat Checking 2 | ■ |
| **Total Checking/Savings** | ■ |
| **Other Current Assets** | |
| Shareholder Loan Receivable | ■ |
| Due from Romantics Detroit LLC | ■ |
| **Total Other Current Assets** | ■ |
| **Total Current Assets** | ■ |
| **TOTAL ASSETS** | ■ |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Canadian Revenue Agency | ■ |
| Zona Rosa (Hilton Property) | ■ |
| Michael Skill Payable | ■ |
| Miller Law Firm Martin | ■ |
| Miller Law Firm Canler | ■ |
| **Total Accounts Payable** | ■ |
| **Credit Cards** | |
| American Express | ■ |
| **Total Credit Cards** | ■ |
| **Other Current Liabilities** | |
| Loans From Shareholder Palmar | ■ |
| **Total Other Current Liabilities** | ■ |
| **Total Current Liabilities** | ■ |
| **Total Liabilities** | ■ |
| **Equity** | |
| Common Stock | ■ |
| Retained Earnings | ■ |
| Net Income | |

4:20 PM
01/12/23
Accrual Basis

# Master Beat Inc.
# Balance Sheet
## As of December 31, 2022

|  | Dec 31, 22 |
|---|---|
| **Total Equity** | ■■■ |
| **TOTAL LIABILITIES & EQUITY** | ■■■ |

4:18 PM
01/12/23
Accrual Basis

# Master Beat Inc.
# Profit & Loss
January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Income** | |
| Royalty Income | ▮ |
| **Total Income** | ▮ |
| **Gross Profit** | ▮ |
| **Expense** | |
| Unauthorized Withdrawl | ▮ |
| Bank Service Charges | |
|     Fee | ▮ |
| **Total Bank Service Charges** | ▮ |
| Dues and Subscriptions | ▮ |
| Office Supplies | ▮ |
| Postage and Delivery | ▮ |
| Professional Fees | |
|     Legal Fees Reimbursement | ▮ |
|     Bookkeeper | ▮ |
|     Legal Fees Attny | ▮ |
|     Legal Fees | |
|         Recorder | ▮ |
|         Legal Fees - Other | ▮ |
|     **Total Legal Fees** | ▮ |
|     Tax Accountant | ▮ |
| **Total Professional Fees** | ▮ |
| Royalty Pass-through Expense | |
|     Bacow Deduction | ▮ |
|     Bookkeeper | ▮ |
|     Royalty Pass-through Expense - Other | ▮ |
| **Total Royalty Pass-through Expense** | ▮ |
| Taxes, Licenses, Fees | ▮ |
| Tour Expense | |
|     Airline | ▮ |
|     Contract Musician | ▮ |
|     Tour Expense - Other | ▮ |
| **Total Tour Expense** | ▮ |
| Web-site Expenses | ▮ |
| Zona Rosa Expenses | ▮ |

4:18 PM
01/12/23
Accrual Basis

# Master Beat Inc.
## Profit & Loss
January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Total Expense** | ███████ |
| **Net Income** | ███████ |