# EXHIBIT 7

# MASTER BEAT, INC

## Balance Sheet

### As of December 31, 2023

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Cash | ▉ |
| Cash Acct 2 | ▉ |
| Master Beat Checking Comerica | ▉ |
| Master Beat New Account | ▉ |
| Romantics Detroit | ▉ |
| **Total Bank Accounts** | ▉ |
| Accounts Receivable | |
| Accounts Receivable (A/R) | ▉ |
| Michael Skill Judgement | ▉ |
| Richard Kowalski Legal Settlement | ▉ |
| **Total Accounts Receivable (A/R)** | ▉ |
| **Total Accounts Receivable** | ▉ |
| Other Current Assets | |
| Due from Romantics Detroit LLC | ▉ |
| Shareholder Loan Receivable | ▉ |
| Undeposited Funds | ▉ |
| **Total Other Current Assets** | ▉ |
| **Total Current Assets** | ▉ |
| **TOTAL ASSETS** | ▉ |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Canadian Revenue Agency | ▉ |
| Michael Skill Payable | ▉ |
| Miller Law Firm Canler | ▉ |
| Miller Law Firm Martin | ▉ |
| Zona Rosa (Hilton Property) | ▉ |
| **Total Accounts Payable** | ▉ |
| Credit Cards | |
| American Express | ▉ |
| **Total Credit Cards** | ▉ |
| Other Current Liabilities | |
| Loans From Shareholder Palmar | ▉ |
| **Total Other Current Liabilities** | ▉ |
| **Total Current Liabilities** | ▉ |
| **Total Liabilities** | ▉ |

# MASTER BEAT, INC

### Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---|
| Equity | |
|  Common Stock | ████ |
|  Opening Bal Equity | ██ |
|  Retained Earnings | ████ |
|  Net Income | ███ |
| **Total Equity** | ████ |
| **TOTAL LIABILITIES AND EQUITY** | ████ |

# MASTER BEAT, INC

## Profit and Loss

January - December 2023

|  | TOTAL |
|---|---|
| Income | |
| Interest (Judgement) | |
| Merchandise Income | |
| Royalty Income | |
| Tour Income | |
| unclaimed funds | |
| **Total Income** | |
| GROSS PROFIT | |
| Expenses | |
| Bank Service Charges | |
| Dues and Subscriptions-1 | |
| Merchandise | |
| Office Supplies | |
| Postage and Delivery | |
| Professional Fees | |
| Bookkeeper | |
| Legal Fees | |
| Legal Fees Reimbursement | |
| Tax Accountant | |
| **Total Professional Fees** | |
| Royalty Pass-through  Expense | |
| Taxes, Licenses, Fees | |
| Tour Equipment | |
| Tour Expense | |
| Transfer | |
| Travel Expense | |
| Web-site Expenses | |
| Zona Rosa Expenses | |
| **Total Expenses** | |
| NET OPERATING INCOME | |
| Other Expenses | |
| NET OTHER INCOME | |
| NET INCOME | |