IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL SKILL, an individual,

    Plaintiff,

vs.

WALTER PALAMARCHUK, an individual, and MASTER BEAT, INC., a Michigan corporation,

    Defendants.

Case No. 2:23-cv-13206-LJM-KGA
District Judge Laurie Michelson
Magistrate Judge Kimberly G. Altman

## DEFENDANT MASTER BEAT, INC.'S PRELIMINARY FACT WITNESS LIST

Defendant Master Beat, Inc. ("Defendant"), by and through its attorneys Denenberg Tuffley PLLC, submits the following preliminary fact witness list:

1. Michael Skill, c/o plaintiff's counsel.
2. Walter Palamarchuk, c/o defense counsel.
3. Kathleen Kelly Stork, c/o defense counsel.
4. Mike Lilley.
5. Kristin Parsons.
6. Kelly Vitolo Palamarchuk, c/o Dickinson Wright.
7. Cheryl Hangland.
8. Val Wolfe.
9. Arnie Tencer.

10. Rob Juarez.

11. James Marinos.

12. Richard Kowalski.

13. George Canler.

14. Joel Martin a/k/a Joel Bacow.

15. Brian Swanson.

16. Robert Hayes.

17. Any and all current or former members of the band The Romantics who may have information with respect to plaintiff Skill's actions.

18. Any and all current and former representatives, agents, or employees of the following entities:

    a. Milwaukee Summerfest.

    b. Sony Music Publishing.

    c. K-Tel Music LP.

    d. Sony Music Entertainment.

    e. Paquin Artists Agency.

    f. Spider Records Detroit.

    g. City of Carrollton/The AMP.

    h. Brigus Production Company Limited.

    i. Des Moines Art Festival.

    j. Master Beat, Inc.

19. Any and all witnesses identified as a result of continuing discovery.

20. Any and all persons whose testimony is required to admit and/or authenticate evidence.

21. Any and all persons deposed during this litigation.

22. Any and all persons identified during depositions not already listed herein.

23. Any and all witnesses listed by any co-Defendant to this matter.

24. Any and all witnesses listed by Plaintiff in this matter.

25. Any and all necessary rebuttal witnesses.

26. All persons identified by any other party to this litigation as having knowledge of relevant facts.

27. Any and all persons deposed throughout the pendency of this action.

28. Any and all persons named or identified in depositions taken or to be taken.

29. Any and all persons named in interrogatories answered or to be answered.

30. Any and all persons identified in documents produced or to be produced.

31. Any and all witnesses necessary for impeachment purposes.

32. Any and all witnesses listed by any other parties regardless of whether these witnesses are called at the time of trial.

33. Any and all witnesses previously identified in the *Master Beat, Inc., et al v. Skill* litigation.

34. Any and all additional witnesses as may become necessary or apparent through the pendency of this cause of action, including for reasons due to the refusal or unavailability of any names witness to testify at the time of trial.

35. Any and all witnesses, expert and lay, identified and named on any party's Witness Lists.

36. Defendant reserves the right to identify additional witnesses, which will be filed with the Court at the appropriate time, and further reserve the right to amend or supplement their witness list based on future discovery or to meet or refute new additional issues that may be raised during the court of this litigation.

> Respectfully submitted,
>
> DENENBERG TUFFLEY PLLC
>
> By:   */s/ Joshua I. Arnkoff*
> JOSHUA I. ARNKOFF (P63139)
> *Attorney for Defendant Master Beat, Inc.*
> 28411 Northwestern Hwy., Suite 600
> Southfield, MI 48034
> (248) 549-3900
> jarnkoff@dt-law.com

Dated: September 29, 2025

-5-

## PROOF OF SERVICE

The undersigned certifies that on September 29, 2025, the foregoing *Defendant Master Beat, Inc.'s Preliminary Fact Witness List* was electronically filed with the Clerk of the Court using the ECF System, which will send notification of such filing upon all registered counsel, and serve same.

          By:      */s/ NaChelle Webster*
                     NaChelle Webster, Legal Secretary
                     Denenberg Tuffley
                     28411 Northwestern Hwy., Suite 600
                     Southfield, MI 48034
                     (248) 549-3900
                     nwebster@dt-law.com